# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | Case No. 07-11119 (BLS) (Jointly Administered) |
| Debtors. | Hearing Date: November 16, 2007 at 2:00 p.m. (ET) Objections Due: November 8, 2007 at 4:00 p.m. (ET) |

## NOTICE OF APPLICATION

TO: Counsel to the Debtors; the Office of the United States Trustee for the District of Delaware; the Debtors' prepetition secured lenders; and all parties requesting notice under Bankruptcy Rule 2002.

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession has filed the attached **Application for an Order Pursuant to Bankruptcy Code Section 1103(a) Authorizing the Employment and Retention *Nunc Pro Tunc* of Landis Rath & Cobb LLP as Delaware Counsel to the Official Committee of Unsecured Creditors** (the "Application").

Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 8, 2007 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned proposed counsel to the Committee so as to be **received no later than 4:00 p.m. (ET) on November 8, 2007.**

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD BEFORE THE HONORABLE BRENDON L. SHANNON, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801 ON **NOVEMBER 16, 2007 AT 2:00 P.M. (ET)**.

---

[1] The Debtors in these cases are: Aegis Mortgage Corporation; Aegis Wholesale Corporation; Aegis Lending Corporation; Aegis Correspondent Corporation; Aegis Funding Corporation; Aegis Mortgage Loan Servicing Corporation; Aegis Loan Servicing, L.P.; AMC Insurance Agency of Texas, Inc.; Solutions Settlement Services of America Corporation; Solutions Title of America Corporation; and Aegis REIT Corporation.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
October 15, 2007

LANDIS RATH & COBB LLP

Richard S. Cobb (No. 3157)
Kerri K. Mumford (No. 4186)
John H. Strock (No. 4965)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Phone: (302) 467-4400

-and-

HAHN & HESSEN LLP
Rosanne Thomas Matzat, Esq.
Mark T. Power, Esq.
488 Madison Avenue
New York, New York 10022
Phone: (212) 736-1000

Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Aegis Mortgage Corporation, *et al.*