# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AEGIS MORTGAGE CORPORATION, et al., | Case No. 07-11119 (BLS) (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF RICHARD S. COBB IN SUPPORT OF APPLICATION FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1103(a) CODE AUTHORIZING THE EMPLOYMENT AND RETENTION *NUNC PRO TUNC* OF LANDIS RATH & COBB LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

STATE OF DELAWARE   )
                    ) ss:
COUNTY OF NEW CASTLE )

RICHARD S. COBB, being duly sworn, does depose and say as follows:

1. I am a partner in the firm of Landis Rath & Cobb LLP ("LRC") and I am duly authorized to make this Affidavit on behalf of LRC. I submit this Affidavit in accordance with Section 1103 of Title 11 of the United States Code, 11 U.S.C. 101 *et seq.* (the "Bankruptcy Code"), and Rules 2014(a) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with the application (the "Application") for an order authorizing the Official Committee of Unsecured Creditors (the "Committee") to retain and employ LRC as Delaware counsel in these bankruptcy proceedings, pursuant to Bankruptcy Code Section 1103. I make this affidavit on personal knowledge or on information and belief as set forth herein.

2. I am admitted to practice law in the State of Delaware, the Commonwealth of Pennsylvania, the United States District Courts for the District of Delaware, the Eastern District of Pennsylvania, and the Third Circuit Court of Appeals.

625.001-18055.DOC

3. Unless otherwise defined, capitalized terms and phrases not otherwise defined herein shall have the same meanings ascribed to such terms in the Application.

## INTRODUCTION

4. On September 13, 2007, the United States Trustee appointed the Committee, which consists of the following members: Credit Suisse First Boston Mortgage Capital LLC, UBS Real Estate Securities, Inc., and First Advantage Credco. On September 14, 2007, the Committee met and selected Hahn & Hessen LLP ("H&H") as its counsel. On September 17, 2007 (the "Retention Date"), the Committee met and selected Landis Rath & Cobb LLP ("LRC") as its Delaware counsel.

5. I believe that LRC is a "disinterested person," as the term is defined in Bankruptcy Code Section 101(14) because LRC, its partners, associates, and employees: (a) are not creditors, equity security holders, or insiders of the Debtors; (b) are not and were not, within the two years before the Petition Date, directors, officers or employees of the Debtors; (c) have not been an investment banker for a security to the Debtors, or an attorney for such investment banker in connection with the offer, sale or issuance of a security of the Debtors; (d) are not and never have been a director, officer or employee of the Debtors or of an investment bank; or (e) do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with or interest in, the Debtors or an investment bank.

6. Except as may be set forth herein, LRC has not in the past represented the Debtors, the Committee or any member of the Committee in connection with the Debtors.

7. Since the Retention Date, LRC has advised the Committee with respect to restructuring and bankruptcy matters and, in conjunction with H&H, has prepared certain documents, motions, applications, and affidavits relating to the Bankruptcy Cases.

8. LRC is not a creditor of the Debtors. LRC employs eight full-time attorneys and has a sophisticated and diversified practice that includes representation of many financial institutions and commercial entities, some of which or their affiliates may be creditors or parties-in-interest in the Bankruptcy Cases. Consequently, LRC's attorneys may now or in the future represent, or may in the past have represented entities that are related to claimants or interest holders of the Debtors in matters unrelated to the Bankruptcy Cases. No LRC attorney, however, represents or will represent any party other than the Committee in connection with the Bankruptcy Cases.

## LRC DISCLOSURE PROCEDURES

9. In connection with LRC's proposed retention in these cases, and in preparing this Affidavit, I followed a set of procedures developed by LRC to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of this Court (the "LRC Disclosure Procedures").

10. Under the LRC Disclosure Procedures, I have reviewed the names of significant parties in interest in these cases supplied to me by counsel to the Debtors and supplemented by me after reasonable diligence and inquiry. This list of names includes certain of the Debtors' officers and directors, secured and unsecured creditors, shareholders, professionals, vendors, and customers (all such entities, collectively, the "Potential Parties").

11. I make this Affidavit based in material part on the list of Potential Parties LRC has been able to identify to date, as well as LRC's business records, including its conflict

database, and the responses to conflict checks circulated throughout LRC (generally, the "LRC Conflict Identification System"). LRC maintains and updates the LRC Conflict Identification System in the ordinary course of its business, and it is the regular practice of the firm to make and maintain such records.

12. The LRC Conflict Identification System was created to include: (a) every matter for which the firm is now or has been engaged; (b) the entity by which the firm is now or has been engaged; (c) the identity of related parties; (d) the identity of adverse parties; and (e) the responsible attorney in the firm who handles the matter.

