# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEGIS MORTGAGE CORPORATION,<br>et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11119 (BLS)<br>(Jointly Administered)<br><br>Ref. No. 380 |

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION
## *NUNC PRO TUNC* OF LANDIS RATH & COBB LLP AS DELAWARE COUNSEL
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the Application for an Order Pursuant to Bankruptcy Code Section 1103(a) Authorizing the Employment and Retention *Nunc Pro Tunc* of Landis Rath & Cobb LLP ("LRC"), as Delaware counsel to the Official Committee of Unsecured Creditors (the "Application");[1] and the Court being satisfied, based upon the representations made in the Application and the Affidavit of Richard S. Cobb, that LRC represents or holds no interests adverse to the Debtors or to their estates as to the matters upon which to be engaged and is disinterested under Bankruptcy Code Section 101(14), and that the employment of LRC is necessary and is in the best interests of the Debtors and their estates; and it appearing that sufficient notice of the Application has been given; and good cause having been shown, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that LRC is retained and employed *nunc pro tunc* to September 17, 2007; and it is further

---

[1] All capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Application.

625.001-18055.DOC

ORDERED that LRC shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, Local Rules of the Court, the administrative order governing professional fees in these cases, and any such procedures as may be fixed by order of this Court.

Dated: Wilmington, Delaware
November 14, 2007

The Honorable Brendan L. Shannon
United States Bankruptcy Judge