## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re:                                          : Chapter 11
                                                :
AEGIS MORTGAGE CORPORATION, et al.,[1]          : Case No. 07-11119 (BLS)
                                                : (Jointly Administered)
                         Debtors.               :
                                                : Ref. No. 375
------------------------------------------------x

### ORDER AUTHORIZING RETENTION OF
### HAHN & HESSEN LLP AS CO-COUNSEL FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") of Aegis Mortgage Corporation, et al., the debtors herein (the "Debtors"), by application dated October 15, 2007, for entry of an order pursuant to Section 327 of the Bankruptcy Code authorizing the Committee to retain Hahn & Hessen LLP to represent it in these cases; and upon the affidavit of Mark T. Power, a member of the firm of Hahn & Hessen LLP, duly sworn to on the 15th day of October, 2007; and it appearing that notice of the within application has been given to the Office of the United States Trustee, counsel to the Debtors, the Debtors' pre-petition secured lenders, other parties in interest and those entities filing notices of appearance pursuant to Bankruptcy Rule 2002 and that no further notice need be given; and the Court being satisfied based upon the representations made in the annexed application and affidavit that (i) the employment of Hahn & Hessen LLP is necessary and in the best interest of the Debtors' estate, (ii) Hahn & Hessen LLP represents no interest adverse to the Debtors and their estate, and (iii) Hahn & Hessen LLP is a

---

[1] The Debtors in these cases are: Aegis Mortgage Corporation; Aegis Wholesale Corporation; Aegis Lending Corporation; Aegis Correspondent Corporation; Aegis Funding Corporation; Aegis Mortgage Loan Servicing Corporation; Aegis Loan Servicing, L.P.; AMC Insurance Agency of Texas, Inc.; Solutions Settlement Services of America Corporation; Solutions Title of America Corporation; and Aegis REIT Corporation.

625.001-18196.DOC

"disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code; and after due deliberation, and sufficient cause appearing therefor; it is

**ORDERED**, that the Committee be, and it hereby is, authorized to retain Hahn & Hessen LLP as attorneys to represent it in these proceedings under a general retainer, effective as of September 14, 2007; and it is further

**ORDERED**, that Hahn & Hessen LLP shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules as may then be applicable and any procedures established by orders of this Court.

Dated: Wilmington, Delaware
November 14, 2007

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE