IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATION OF COUNSEL REGARDING HEARING DATES

The undersigned hereby certifies that:

1. Counsel for Aegis Mortgage Corporation, *et al.* (the "Debtors") conferred with Judge Shannon's scheduling clerk regarding the scheduling of the following omnibus hearing dates.

2. Enclosed herewith is a proposed order (the "Omnibus Hearing Order") that states with specificity the time and date of each omnibus hearing.

3. The Debtors hereby request the Court to enter this Omnibus Hearing Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 3250 Briarpark, Suite 400, Houston, TX 77042.

4. Notice of this Certification of Counsel and the attached Omnibus Hearing Order has been given to (i) the Office of the United States Trustee; and (ii) all parties required to receive notice pursuant to Del. Bankr. LR. 2002-1.

Dated: January 9, 2008

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried, (CA Bar No. 181541)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
 dbertenthal@pszyjw.com
 joneill@pszjlaw.com
 jfried@pszjlaw.com
 chehn@pszjlaw.com
 tcairns@pszjlaw.com

Counsel for the Debtors and
Debtors in Possession

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No. \_\_\_\_\_** |

## HEARING SCHEDULING ORDER

**IT IS ORDERED**, that the following omnibus hearings have been scheduled in the above referenced matter and shall take place at the United States Bankruptcy Court, 824 North Market Street, Sixth Floor, Courtroom No. 1, Wilmington, Delaware:

| DATE | TIME |
|---|---|
| February 13, 2008 | 10:00 a.m. prevailing Eastern Time |
| March 13, 2008 | 11:00 a.m. prevailing Eastern Time |
| April 14, 2008 | 10:30 a.m. prevailing Eastern Time |
| May 13, 2008 | 11:00 a.m. prevailing Eastern Time |
| June 16, 2008 | 10:30 a.m. prevailing Eastern Time |
| July 14, 2008 | 10:30 a.m. prevailing Eastern Time |

Dated: _____, 2008

The Honorable Brendan L. Shannon

00233-001\DOCS_DE:130460.1

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); AegisLending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 3250 Briarpark, Suite 400, Houston, TX 77042.