# EXHIBIT A

The servicing rights being sold (the "Purchased Assets") are for the following Loan Pools:

| Pool Number | Master Servicer | Depositor | Indenture Trustee | Loans | Total $ Amount |
|---|---|---|---|---|---|
| 2004-2 | Wells Fargo Bank | Aegis Asset Backed Securities Corp | Wachovia Bank, NA | 1431 | $ 158,068,994 |
| 2004-5 | Wells Fargo Bank | Aegis Asset Backed Securities Corp | Wachovia Bank, NA | 1722 | $ 177,733,955 |
| 2004-6 | Wells Fargo Bank | Aegis Asset Backed Securities Corp | Wachovia Bank, NA | 2114 | $ 235,480,548 |
| 2005-1 | Wells Fargo Bank | Aegis Asset Backed Securities Corp | Wachovia Bank, NA | 2129 | $ 232,022,694 |
| 2005-2 | Wells Fargo Bank | Aegis Asset Backed Securities Corp | Wachovia Bank, NA | 3029 | $ 330,566,039 |
| 2005-3 | Wells Fargo Bank | Aegis Asset Backed Securities Corp | Wachovia Bank, NA | 2957 | $ 308,087,755 |
| 2005-4 | Wells Fargo Bank | Aegis Asset Backed Securities Corp | Wachovia Bank, NA | 4060 | $ 481,496,543 |
| 2006-1 | Wells Fargo Bank | Aegis Asset Backed Securities Corp | Deutsche Bank National Company | 2547 | $ 465,370,520 |
| Total | | | | 19989 | $ 2,388,827,048 |