# EXHIBIT A

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED NUMBER | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLAIM CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1945 THE EXCHANGE, LLC C/O ABRAMS PROPERTIES, INC. ATTN MS. MELINDA S. GARRETT 1945 THE EXCHANGE, SUITE 300 ATLANTA, GA 30339 | 696 | 07-11119 | 12/18/2007 | $81,238.87 | UNSECURED | 458 | 07-11119 | 11/20/2007 | $81,238.87 | UNSECURED |
| ADA COUNTY TREASURER 200 W FRONT ST 1ST FL BOISE, ID 83702 | 123 | 07-11119 | 9/10/2007 | $1,674.48 | SECURED UNLIQUIDATED | 96 | 07-11119 | 9/10/2007 | $1,674.48 | SECURED UNLIQUIDATED |
| ADA COUNTY TREASURER 200 W FRONT ST 1ST FL BOISE, ID 83702 | 135 | 07-11119 | 9/12/2007 | $1,674.48 | SECURED UNLIQUIDATED | 96 | 07-11119 | 9/10/2007 | $1,674.48 | SECURED UNLIQUIDATED |
| ADELPHIA BUSINESS SOLUTIONS, NKA ELDORADO ACQUISITION THREE, LLC 1025 ELDORADO BLVD. BROOMFIELD, CO 80021 | 1614 | 07-11119 | 2/14/2008 | $18,846.32 | ADMINISTRATIVE | 1565 | 07-11119 | 2/14/2008 | $18,846.32 | ADMINISTRATIVE |
| AUTOMATED DIRECT MAIL SERVICE CENTER INC 3892 PROSPECT AVE RIVIERA BEACH, FL 33404-3348 | 874 | 07-11119 | 1/14/2008 | $12,041.97 | UNSECURED | 23 | 07-11119 | 8/22/2007 | $12,041.97 | UNSECURED |
| AUTOMATIC DATA PROCESSING INC ATTN MARILYN GO 400 COVINA BLVD M/S 207 SAN DIMAS, CA 91773 | 504 | 07-11119 | 12/7/2007 | $1,623.90 | UNSECURED | 389 | 07-11119 | 11/1/2007 | $1,623.90 | UNSECURED |
| BALL, KATHLEEN G. BALL APPRAISAL SERVICE P.O. BOX 3276 EL CENTRO, CA 92244 | 939 | 07-11120 | 1/22/2008 | $400.00 | UNSECURED | 935 | 07-11120 | 1/22/2008 | $400.00 | UNSECURED |
| BALL, KATHLEEN G. BALL APPRAISAL SERVICE P.O. BOX 3276 EL CENTRO, CA 92244 | 940 | 07-11120 | 1/22/2008 | $400.00 | UNSECURED | 935 | 07-11120 | 1/22/2008 | $400.00 | UNSECURED |
| BARKER AND ASSOCIATES, INC. 709 MIDDLE GROUND BLVD, SUITE A 101 NEWPORT NEWS, VA 23606 | 509 | 07-11119 | 12/7/2007 | $1,250.00 | PRIORITY | 321 | 07-11119 | 10/15/2007 | $1,250.00 | PRIORITY |
| BARR, KATHLEEN M. 3890 GREENBRIAR RD ETHEL, LA 70730 | 1481 | 07-11119 | 2/7/2008 | $27,775.70 | PRIORITY UNSECURED | 61 | 07-11119 | 8/29/2007 | $27,775.70 | PRIORITY UNSECURED |
| BARRINGTON TOWN 41 PROVINCE LANE BARRINGTON, NH 03825 | 1189 | 07-11119 | 1/25/2008 | $18,519.81 | PRIORITY SECURED | 972 | 07-11119 | 1/24/2008 | $18,519.81 | PRIORITY SECURED |
| BASEPOINT ANALYTICS LLC 703 PALOMAR AIRPORT ROAD, STE. 350 CARLSBAD, CA 92011 | 1294 | 07-11119 | 2/1/2008 | $914,272.55 | UNSECURED | 1168 | 07-11119 | 1/31/2008 | $914,272.55 | UNSECURED |
| BEXAR COUNTY DAVID G AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO STE 300 SAN ANTONIO, TX 78205 | 83 | 07-11119 | 9/10/2007 | $5,973.02 | PRIORITY SECURED UNLIQUIDATED | 65 | 07-11119 | 9/4/2007 | $5,973.02 | PRIORITY SECURED UNLIQUIDATED |
| BRANTON, SALLY 1615 FRIAR ROAD JACKSONVILLE, FL 32211 | 752 | 07-11119 | 12/26/2007 | $386.86 | PRIORITY | 309 | 07-11119 | 10/12/2007 | $386.86 | PRIORITY |

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLAIM CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| CHANGET, MICHAEL A. 8208 E COLUMBUS AVE SCOTTSDALE, AZ 85251 | 302 | 07-11119 | 10/9/2007 | $9,716.51 | PRIORITY | 302 | 07-11119 | 10/9/2007 | $9,716.51 | PRIORITY |
| CHERRY CREEK SOUTH METRO DISTRICT #1 C/O PCMS 7000 S YOSEMITE ST. #150 CENTENNIAL, CO 80401 | 1596 | 07-11119 | 2/19/2008 | $438.00 | ADMINISTRATIVE UNLIQUIDATED | 1615 | 07-11119 | 2/14/2008 | $438.00 | ADMINISTRATIVE UNLIQUIDATED |
