# EXHIBIT B

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Exhibit B
Claims Paid In Full

Debtors' First Omnibus Objection To Claims

| Claim Number | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 1609 | Aldine Independent School District | $2,585.51 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 961 | Aldine Isd | $2,585.51 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 5 | Burleson Independent School District | $1,286.19 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 530 | Cherokee County | $4,345.94 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 4 | City Of Burleson | $509.41 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 7 | City Of Cedar Hill | $1,657.17 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 242 | City Of Desoto | $1,864.18 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 231 | City Of El Paso | $3,239.10 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 8 | City Of Farmers Branch | $1,109.25 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 373 | City Of Fort Worth | $560.69 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 317 | City Of Mesquite And Mesquite Isd | $1,836.82 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 230 | City Of Riverdale Georgia | $502.86 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 428 | Clark County Treasurer | $35,090.38 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1487 | Clay Co. Treasurer | $1,217.12 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 730 | Clay County | $1,212.30 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1486 | Columbia County Courthouse | $651.25 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Exhibit B
Claims Paid In Full

Debtors' First Omnibus Objection To Claims

| Claim Number | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 327 | County Of Denton | $5,149.59 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1139 | County Of San Bernardino | $8,540.59 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1258 | County Of San Bernardino Tax Collector | $17,280.79 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1506 | County Of Santa Barbara Treasurer - Tax Collector | $893.70 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 422 | County Of Santa Clara Tax Collector | $19,298.35 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 385 | County Of Washington | $2,106.84 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 386 | County Of Washington | $905.47 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 753 | Crawford County Treasurer | $657.36 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 70 | Dallas County | $8,331.55 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 268 | Dekalb County Tax Commissioner | $4,824.10 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 408 | Denton Independent School District | $2,158.96 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 183 | Desoto Isd | $3,977.41 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 829 | Douglas County | $2,020.73 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 673 | Douglas County, Nebraska | $120.00 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 541 | Eaton County Courthouse | $6,802.51 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 542 | Eaton County Courthouse | $1,404.21 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Exhibit B
Claims Paid In Full

Debtors' First Omnibus Objection To Claims

| Claim Number | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 6 | Fort Worth Independent School District | $3,551.98 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1618 | Franklin County, Ohio Treasurer | $8,627.83 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1028 | Fresno County Tax Collector | $2,673.82 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1030 | Fresno County Tax Collector | $224.15 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1062 | Fulton County Tax Commissioner | $6,783.27 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1457 | Galveston County Municipal Utility District No 6 | $1,011.31 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 615 | Gaston County Tax Collector | $3,341.75 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 885 | Gibson County Trustee | $261.00 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 483 | Goose Creek Cisd & Lee College Dist | $2,458.63 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 270 | Gregory F.X. Daly, Collector Of Revenue | $1,689.35 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 706 | Hamden Town Tax Collector | $1,416.74 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 271 | Harris County Mud #211 | $4,048.14 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 287 | Harris County Ud # 16 | $1,764.34 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 282 | Hendricks County Treasurer | $7,566.05 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 160 | Hidalgo County | $1,057.27 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 320 | Hunt County | $1,415.36 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |

Aegis Mortgage Corp., et al.  
Case No. 07-11119 (BLS)

Exhibit B  
Claims Paid In Full

Debtors' First Omnibus Objection To Claims

| Claim Number | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 645 | Jackson County Tax Office | $5,180.03 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1512 | Jefferson County Treasurer | $5,452.11 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 3 | Johnson County | $1,154.66 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1534 | Kanawha County County Sheriff | $3.46 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 234 | Kern County Treasurer-Tax Collector | $5,196.56 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1530 | King County Tax Collector | $2,717.69 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 190 | La Vernia Isd | $418.70 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 406 | Lake Dallas Independent School District | $3,919.28 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 272 | Langham Creek Ud | $549.37 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1617 | Lee County Tax Collector | $2,917.11 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 818 | Leflore County | $554.59 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1477 | Licking County Tax Collector | $877.18 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1561 | Lincoln Town Tax Collector | $3,631.56 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 38 | Lubbock Central Appraisal District | $1,759.68 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 9 | Mansfield Independent School District | $3,502.74 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 222 | Maricopa County Treasurer | $10,416.77 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Exhibit B
Claims Paid In Full

Debtors' First Omnibus Objection To Claims

| Claim Number | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 617 | Maury County | $386.00 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1640 | Merced County Tax Collector | $2,011.07 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 621 | Milford City | $2,541.38 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 169 | Municipality Of Anchorage | $2,675.86 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 54 | Muskegon Charter Township | $869.77 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 244 | Pasadena Independent School District | $965.10 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 568 | Rankin County | $1,010.52 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 676 | Sedwick County Office Of The County Counselor | $4,164.42 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 1447 | Seminole County Tax Collector | $4,107.28 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 229 | Snohomish County Treasurer | $464.92 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 898 | Solano County Tax Collector | $1,510.89 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 533 | St Croix County Treasurer | $2,610.47 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 201 | St Louis Co. Collector Of Revenue | $2,645.13 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 203 | St Louis Co. Collector Of Revenue | $1,426.51 | Debtors' books and records reflect that all taxes have been satisfied/paid in full. |
| 204 | St Louis Co. Collector Of Revenue | $1,290.51 | Debtors' books and records reflect that all taxes have been satisfied/paid in full by third parties. |
| 278 | St. Lucie County Tax Collector | $6,230.13 | Debtors' books and records reflect that all taxes have been satisfied/paid in full by third parties. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Exhibit B
Claims Paid In Full

Debtors' First Omnibus Objection To Claims

| Claim Number | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 1141 | Summit County | $21.22 | Debtors' books and records reflect that all taxes have been satisfied/paid in full by third parties. |
| 1143 | Summit County | $1,676.96 | Debtors' books and records reflect that all taxes have been satisfied/paid in full by third parties. |
| 1146 | Summit County | $1,360.30 | Debtors' books and records reflect that all taxes have been satisfied/paid in full by third parties. |
| 69 | Tarrant County | $784.70 | Debtors' books and records reflect that all taxes have been satisfied/paid in full by third parties. |
| 79 | Tarrant County | $11,853.71 | Debtors' books and records reflect that all taxes have been satisfied/paid in full by third parties. |
| 403 | Wilson County | $248.19 | Debtors' books and records reflect that all taxes have been satisfied/paid in full by third parties. |
| 671 | Yuba County Treasurer/Tax Collector | $11,731.24 | Debtors' books and records reflect that all taxes have been satisfied/paid in full by third parties. |