# EXHIBIT C

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Exhibit C
Paid Claims

First Omnibus Objection To Claims

| Claim Number | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 1626 | Buckles, Mason | $103.00 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 168 | Buckles, Mason | $4,266.89 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1416 | Caggiano, Julianna | $8,065.89 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 775 | Davis, Janice | $2,031.00 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1200 | Earnest, Cindy | $2,722.23 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1261 | Feaster, Norman | $1,540.80 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 920 | Flemings, Connie | $1,792.91 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 845 | Godbold, Karen | $1,415.60 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1509 | Hudson, James | $2,083.42 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1519 | Jones, Patricia | $2,287.53 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1454 | Kelley, Yvette | $1,576.86 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 990 | King, Loreen | $3,759.74 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1435 | Lee, Peter | $7,150.00 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 986 | Loos, Brian | $1,993.83 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1201 | Lopez, Daniel | $2,875.11 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

First Omnibus Objection To Claims

Exhibit C
Paid Claims

| Claim Number | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 1052 | Molatore, Linda | $598.00 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 792 | Moser, Joseph | $588.75 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 997 | Natale, Johnnie | $3,090.11 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 979 | Nelson, Ryan | $2,083.42 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1628 | Nicholas, Robert | $5,463.84 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 965 | Plaha, Mandi | $3,324.37 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1135 | Rembao, Carlos | $1,508.47 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1137 | Rembao, Christine | $4,097.50 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 910 | Revelle, Anita | $2,984.18 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 759 | Saenz, Denise | $1,892.36 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 988 | Saunders, Robert | $2,083.42 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1032 | Trusheim, Jeffrey | $5,208.54 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 1402 | Wahl, Laura | $2,083.42 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |
| 827 | Wronski, Joyce | $2,426.76 | Employee claim for wages salaries and/or compensation which has been satisfied/paid in full pursuant to Employee Wages Order. |