# EXHIBIT D

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

First Omnibus Objection To Claims

Exhibit D
Paid Claims - Trade

| Claim Number | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 389 | Automatic Data Processing, Inc. | $1,623.90 | Invoice # 285230 paid via check # 29452 dated October 2007 pursuant to Employee Wage Order [DI #39]. |
| 657 | Chubb & Son, Inc. | $3,557.79 | Invoice #19780 in the amount of $1,370.08 paid by check #30155 on 4/16/08 and Invoice #20567 in the amount of $2,187.71 paid by check #30110 on 4/07/08 pursuant to Employee Wage Order [DI #39]. |
| 474 | Classic Protection Systems Inc. | $119.08 | Post-petition Invoice # 7636 paid post-petition by check # 29588 dated 11/28/07 |
| 402 | Pitney Bowes Credit | $4,500.00 | Claim for post-petition pre-paid postage refill paid post-petition by check # 29539 dated 11/07/07. |
| 565 | U-L Management, Inc. | $160.50 | Pre-petition invoice paid pre-petition by check # 47486 on 6/18/2007 |
| 478 | United Healthcare Insurance Company | $32,876.31 | Invoices 10397775, 10587331, 10587981, 10680103, 10860019, 10945875, 11259172,1259185, 11673837 paid by check #30204 dated 4/24/08 paid pursuant to Employee Wage Order [DI #39]. |
| 675 | Vermillion Consulting, Inc. | $1,500.00 | Pre-petition claim for services paid pre-petition by check #28569 dated 5/29/07 |
| 816 | Wolf Appraisal Service | $250.00 | Pre-petition invoice paid pre-petition by check # 33771 dated 5/21/07 |