13. It is LRC's policy that no new matter may be accepted or opened without the attorney responsible for such matter completing and submitting to the LRC Conflict Identification System all information necessary to check each matter for conflicts, including the identity of the prospective client, the matter and, to the extent known, any adverse, potentially adverse and related parties. Accordingly, the LRC Conflict Identification System is updated for every new matter undertaken by LRC. Of course, the LRC Conflict Identification System relies upon the completeness of the information submitted by individual attorneys in any new matter.

14. Following the submission of the Potential Parties, a list was created of all potential matches between the Potential Parties and the names already included in the LRC Conflict Identification System. In addition, the list of Potential Parties was sent via e-mail firmwide to all employees for their individual review and response. When it was determined that there was an existing relationship with a Potential Party, LRC attorneys discussed the nature of the representations of, respectively, the Debtors, the Committee, and the Potential Party. In all cases, I concluded that LRC did not represent a Potential Party in connection with the Debtors.

## LRC'S CONNECTIONS WITH POTENTIAL PARTIES

15. Based upon my review of the Potential Parties and the report from LRC's Conflict Identification System, I have determined that LRC has or had relationships with certain Potential Parties as identified in Exhibit "1" hereto. A brief description of the nature of the work performed by LRC is set forth in this exhibit. LRC does not now and will not in the future represent these parties (or any Potential Party) in connection with the Bankruptcy Cases.

16. Except as set forth herein, LRC does not have any connection with the Debtors, any creditor or party-in-interest, or their respective attorneys and accountants, the United States Trustee or any person employed by the Office of the United States Trustee.

17. LRC does not represent, has not represented, and will not represent any entity, other than the Committee, in matters related to the Bankruptcy Cases.

18. I believe that the proposed retention of LRC is not prohibited by or improper under Bankruptcy Rule 5002.

19. Neither I, nor LRC, nor any partner or associate thereof, as far as I have been able to ascertain, holds or represents an interest adverse to the Debtors or their estates in the matter for which LRC is proposed to be retained. Accordingly, I believe LRC is a "disinterested person" as defined in Bankruptcy Code Section 101(14).

20. The Debtors have numerous relationships and creditors. Consequently, although every reasonable effort has been made to discover and eliminate the possibility of conflict, including the efforts outlined above, LRC is unable to state with absolute certainty whether one of its clients or an entity affiliated with a client holds a claim or otherwise is a party-in-interest in the Bankruptcy Cases. To the extent that any information disclosed herein requires supplementation, amendment or modification upon my completion of further analysis or as

additional information becomes available to me, a supplemental affidavit will be submitted to the Court.

21. Based upon the foregoing, I believe that LRC and the professionals it employs are qualified to represent the Committee in the matters for which LRC is proposed to be retained.

## COMPENSATION

22. Subject to the Court's approval, LRC will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered. The primary LRC attorneys who will be representing the Committee and their corresponding rates are: Richard S. Cobb, partner, at $440 per hour; Kerri K. Mumford, at $290 per hour; and John H. Strock, associate, at $215 per hour. These rates may increase from time to time in accordance with LRC's established billing practices and procedures, and other LRC partners and associates may be involved in the Debtors' cases, as required, at their customary hourly rates. LRC will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of legal services described in the Application by category and nature of the service rendered, consistent with the Bankruptcy Code, Bankruptcy Rules, Local Rules and the United States Trustee's Guidelines.

23. LRC intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, the administrative order entered governing the payment of estate professionals in these cases, and any other orders entered in these cases.

24. No promises have been received by LRC, or any partner or associate thereof, as to payment or compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. Neither LRC nor any of its attorneys has entered into an

agreement or understanding to share compensation with respect to the representation of the Committee as described in Bankruptcy Rule 2016.

25. LRC has agreed to accept as compensation such sums as may be allowed by the Court based upon the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estates, the reasonableness of the time spent in relation to the results achieved, and the complexity, importance and nature of the problems, issues or tasks addressed in these cases.



Richard S. Cobb

SWORN TO AND SUBSCRIBED before me this 15th day of October, 2007.

Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

# EXHIBIT "1"

## LRC'S CONNECTIONS WITH POTENTIAL PARTIES IN INTEREST

| Entity | Relationship with Debtors | Firm Relationship |
|---|---|---|
| Credit Suisse First Boston ("CSFB") | Unsecured Creditor | LRC has represented and currently represents CSFB in unrelated matters. |
| Cerberus Capital Mgmt. ("Cerberus") | Equity Holder | LRC has represented and currently represents Cerberus or entities affiliated with Cerberus in unrelated matters. |
| Mark Neporant ("Neporant") | Officer/Director of Debtors | Mr. Neporant is an officer of Cerberus, and LRC has represented and currently represents Cerberus or entities affiliated with Cerberus in unrelated matters. |