| CINELLI, BEVERLY 1406 W. 18TH AVENUE EMPORIA, KS 66801 | 971 | 07-11119 | 1/24/2008 | $20,803.63 | SECURED | 928 | 07-11119 | 1/18/2008 | $20,803.63 | SECURED |
| CITY OF ALLENTOWN 435 W HAMILTON ST RM 217 ALLENTOWN, PA 18101 | 697 | 07-11119 | 12/18/2007 | $62.00 | UNSECURED | 464 | 07-11119 | 11/26/2007 | $62.00 | UNSECURED |
| CLERMONT COUNTY, OHIO J. ROBERT TRUE, TREASURER 101 E. MAIN STREET BATAVIA, OH 45103 | 1703 | 07-11119 | 4/7/2008 | $0.00 | SECURED | 1677 | 07-11119 | 3/13/2008 | $0.00 | SECURED |
| CMEA TITLE AGENCY INC DBA SOUTHEAST DBA SOUTHEAST EQUITY TITLE PO BOX 250 GREENVILLE, OH 453310250 | 996 | 07-11119 | 1/25/2008 | $19,917.50 | UNSECURED | 365 | 07-11119 | 10/29/2007 | $19,917.50 | UNSECURED |
| COLUMBIA COUNTY TAX CLAIM BUREAU COLUMBIA COUNTY COURTHOUSE RENAE NEWHART, OFFICE MANAGER PO BOX 380 BLOOMSBURG, PA 17815 | 1690 | 07-11119 | 3/26/2008 | $651.25 | SECURED | 1486 | 07-11119 | 2/6/2008 | $651.25 | SECURED |
| COUNTY OF WASHINGTON 383 BROADWAY FORT EDWARD, NY 12828 | 440 | 07-11119 | 11/15/2007 | $905.47 | SECURED UNLIQUIDATED | 386 | 07-11119 | 10/29/2007 | $905.47 | SECURED UNLIQUIDATED |
| COUNTY OF WASHINGTON 383 BROADWAY FORT EDWARD, NY 12828 | 441 | 07-11119 | 11/15/2007 | $2,106.84 | SECURED UNLIQUIDATED | 385 | 07-11119 | 10/29/2007 | $2,106.84 | SECURED UNLIQUIDATED |
| COUNTY OF WASHINGTON 383 BROADWAY FORT EDWARD, NY 12828 | 1065 | 07-11119 | 1/18/2008 | $2,106.84 | SECURED UNLIQUIDATED | 385 | 07-11119 | 10/29/2007 | $2,106.84 | SECURED UNLIQUIDATED |
| COUNTY OF WASHINGTON 383 BROADWAY FORT EDWARD, NY 12828 | 1066 | 07-11119 | 1/18/2008 | $905.47 | SECURED UNLIQUIDATED | 386 | 07-11119 | 10/29/2007 | $905.47 | SECURED UNLIQUIDATED |
| COYLE, TIMOTHY 170 SULLING WAY ALPHARETTA, GA 30004 | 977 | 07-11120 | 1/25/2008 | $44,815.15 | PRIORITY UNSECURED | 976 | 07-11120 | 1/25/2008 | $44,815.15 | PRIORITY UNSECURED |
| D'ANGELO, JOHN 11123 S LAKESIDE OAKS BATON ROUGE, LA 70810 | 1586 | 07-11119 | 2/15/2008 | $321,253.52 | UNSECURED | 1586 | 07-11119 | 2/15/2008 | $321,253.52 | UNSECURED |
| D'ANGELO, JOHN J 11123 SOUTH LAKSIDE OAKS BATON ROUGE, LA 70810 | 1587 | 07-11119 | 2/15/2008 | $321,253.52 | UNSECURED | 1584 | 07-11119 | 2/15/2008 | $321,253.52 | UNSECURED |
| DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 133 | 07-11119 | 9/12/2007 | $24,893.21 | PRIORITY SECURED UNLIQUIDATED | 77 | 07-11119 | 9/10/2007 | $24,893.21 | PRIORITY SECURED UNLIQUIDATED |

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLAIM CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 132 | 07-11122 | 9/12/2007 | $8,331.55 | PRIORITY SECURED UNLIQUIDATED | 70 | 07-11122 | 9/10/2007 | $8,331.55 | PRIORITY SECURED UNLIQUIDATED |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE, MD 21201 | 291 | 07-11125 | 10/11/2007 | $2,807.16 | PRIORITY | 15 | 07-11125 | 8/21/2007 | $2,807.16 | PRIORITY |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE, MD 21201 | 294 | 07-11120 | 10/11/2007 | $192,693.05 | PRIORITY UNSECURED | 269 | 07-11120 | 10/2/2007 | $192,693.05 | PRIORITY UNSECURED |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE, MD 21201 | 368 | 07-11123 | 10/31/2007 | $200.00 | PRIORITY | 13 | 07-11123 | 8/21/2007 | $200.00 | PRIORITY |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE, MD 21201 | 747 | 07-11123 | 12/24/2007 | $200.00 | PRIORITY | 13 | 07-11123 | 8/21/2007 | $200.00 | PRIORITY |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE ATTN CYNTHIA L MARTIN 31 HOPKINS PLAZA ROOM 1150 BALTIMORE, MD 21201 | 776 | 07-11123 | 12/26/2007 | $200.00 | PRIORITY | 13 | 07-11123 | 8/21/2007 | $200.00 | PRIORITY |
| DODGE, AUDREY C/O FRANK T MCGUIRE, ESQ RUDMAN & WINCHELL PO BOX 1401 BANGOR, ME 04402-1401 | 1036 | 07-11121 | 1/28/2008 | $550,000.00 | UNSECURED | 1035 | 07-11121 | 1/28/2008 | $550,000.00 | UNSECURED |
| DOERR-YORCK, SUSAN 8480 ENTREKEN PLACE SAN DIEGO, CA 92129 | 577 | 07-11119 | 12/11/2007 | $5,416.88 | PRIORITY | 577 | 07-11119 | 12/11/2007 | $5,416.88 | PRIORITY |
| DOUGLAS COUNTY, NEBRASKA ATTN JOHN W EWING, JR. TREASURER C/O BERNARD J. MONBOUQUETTE, ATTORNEY 909 CIVIC CENTER, 1819 FARNAM ST OMAHA, NE 68183 | 685 | 07-11119 | 12/18/2007 | $120.04 | SECURED UNLIQUIDATED | 673 | 07-11119 | 12/18/2007 | $120.04 | SECURED UNLIQUIDATED |
| ENCARDES, KAREN WALTER 13325 MILEY NIQUIPORO LN TICKFAW, LA 70466 | 722 | 07-11119 | 12/21/2007 | $132.18 | UNSECURED | 92 | 07-11119 | 9/10/2007 | $132.18 | UNSECURED |
| EQUITY TITLE OF NEVADA C/O DIANE WEIFENBACH, ESQ. 640 N. TUSTIN AVE, STE. 201 SANTA ANA, CA 92705 | 1404 | 07-11120 | 2/4/2008 | $199,954.87 | SECURED UNLIQUIDATED | 1157 | 07-11120 | 1/31/2008 | $199,954.87 | SECURED UNLIQUIDATED |
| EVANS, MARANE (MAIDEN NAME: TULIO) 9418 SHADY LANE COURT HOUSTON, TX 77063 | 1699 | 07-11119 | 4/3/2008 | $18,753.08 | UNSECURED | 1001 | 07-11119 | 1/25/2008 | $18,753.08 | UNSECURED |

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED NUMBER | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLAIM CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| FIDELITY NATIONAL INFORMATION SVCS., INC<br>KATHLEEN M. MILLER<br>SMITH KATZENSTEIN & FURLOW LLP<br>800 DELAWARE AVENUE, 10TH - P.O. BOX 410<br>WILMINGTON, DE 19899 | 1603 | 07-11119 | 2/19/2008 | $41,534.00 | ADMINISTRATIVE | 1598 | 07-11119 | 2/19/2008 | $41,534.00 | ADMINISTRATIVE |
| FINKEN'S WATER CENTERS<br>PO BOX 7190<br>ST. CLOUD, MN 56302 | 739 | 07-11121 | 12/24/2007 | $53.26 | UNSECURED | 127 | 07-11121 | 9/11/2007 | $53.26 | UNSECURED |
| FLOYD, TAMMI L.<br>145 OLD PUMPHOUSE RD<br>WOODBURY, TN 37190 | 868 | 07-11119 | 1/14/2008 | $619.95 | PRIORITY UNSECURED | 400 | 07-11119 | 11/5/2007 | $619.95 | PRIORITY UNSECURED |
| FOUTS, DANIEL<br>3684 E PALMER ST<br>GILBERT, AZ 85297 | 97 | 07-11122 | 9/11/2007 | $22,897.12 | PRIORITY UNSECURED | 64 | 07-11122 | 9/4/2007 | $22,897.12 | PRIORITY UNSECURED |
| FOUTS, KIMBERLY<br>3684 E PALMER ST<br>GILBERT, AZ 85297 | 142 | 07-11122 | 9/13/2007 | $2,582.04 | PRIORITY UNSECURED | 110 | 07-11122 | 9/5/2007 | $2,582.04 | PRIORITY |
| GAD, GERGES<br>6614 SCRIBNER RD<br>HOUSTON, TX 77074 | 111 | 07-11119 | 9/5/2007 | $22,281.76 | UNSECURED | 52 | 07-11119 | 9/4/2007 | $22,281.76 | UNSECURED |
| GEPNER, STEPHANIE C.<br>445 S DOBSON RD # 1077<br>MESA, AZ 85202 | 1630 | 07-11119 | 2/21/2008 | $2,010.21 | UNSECURED | 106 | 07-11119 | 9/5/2007 | $2,010.21 | UNSECURED |
| GOOSE CREEK CISD & LEE COLLEGE DIST<br>REID, STRICKLAND & GILLETTE, L.L.P.<br>PO BOX 809<br>BAYTOWN, TX 77522-0809 | 695 | 07-11119 | 12/18/2007 | $2,458.63 | PRIORITY SECURED | 483 | 07-11119 | 12/3/2007 | $2,458.63 | PRIORITY SECURED |
| GRACO MECHANICAL, INC.<br>SCOTT T. CITEK/LAMM & SMITH, P.C.<br>1415 LOUISIANA, STE. 1415<br>HOUSTON, TX 77002 | 698 | 07-11119 | 12/18/2007 | $5,417.14 | UNSECURED | 513 | 07-11119 | 12/10/2007 | $5,417.14 | UNSECURED |
| GREENWOOD TRIAD, LLC<br>ALAN D. SWEETBAUM<br>1125 17TH STREET, SUITE 2100<br>DENVER, CO 80202 | 1540 | 07-11119 | 2/11/2008 | $74,619.80 | ADMINISTRATIVE | 1528 | 07-11119 | 2/11/2008 | $74,619.80 | ADMINISTRATIVE |
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 897 | 07-11119 | 1/14/2008 | $81,202.82 | PRIORITY SECURED UNLIQUIDATED | 879 | 07-11119 | 1/15/2008 | $81,202.82 | PRIORITY SECURED UNLIQUIDATED |
| HIDALGO COUNTY<br>JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 191 | 07-11119 | 9/14/2007 | $1,057.27 | SECURED | 160 | 07-11119 | 9/17/2007 | $1,057.27 | SECURED |
| HIDALGO COUNTY<br>JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 192 | 07-11119 | 9/14/2007 | $1,057.27 | SECURED | 160 | 07-11119 | 9/17/2007 | $1,057.27 | SECURED |

Aegis Mortgage Corp, et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 276 | 07-11119 | 10/4/2007 | $1,057.27 | SECURED | 160 | 07-11119 | 9/17/2007 | $1,057.27 | SECURED |
| HIDALGO COUNTY<br>JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 1067 | 07-11119 | 1/18/2008 | $483.37 | ADMINISTRATIVE PRIORITY SECURED UNLIQUIDATED | 925 | 07-11119 | 1/18/2008 | $483.37 | ADMINISTRATIVE PRIORITY SECURED UNLIQUIDATED |
| HINES OLYMPUS CORPORATE CENTER LP<br>JOSEPH H SCHIEFFER ESQ<br>STARK WELLS RAHL SCHWARTZ & SCHIEFFER<br>1999 HARRISON STREET SUITE 1520<br>OAKLAND, CA 94612 | 1511 | 07-11119 | 2/11/2008 | $7,950.06 | ADMINISTRATIVE | 1472 | 07-11119 | 2/7/2008 | $7,950.06 | ADMINISTRATIVE |
| HOLUM, BETH<br>9391 VERNON WAY<br>GREENFIELD, MN 55373 | 1396 | 07-11120 | 2/1/2008 | $23,484.56 | PRIORITY UNSECURED | 1381 | 07-11120 | 2/1/2008 | $23,364.49 | PRIORITY UNSECURED |
| HUGHES WATTERS ASKANASE LLP<br>C/O PATRICK D. MCCARREN<br>THREE ALLEN CENTER<br>333 CLAY, 29TH FLOOR<br>HOUSTON, TX 77002 | 1190 | 07-11128 | 1/25/2008 | $1,689.10 | UNSECURED | 1056 | 07-11128 | 1/28/2008 | $1,689.10 | UNSECURED |
| HUGHES WATTERS ASKANASE LLP<br>C/O PATRICK D. MCCARREN<br>THREE ALLEN CENTER<br>333 CLAY, 29TH FLOOR<br>HOUSTON, TX 77002 | 1191 | 07-11119 | 1/25/2008 | $3,592.11 | UNSECURED | 1055 | 07-11119 | 1/28/2008 | $3,592.11 | UNSECURED |
| INTERTHINX, INC./REGSDATA<br>C/O INSURANCE SERVICES OFFICE, INC.<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | 1736 | 07-11120 | 5/20/2008 | $60.18 | ADMINISTRATIVE | 1734 | 07-11120 | 5/20/2008 | $60.18 | ADMINISTRATIVE |
| INTERTHINX, INC./SYSDOME INC./<br>APPINTELLIGENCE, INC.<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | 436 | 07-11119 | 11/13/2007 | $91,205.05 | UNSECURED | 421 | 07-11119 | 11/13/2007 | $91,205.05 | UNSECURED |
| INTERTHINX, INC./SYSDOME INC./<br>APPINTELLIGENCE, INC.<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | 437 | 07-11120 | 11/13/2007 | $44,895.12 | UNSECURED | 420 | 07-11120 | 11/13/2007 | $44,895.12 | UNSECURED |
| INTERTHINX, INC./SYSDOME INC./<br>APPINTELLIGENCE, INC.<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | 1738 | 07-11120 | 5/20/2008 | $39,036.12 | UNSECURED | 1732 | 07-11120 | 5/20/2008 | $39,036.12 | UNSECURED |
| INTERTHINX, INC./SYSDOME INC./REGSDATA<br>APPINTELLIGENCE, INC.<br>C/O ISO, INC. LAW DEPT.<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | 1737 | 07-11122 | 5/20/2008 | $6,460.46 | UNSECURED | 1733 | 07-11122 | 5/20/2008 | $6,460.46 | UNSECURED |

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| IRVING ISD ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | 134 | 07-11119 | 9/12/2007 | $3,132.24 | PRIORITY SECURED UNLIQUIDATED | 78 | 07-11119 | 9/10/2007 | $3,132.24 | PRIORITY SECURED UNLIQUIDATED |
| JAGHLASSIAN, LINDA 7671 N. PLEASANT FRESNO, CA 93711 | 770 | 07-11119 | 12/31/2007 | $3,096.30 | SECURED | 217 | 07-11119 | 9/25/2007 | $3,096.30 | SECURED |
| JAMES CAMPBELL COMPANY LLC BY ITS AGENT COMMERCE CRG C/O DAVID L POLLACK ESQ-BALLARD SPAHR 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA, PA 19103-7599 | 1548 | 07-11119 | 2/12/2008 | $3,190.73 | ADMINISTRATIVE | 286 | 07-11119 | 10/10/2007 | $3,190.73 | ADMINISTRATIVE |
| KANIA, SCOTT 4653 GOODISON PL DR. OAKLAND TOWNSHIP, MI 48306 | 687 | 07-11119 | 12/18/2007 | $23,400.00 | PRIORITY | 686 | 07-11119 | 12/18/2007 | $23,400.00 | PRIORITY |
| KEYSTONE ASSET MANAGEMENT, INC. C/O MICHAEL G. MENKOWITZ, ESQUIRE FOX ROTHSCHILD LLP 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 232 | 07-11119 | 9/24/2007 | $194,611.77 | UNSECURED | 215 | 07-11119 | 9/25/2007 | $194,611.77 | UNSECURED |
| LANDRY, ANGEL L. 10588 MAYFAIR DRIVE BATON ROUGE, LA 70809 | 678 | 07-11119 | 12/18/2007 | $2,350.00 | PRIORITY | 40 | 07-11119 | 8/27/2007 | $2,350.00 | PRIORITY |
| LIECHTY, JAMES 17631 AMBER MIST LN HOUSTON, TX 77095 | 1102 | 07-11119 | 1/30/2008 | $4,634.13 | PRIORITY | 1078 | 07-11119 | 1/29/2008 | $4,634.13 | PRIORITY |
| LUBBOCK CENTRAL APPRAISAL DISTRICT LAURA J MONROE PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 817 LUBBOCK, TX 79408 | 39 | 07-11119 | 8/27/2007 | $1,759.68 | SECURED | 38 | 07-11119 | 8/27/2007 | $1,759.68 | SECURED |
| NEVADA DEPARTMENT OF TAXATION ATTN BANKRUPTCY SECTION 555 E WASHINGTON AVE #1300 LAS VEGAS, NV 89101 | 1719 | 07-11120 | 4/23/2008 | $20,206.91 | PRIORITY UNSECURED | 1712 | 07-11120 | 4/21/2008 | $20,206.91 | PRIORITY UNSECURED |
| NEVADA DEPARTMENT OF TAXATION ATTN BANKRUPTCY SECTION 555 E WASHINGTON AVE #1300 LAS VEGAS, NV 89101 | 1720 | 07-11121 | 4/23/2008 | $291.40 | PRIORITY UNSECURED | 1710 | 07-11121 | 4/21/2008 | $291.40 | PRIORITY UNSECURED |
| OKLAHOMA TAX COMMISSION GENERAL COUNSEL'S OFFICE 120 N. ROBINSON, SUITE 2000 OKLAHOMA CITY, OK 73102-7471 | 194 | 07-11120 | 9/14/2007 | $1,188.26 | PRIORITY UNSECURED | 193 | 07-11120 | 9/14/2007 | $1,188.26 | PRIORITY UNSECURED |
| OKLAHOMA TAX COMMISSION BANKRUPTCY SECTION GENERAL COUNSEL'S OFFICE 120 N. ROBINSON, SUITE 2000 OKLAHOMA CITY, OK 73102-7471 | 196 | 07-11130 | 9/14/2007 | $100.00 | PRIORITY | 195 | 07-11130 | 9/14/2007 | $100.00 | PRIORITY |

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLAIM CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| OZAN, CHRISTI<br>12118 SANDROCK DR.<br>HOUSTON, TX 77048 | 887 | 07-11119 | 1/16/2008 | $2,003.32 | PRIORITY | 886 | 07-11119 | 1/16/2008 | $2,003.32 | PRIORITY |
| PASADENA INDEPENDENT SCHOOL DISTRICT<br>ATTN DEXTER D. JOYNER OR C. AUSTIN<br>LAW OFFICE OF DEXTER D. JOYNER<br>4701 PRESTON AVE<br>PASADENA, TX 77505 | 295 | 07-11119 | 10/3/2007 | $965.10 | PRIORITY SECURED UNLIQUIDATED | 244 | 07-11119 | 10/1/2007 | $965.10 | PRIORITY SECURED UNLIQUIDATED |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 443 | 07-11120 | 11/15/2007 | $99,051.32 | PRIORITY UNSECURED | 430 | 07-11120 | 11/13/2007 | $99,051.32 | PRIORITY UNSECURED |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 444 | 07-11121 | 11/15/2007 | $2,082.00 | PRIORITY UNSECURED | 431 | 07-11121 | 11/13/2007 | $2,082.00 | PRIORITY UNSECURED |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 445 | 07-11126 | 11/15/2007 | $647.00 | PRIORITY UNSECURED | 433 | 07-11126 | 11/13/2007 | $647.00 | PRIORITY UNSECURED |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 446 | 07-11130 | 11/15/2007 | $647.00 | PRIORITY UNSECURED | 432 | 07-11130 | 11/13/2007 | $647.00 | PRIORITY UNSECURED |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 447 | 07-11122 | 11/15/2007 | $1,711.96 | PRIORITY UNSECURED | 434 | 07-11122 | 11/13/2007 | $1,711.96 | PRIORITY UNSECURED |
| PISANO, JULIETTA<br>2017 GILLETTE<br>HOUSTON, TX 77006 | 1639 | 07-11119 | 2/19/2008 | $39,666.40 | ADMINISTRATIVE | 1570 | 07-11119 | 2/15/2008 | $39,666.40 | ADMINISTRATIVE |
| PISANO, JULIETTA<br>2017 GILLETTE<br>HOUSTON, TX 77006 | 1642 | 07-11119 | 2/21/2008 | $39,666.40 | ADMINISTRATIVE | 1570 | 07-11119 | 2/15/2008 | $39,666.40 | ADMINISTRATIVE |
| PLACER COUNTY TAX COLLECTOR<br>TAX COLLECTORS OFFICE<br>2976 RICHARDSON DR<br>AUBURN, CA 95603 | 200 | 07-11119 | 9/18/2007 | $8,662.14 | SECURED UNLIQUIDATED | 164 | 07-11119 | 9/17/2007 | $8,662.14 | SECURED UNLIQUIDATED |
| R. GINGRAS & ASSOCIATES<br>46 TECHNOLOGY WAY<br>SUITE 3W8<br>NASHUA, NH 03060 | 576 | 07-11119 | 12/10/2007 | $4,875.00 | UNSECURED | 218 | 07-11119 | 9/25/2007 | $4,875.00 | UNSECURED |
| REGSDATA<br>C/O ISO, INC.<br>LAW DEPT.<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | 466 | 07-11120 | 11/26/2007 | $1,995.00 | UNSECURED | 463 | 07-11120 | 11/26/2007 | $1,995.00 | UNSECURED |
| REILLY, COLLEEN SUSAN<br>722 WAX MYRTLE<br>HOUSTON, TX 77079 | 21 | 07-11119 | 8/22/2007 | $47,521.17 | PRIORITY UNSECURED | 1 | 07-11119 | 8/15/2007 | $47,521.17 | PRIORITY UNSECURED |

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLAIM CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| REILLY, COLLEEN SUSAN<br>722 WAX MYRTLE<br>HOUSTON, TX 77079 | 1461 | 07-11119 | 2/4/2008 | $47,468.15 | PRIORITY UNSECURED | 1379 | 07-11119 | 2/1/2008 | $47,468.15 | PRIORITY UNSECURED |
| RIDGE PARK OFFICE, LLC<br>C/O THE GARRETT GROUP, INC<br>ATTN TERE WILLIAMSON<br>ONE BETTERWORLD CIRCLE, SUITE 300<br>TEMECULA, CA 92590 | 1186 | 07-11119 | 1/23/2008 | $130,248.57 | UNSECURED | 948 | 07-11119 | 1/22/2008 | $130,248.57 | UNSECURED |
| RUSSELL MARTIN & ASSOCIATES<br>ATTN MARGIE BROWN<br>6326 RUCKER RD., SUITE E<br>INDIANAPOLIS, IN 46220 | 773 | 07-11119 | 1/2/2008 | $8,260.60 | UNSECURED | 329 | 07-11119 | 10/22/2007 | $8,260.60 | UNSECURED |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | 298 | 07-11119 | 10/5/2007 | $30,608.46 | SECURED | 283 | 07-11119 | 10/9/2007 | $30,608.46 | SECURED |
| SOUTHEAST EQUITY TITLE<br>PO BOX 250<br>GREENVILLE, OH 45331 | 439 | 07-11119 | 11/15/2007 | $19,917.50 | UNSECURED | 365 | 07-11119 | 10/29/2007 | $19,917.50 | UNSECURED |
| SOUTHEAST EQUITY TITLE<br>PO BOX 250<br>GREENVILLE, OH 45331 | 630 | 07-11119 | 12/13/2007 | $19,917.50 | UNSECURED | 365 | 07-11119 | 10/29/2007 | $19,917.50 | UNSECURED |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 131 | 07-11119 | 9/12/2007 | $11,853.71 | PRIORITY SECURED UNLIQUIDATED | 79 | 07-11119 | 9/10/2007 | $11,853.71 | PRIORITY SECURED UNLIQUIDATED |
| TEXAS WORKFORCE COMMISSION ET AL<br>ATTORNEY GENERAL, STATE OF TEXAS<br>COLLECTION DIVISION, BANKRUPTCY SECTION<br>PO BOX 12548<br>AUSTIN, TX 78711 | 1721 | 07-11120 | 4/29/2008 | $62,961.19 | PRIORITY | 1718 | 07-11120 | 4/28/2008 | $62,961.19 | PRIORITY |
| TOWN OF CANTERBURY TAX COLLECTOR<br>PO BOX 500<br>CANTERBURY, NH 03224 | 610 | 07-11119 | 12/11/2007 | $7,898.54 | SECURED | 609 | 07-11119 | 12/11/2007 | $7,898.54 | SECURED |
| TOWN OF SULLIVAN<br>522 SOUTH ROAD<br>SULLIVAN, NH 03445 | 1428 | 07-11119 | 2/4/2008 | $4,770.68 | SECURED | 1427 | 07-11119 | 2/4/2008 | $4,770.68 | SECURED |
| TROCH, MICHAEL<br>ATTN: TRACY T VANN<br>HAMILTON MARTENS BALLOU SIPE<br>130 EAST MAIN STREET SUITE 201<br>ROCK HILL, SC 29731 | 1064 | 07-11119 | 1/18/2008 | $247,241.12 | PRIORITY UNSECURED | 908 | 07-11120 | 1/17/2008 | $247,241.12 | PRIORITY UNSECURED |
| UNITED STATES DEPT. OF VETERANS AFFAIRS<br>LOAN GUARANTY SERVICE MONITORING UNIT<br>3401 WEST END AVENUE, SUITE 760W<br>NASHVILLE, TN 37203 | 484 | 07-11120 | 12/24/2007 | $39,793.47 | SECURED | 473 | 07-11120 | 11/30/2007 | $39,793.47 | SECURED |
| US BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN WILLIAM HALL, VICE PRESIDENT<br>MAIL CODE EX-MA-FED<br>ONE FEDERAL STREET 3RD FLOOR<br>BOSTON, MA 02110 | 1214 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1208 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLAIM CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1217 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1211 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1218 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1208 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1219 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1211 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1220 | 07-11122 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1212 | 07-11122 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1222 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1208 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1224 | 07-11123 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1209 | 07-11123 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1225 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1208 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1226 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1211 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1227 | 07-11122 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1212 | 07-11122 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1228 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1208 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLAIM CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1229 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1211 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1230 | 07-11122 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1212 | 07-11122 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1231 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1208 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1232 | 07-11123 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1209 | 07-11123 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1233 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1211 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1234 | 07-11120 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1210 | 07-11120 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1236 | 07-11125 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1213 | 07-11125 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1237 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1208 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1239 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1211 | 07-11121 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE ATTN WILLIAM HALL, VICE PRESIDENT MAIL CODE EX-MA-FED ONE FEDERAL STREET 3RD FLOOR BOSTON, MA 02110 | 1240 | 07-11123 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1209 | 07-11123 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |

Aegis Mortgage Corp., et al.
Case No. 07-11119(BLS)

Exhibit A
Duplicative Claims

First Omnibus Objection To Claims

| CLAIMANT NAME & ADDRESS | DUPLICATIVE CLAIM TO BE EXPUNGED | CASE NUMBER | CLAIM DATE | CLAIMED AMOUNT | CLASSIFICATION | SURVIVING CLAIM NUMBER | SURVIVING CASE NUMBER | SURVIVING CLAIM DATE | SURVIVING CLAIMED AMOUNT | SURVIVING CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN WILLIAM HALL, VICE PRESIDENT<br>ONE FEDERAL STREET 3RD FLOOR<br>MAIL CODE EX-MA-FED<br>BOSTON, MA 02110 | 1241 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1208 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| US BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN WILLIAM HALL, VICE PRESIDENT<br>ONE FEDERAL STREET 3RD FLOOR<br>MAIL CODE EX-MA-FED<br>BOSTON, MA 02110 | 1242 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED | 1208 | 07-11119 | 2/1/2008 | $10,466.67 | UNSECURED UNLIQUIDATED |
| USAI-US APPRAISAL & INSPECTION<br>120 LANDMARK SQUARE, SUITE 102<br>VIRGINIA BEACH, VA 23452 | 492 | 07-11119 | 12/6/2007 | $950.00 | UNSECURED | 119 | 07-11119 | 9/5/2007 | $950.00 | UNSECURED |
| W.J. SOUTHWARD & ASSOCIATES<br>DBA SINNEN-GREEN & ASSOCIATES, INC.<br>15 W CALHOUN ST<br>SUMTER, SC 29150 | 505 | 07-11119 | 12/7/2007 | $750.00 | UNSECURED | 139 | 07-11119 | 9/13/2007 | $750.00 | UNSECURED |
| WAHL, LAURA<br>58 MELBOURN RD.<br>WARWICK, RI 02886 | 1425 | 07-11120 | 2/4/2008 | $2,083.42 | PRIORITY | 1402 | 07-11120 | 2/4/2008 | $2,083.42 | PRIORITY |
| WAHL, LAURA<br>58 MELBOURN RD<br>WARWICK, RI 02886 | 1426 | 07-11120 | 2/4/2008 | $2,163.46 | PRIORITY | 1409 | 07-11120 | 2/4/2008 | $2,163.46 | PRIORITY |
| WALIGURA, PAUL JAMES<br>11026 JADESTONE CREEK LN<br>CYPRESS, TX 77433 | 129 | 07-11119 | 9/11/2007 | $42,580.67 | PRIORITY UNSECURED | 126 | 07-11119 | 9/11/2007 | $42,580.67 | PRIORITY UNSECURED |
| WILSON & ASSOCIATES, INC<br>113 MAIN STREET<br>BECKLEY, WV 25801 | 804 | 07-11119 | 1/7/2008 | $275.00 | UNSECURED | 803 | 07-11119 | 1/7/2008 | $275.00 | UNSECURED |
| WILSON & ASSOCIATES, INC<br>113 MAIN STREET<br>BECKLEY, WV 25801 | 805 | 07-11119 | 1/7/2008 | $250.00 | UNSECURED | 803 | 07-11119 | 1/7/2008 | $275.00 | UNSECURED |
| WILSON, DEANNE<br>32333 W PALMER LK RD<br>COLON, MI 49040 | 1003 | 07-11122 | 1/25/2008 | $3,028.20 | UNSECURED | 1002 | 07-11122 | 1/25/2008 | $3,028.20 | UNSECURED |
| WILSON, DEANNE SHARIE<br>32333 W PALMER LAKE RD<br>COLON, MI 49040 | 1004 | 07-11122 | 1/25/2008 | $3,028.20 | UNSECURED | 1002 | 07-11122 | 1/25/2008 | $3,028.20 | UNSECURED |
| WOONSOCKET, CITY OF<br>169 MAIN ST - PO BOX B<br>WOONSOCKET, RI 02895 | 1068 | 07-11119 | 1/22/2008 | $1,558.13 | PRIORITY | 932 | 07-11119 | 1/18/2008 | $1,558.13 | PRIORITY |
| WORMALD WESTVIEW 27B, LLC<br>5283 CORPORATE DRIVE, SUITE 300<br>FREDERICK, MD 21703 | 353 | 07-11119 | 10/11/2007 | $365,174.89 | UNSECURED | 352 | 07-11119 | 10/11/2007 | $365,174.89 | UNSECURED |
| WRIGHT, FINLAY & ZAK, LLP<br>DONNA L. LAPORTE, ESQ.<br>4665 MACARTHUR COURT, SUITE 280<br>NEWPORT BEACH, CA 92660 | 1424 | 07-11119 | 2/4/2008 | $3,569.88 | UNSECURED | 1448 | 07-11119 | 1/29/2008 | $3,569.88 | UNSECURED |