IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No.** |

## ORDER GRANTING AND SUSTAINING DEBTORS' SECOND (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND BANKRUPTCY RULE 3007

This matter came before the Court on the Debtors' second (substantive) omnibus objection to claims pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (the "Second Omnibus Claims Objection").[2] The Court having reviewed the Second Omnibus Claims Objection; the Court finding good and sufficient cause for granting the relief requested in the Second Omnibus Claims Objection; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court otherwise being fully advised in the premises, it is hereby

**FOUND AND DETERMINED THAT:**

A. Each holder of a claim listed on Exhibits "A" through "C" hereto (the "Claimants") was properly and timely served with a copy of the Objection, the proposed order and the accompanying exhibit.

B. The Objection is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 3250 Briarpark, Suite 400, Houston, TX 77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Second Omnibus Claims Objection.

C. The claims listed on Exhibit "A" hereto are claims for which the Debtors have no liability.

D. The claims listed on Exhibits "B" and "C" hereto are claims which should be modified in amount and/or classification.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. Pursuant to 11 U.S.C. § 502(d) and Fed. R. Bankr. P. 3007, the claims listed on Exhibit "A" hereto are hereby and shall be **EXPUNGED** and **DISALLOWED** in their entirety.

2. Pursuant to 11 U.S.C. §§ 502(d) and 507(a)(4) and Fed. R. Bankr. P. 3007, the claims listed on Exhibit "B" hereto are hereby and shall be **MODIFIED** and **ALLOWED AS MODIFIED**.

3. Pursuant to 11 U.S.C. § 502(d) and Fed. R. Bankr. P. 3007, the claims listed on Exhibit "A" hereto are hereby and shall be **MODIFIED and ALLOWED AS MODIFIED**.

4. Epiq Bankruptcy Solutions LLC, the official claims agent appointed in these cases, is hereby authorized and directed to make such revisions to the official Claims Registry as are necessary to reflect the relief granted pursuant to this Order.

5. The Debtors' objection to each Disputed claim addressed in the Objection constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Disputed claim. Any stay of the Order pending appeal by any of the Claimants whose Disputed Claim is subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the

applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6. This order is without prejudice to the Debtors' right to object to any claims or interests filed in these chapter 11 cases.

7. This Court shall retain jurisdiction over the Debtors and the Claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: November ___, 2008

                                          The Honorable Brendan L. Shannon
                                          United States Bankruptcy Judge

00233-001\DOCS_DE:141312.1

3

# EXHIBIT A

00001-002\DOCS_DE:137773.1

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

# Exhibit A

Claims For Which The Debtors Have No Liability

| Claim # | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 374 | AT&T CORPORATION | 719.68 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 1022 | ALPHA LOCK SECURITY | $579.14 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 532 | ANDERSON APPRAISAL ASSOCIATES | $75.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 983 | BESTRATES, INC. | $199.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 870 | BLUE BIRD TRANSFER | $4,299.53 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 789 | CITY OF CHICAGO DEPARTMENT OF REVENUE | $3,330.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 1164 | CNA COMPANIES | $648,074.00 | Debtors have no liability to claimant. Claim asserts amounts due with respect to a reserve for open worker compensation claims. All deductible amounts have been paid and claimant is holding cash to support the reserve. |
| 668 | EMPLOYER'S CHOICE, INC. | $1,500.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 522 | EST ENTERPRISES | $225.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that a COD payment was made to the Claimant by the borrower. |
| 812 | F & F APPRAISALS, INC. | $650.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 534 | HAGERICH & SON REAL ESTATE | $800.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 1553 | IRON MOUNTAIN INFORMATION MANAGEMENT INC | $32,328.71 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 304 | IRON MOUNTAIN INFORMATION MANAGEMENT, INC. | $1,052.52 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

# Exhibit A

Claims For Which The Debtors Have No Liability

| Claim # | Claimant | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 1555 | JERSEY CAPITAL APPRAISAL TABERNACLE NJ | $650.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 510 | KEEFE, FRANK R. | $250.00 | Debtors have no liability to claimant. Servicing company, Accurate, paid claimant at closing via check # 4047 dated March 27, 2007. |
| 1446 | LIMING & ASSOCIATES, INC. | $1,150.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 802 | MARIETTA CITY TAX MARIETTA GA | $55,642.97 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 944 | NEW BERN CITY NEW BERN NC | $6.73 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 970 | PERRY & ASSOCIATES, INC. | $269.73 | Debtors have no liability to claimant. The Debtors' books and records reflect that claimant was paid by the home owner. |
| 591 | ROBERT REALTY | $300.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors |
| 569 | ROWAN COUNTY SALISBURY NC | $154.87 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 629 | SANNER OFFICE SUPPLY | $493.70 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 639 | SECURITY MOBILE SHREDDING, INC. | $402.55 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 850 | SUNDARESAN, RAMADEVI | $600.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that claimant was a Corestaff employee, not an employee of the Debtors. |
| 1254 | TARRANT COUNTY DALLAS TX | $15,780.73 | Debtors have no liability to claimant. The Debtors' books and records reflect that the accounts listed in the claim do not belong to the Debtors. |
| 88 | WHITE, JEFFREY D. | $575.00 | Debtors have no liability to claimant. The Debtors' books and records reflect that the Debtors paid collection agency that held account on behalf of vendor via check #29382 on 05/17/05 in the amount of $300.00. The original invoice does not agree with the invoice supporting the claim but does agree as to property address, date and file number. |

**EXHIBIT B**

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

**EXHIBIT B**
Employee Claims To Be Modified and Allowed

Debtors' Second Omnibus Objection
To Claims (Substantive)

| Claim Amount | Claimant | Claimed Priority Amount | Claimed Unsecured Amount | REVISED Priority Amount | REVISED Unsecured Amount | Reason For Proposed Modification and Allowance |
|---|---|---|---|---|---|---|
| 143 | AMICO, ANTHONY<br>2111 S LONGMORE<br>MESA AZ 85202 | $1,539.44 | | $523.16 | $288.64 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $523.16 for paid time off and an unsecured claim in the amount of $288.64 for unpaid wages. |
| 148 | AMICO, PEGGY<br>2111 S LONGMORE<br>MESA AZ 85202 | $4,839.93 | | $1,718.97 | $1,231.50 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $1,718.97 for paid time off and an unsecured claim in the amount of $1,231.50 for unpaid wages. |
| 85 | ANDRADA, MARIANO BLAS<br>9312 SUNLAKE DR<br>PEARLAND TX 77584 | $1,735.12 | | $592.37 | $1,311.67 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $592.37 for paid time off and an unsecured claim in the amount of $1,311.67 for unpaid wages. |
| 124 | AYALA, MYRA C.<br>425 PALOMINO WAY<br>QUEEN CREEK AZ 85243 | | $2,163.01 | $505.08 | $757.62 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $505.08 for paid time off and an unsecured claim in the amount of $757.62 for unpaid wages. |
| 56 | BAEZ, ANNETTE<br>9218 S CALLE AZTECA<br>TEMPE AZ 85283 | $3,461.73 | | $429.24 | $407.41 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $429.24 for paid time off and an unsecured claim in the amount of $407.41 for unpaid wages. |
| 27 | BEITNER, LELY<br>7801 13TH LN<br>ST LOUISE PARK MN 55426 | $10,950.00 | | $4,515.34 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $4,515.34 for paid time off. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

**EXHIBIT B**
Employee Claims To Be Modified and Allowed

| Claim Amount | Claimant | Claimed Priority Amount | Claimed Unsecured Amount | REVISED Priority Amount | REVISED Unsecured Amount | Reason For Proposed Modification and Allowance |
|---|---|---|---|---|---|---|
| 17 | CLINE, DEBRA K. 23 WINDERMERE LANE HOUSTON TX 77063 | $10,950.00 | $46,636.68 | $7,576.44 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $7,576.44 for paid time off. |
| 163 | DAVIS, PATRICK PO BOX 1794 WOODINVILLE WA 98072 | $8,309.00 | $8,309.00 | $2,675.00 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,675.00 for paid time off. |
| 890 | DEWITT, LARRY 1121 CHESHIRE LANE HOUSTON TX 77018 | $14,478.54 | | $4,925.93 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $4,925.93 for paid time off. |
| 31 | DOERR-YORCK, SUSAN 8480 EXNTREKEN PL SAN DIEGO CA 92129 | $5,416.88 | | $4,166.00 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $4,166.00 for paid time off. |
| 166 | DOMMA, DAVID N. 1427 LAURAY DR BATON ROUGE LA 70808 | $5,825.82 | | $3,972.12 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $3,972.12 for paid time off. |
| 485 | DUMITRU, MARIUS 322 N. ELDER GROVE DR PEARLAND TX 77584 | $9,128.00 | | $3,666.60 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $3,666.60 for paid time off. |
| 801 | DUNN, CHARLES 2323 ELDRIDGE PKWY #537 HOUSTON TX 77077 | $6,057.70 | | $2,271.63 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,271.63 for paid time off. |
| 37 | DUPLESSIS, JUDY A. PO BOX 183 SORRENTO LA 70778 | $6,666.72 | | $336.16 | $1,344.66 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $336.16 for paid time off and an unsecured claim in the amount of $1,344.66 for unpaid wages. |
| 1536 | EGNEW, LIESL 7903 EAST GARNET AVE MESA AZ 85208 | $2,264.28 | | $925.96 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $925.96 for paid time off. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

## EXHIBIT B
### Employee Claims To Be Modified and Allowed

| Claim Amount | Claimant | Claimed Priority Amount | Claimed Unsecured Amount | REVISED Priority Amount | REVISED Unsecured Amount | Reason For Proposed Modification and Allowance |
|---|---|---|---|---|---|---|
| 159 | FAIR, BENJAMIN D. 9219 QUERCUS CIR HOUSTON TX 77075 | $10,950.00 | $5,299.00 | $2,312.50 | $500.00 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,312.50 for paid time off and an unsecured claim in the amount of $500.00 for unpaid wages. |
| 89 | GAKURE, KEVIN K. 10881 RICHMOND AVE # 1113 HOUSTON TX 77042 | $1,592.52 | | $934.74 | $623.16 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $934.74 for paid time off and an unsecured claim in the amount of $623.16 for unpaid wages. |
| 140 | GARCIA, MARIDES N. 334 ENCHANTED TRL DR SPRING TX 77388 | $1,866.24 | | $466.53 | $1,866.12 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $466.53 for paid time off and an unsecured claim in the amount of $1,866.12 for unpaid wages. |
| 106 | GEPNER, STEPHANIE C. 445 S DU SON RD # 1077 MESA AZ 85202 | | $2,010.21 | $319.75 | $831.35 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $319.75 for paid time off and an unsecured claim in the amount of $831.35 for unpaid wages. |
| 22 | GIBBONS, TERRIE A. 114 BALSAM ST WARWICK RI 02888 | $6,584.12 | $6,584.12 | $2,424.52 | $236.54 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,424.52 for paid time off and an unsecured claim in the amount of $236.54 for unpaid wages. |
| 936 | GOMEZ, LISA M. 9235 MERNA DR. HOUSTON TX 77040 | $2,800.00 | $2,800.00 | $591.84 | $809.88 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $591.84 for paid time off and an unsecured claim in the amount of $809.88 for unpaid wages. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

**EXHIBIT B**
Employee Claims To Be Modified and Allowed

| Claim Amount | Claimant | Claimed Priority Amount | Claimed Unsecured Amount | REVISED Priority Amount | REVISED Unsecured Amount | Reason For Proposed Modification and Allowance |
|---|---|---|---|---|---|---|
| 100 | GRAY, CHARLOTTE M. 22503 FINCASTLE KATY TX 77450 | | $1,694.00 | $645.36 | $1,169.71 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $645.36 for paid time off and an unsecured claim in the amount of $1,169.71 for unpaid wages. |
| 618 | GREMILLION, DRUIT 10053 JEFFERSON HIGHWAY BATON ROUGE LA 70809 | $5,235.00 | | $2,879.25 | $1,047.00 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,879.25 for paid time off and an unsecured claim in the amount of $1,047.00 for unpaid wages. |
| 455 | GUSTAMANTES-GEIGER, MELISSA 8 SOUTH DODGE ST GILBERT AZ 85233 | $3,702.61 | | $757.21 | $1,730.77 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $757.21 for paid time off and an unsecured claim in the amount of $1,730.77 for unpaid wages. |
| 99 | HARRIS, NADIA 2544 EVERSHOT DR NEW PORT RICHEY FL 34655 | $3,893.00 | $3,893.00 | $2,015.85 | $1,112.19 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,015.85 for paid time off and an unsecured claim in the amount of $1,112.19 for unpaid wages. |
| 156 | HERNANDEZ, BRENDA KAY 9602 WESTVIEW DR HOUSTON TX 77055 | $2,307.60 | | $1,423.08 | $307.69 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $1,423.08 for paid time off and an unsecured claim in the amount of $307.69 for unpaid wages. |
| 1516 | HILTON, KYLE 265 DOUBLE OAK DRIVE DOUBLE OAK TX 75077 | $10,444.06 | | $2,962.02 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,962.02 for paid time off. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

**EXHIBIT B**
Employee Claims To Be Modified and Allowed

| Claim Amount | Claimant | Claimed Priority Amount | Claimed Unsecured Amount | REVISED Priority Amount | REVISED Unsecured Amount | Reason For Proposed Modification and Allowance |
|---|---|---|---|---|---|---|
| 279 | HOGAN, JOANNE<br>3604 CEDAR SPRINGS RD<br>APT 246<br>DALLAS TX 752194963<br>USA | $6,072.00 | | $3,339.60 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $3,339.60 for paid time off. |
| 1381 | HOLUM, BETH<br>9391 VERNON WAY<br>GREENFIELD MN 55373 | $23,364.49 | $23,364.49 | $3,245.19 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $3,245.19 for paid time off. |
| 80 | JOHNSON, CHAVONE M.<br>3875 TUNICA ST<br>BATON ROUGE LA 70805 | $4,332.00 | | $2,901.60 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,901.60 for remaining amount of severance due pursuant to agreement. |
| 325 | JONES, CARRIE T.<br>834 SERENA DRIVE<br>DENHAM SPRINGS LA 70726 | $7,698.00 | | $5,599.20 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $5,599.20 pursuant to severance agreement. |
| 686 | KANIA, SCOTT<br>4653 GOODISON PL DR.<br>OAKLAND TOWNSHIP MI 48306 | $23,400.00 | | $4,146.63 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $4,146.63 for paid time off. |
| 36 | KERSTETTER, KATHLEEN J.<br>5575 W 2000 N<br>MALAD CITY ID 83252 | $5,021.89 | $25,000.00 | $4,146.63 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $4,146.63 for paid time off. |
| 1296 | KIKER, MATTHEW<br>519 WEST FOREST DRIVE<br>HOUSTON TX 77079 | $10,950.00 | $33,451.56 | $10,944.14 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $4,277.80 for paid time off and an unsecured claim in the amount of $4,815.02 for unpaid wages. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

EXHIBIT B
Employee Claims To Be Modified and Allowed

Debtors' Second Omnibus Objection
To Claims (Substantive)

| Claim Amount | Claimant | Claimed Priority Amount | Claimed Unsecured Amount | REVISED Priority Amount | REVISED Unsecured Amount | Reason For Proposed Modification and Allowance |
|---|---|---|---|---|---|---|
| 40 | LANDRY, ANGEL L. 16161 TIGER BEND RD # 6 BATON ROUGE LA 70817 | $2,350.00 | | $1,410.00 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $1,410.00 for paid time off. |
| 1075 | LEON, MARTHA C. 11103 TOWN ELM COURT HOUSTON TX 77065-3336 | $10,293.41 | | $2,551.29 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,551.29 for paid time off. |
| 1202 | LYNCH, DANIEL 130 S. CUSTER AVE. CLAWSON MI 48017 | $2,163.46 | $13,035.02 | $2,163.46 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,163.46 for paid time off. |
| 185 | MCDONALD, JENNIFER 3872 E CODY AVE GILBERT AZ 85234 | $1,875.00 | $1,875.00 | $856.73 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $856.73 for paid time off. |
| 1623 | MORITA, YUSUKE 3435 CLEARVIEW CIRCLE HOUSTON TX 77025 | $2,934.60 | | $4,110.58 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $4,110.58 for paid time off. |
| 247 | NEAL, DARLENE 3583 E. LATHAM WAY GILBERT AZ 85297 | $4,360.50 | | $1,308.47 | $1,642.00 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $1,308.47 for paid time off and an unsecured claim in the amount of $1,642.00 for unpaid wages. |
| 150 | OBERHOLZER, GREGORY Z., JR. 15001 GLADE TERRACE GREENCASTLE PA 17225 | $1,758.72 | | $494.62 | $1,154.11 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $494.62 for paid time off and an unsecured claim in the amount of $1,154.11 for unpaid wages. |
| 704 | PARKER, LINDSEY 7348 E ED RICE AVE MESA AZ 85208 | $2,586.79 | | $995.19 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $995.19 for paid time off. |
| 68 | PEARSON, CHRIS 2525 AUGUSTA # 1219 HOUSTON TX 77057 | $5,108.00 | | $2,475.00 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,475.00 for paid time off. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

## EXHIBIT B
Employee Claims To Be Modified and Allowed

| Claim Amount | Claimant | Claimed Priority Amount | Claimed Unsecured Amount | REVISED Priority Amount | REVISED Unsecured Amount | Reason For Proposed Modification and Allowance |
|---|---|---|---|---|---|---|
| 310 | PURCELL, JULIE<br>1431 N SAWYER<br>MESA AZ 85207 | $6,466.77 | | $2,034.25 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,034.25 for paid time off and an unsecured claim in the amount of $1,260.66 for unpaid wages. |
| 10 | SALE, JOANNE<br>3046 TANGLEY OAKS TRAIL<br>LISLE IL 60532 | | | | $1,260.66 | |
| 76 | SANBORN-LUTJEN, LISA<br>28351 E SIDEKICK LN<br>FLORENCE AZ 85232 | $10,950.00 | $15,508.77 | $4,423.08 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $4,423.08 for paid time off. |
| 1010 | SELLEW, CHRISTINE G.<br>742 BATESWOOD DR APT 18<br>HOUSTON TX 77079 | $0.00 | $0.00 | $1,475.00 | $1,400.00 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $1,475.00 for paid time off and an unsecured claim in the amount of $1,400.00 for unpaid wages. |
| 35 | SHERVHEIM, CORINNE<br>2107 N. 80TH PL.<br>MESA AZ 85207 | $9,880.01 | | $1,439.29 | $1,806.16 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $1,439.29 for paid time off and an unsecured claim in the amount of $1,806.16 for unpaid wages. |
| 246 | | $4,876.52 | | $2,453.51 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $2,453.51 for paid time off. |
| 60 | TALSMA, JORDANA B.<br>2560 CHESHIRE DR<br>AURORA IL 60504 | $10,950.00 | $25,393.00 | | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $473.30 for paid time off and an unsecured claim in the amount of $4,474.97 for unpaid wages. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

# EXHIBIT B
Employee Claims To Be Modified and Allowed

| Claim Amount | Claimant | Claimed Priority Amount | Claimed Unsecured Amount | REVISED Priority Amount | REVISED Unsecured Amount | Reason For Proposed Modification and Allowance |
|---|---|---|---|---|---|---|
| 212 | TAMAYO, IRMA<br>10927 TWIG DRIVE<br>HOUSTON TX 77089 | $6,600.00 | | $1,392.04 | $997.28 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $1,392.04 for paid time off and an unsecured claim in the amount of $997.28 for unpaid wages. |
| 1080 | THIGPEN, LAURA<br>5155 HARVEY RD.<br>ST FRANCISVILLE LA 70775 | $5,140.80 | | $1,468.80 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $1,468.80 for paid time off. |
| 126 | WALIGURA, PAUL JAMES<br>11026 JADESTONE CREEK LN<br>CYPRESS TX 77433 | $10,000.00 | $32,580.67 | $4,082.69 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $4,082.69 for paid time off. |
| 1527 | WELCH, TIFFANY<br>950 SEVEN HILLS DR #1311<br>HENDERSON NV 890440308<br>USA | $10,950.00 | | $0.00 | | Claim for unpaid wages paid pursuant to Employee Wage Order. |
| 384 | WILLINGHAM, ANGELA MARIE<br>224 E MERRILL AVE<br>GILBERT AZ 85234 | | $23,333.41 | $3,615.87 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $3,615.87 for paid time off. |
| 1123 | WOODSON, BERNADETTE<br>15235 LA PALOMA DRIVE<br>HOUSTON TX 77083 | $1,718.63 | | $1,638.76 | | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $1,638.76 for paid time off. |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

# EXHIBIT B

Employee Claims To Be Modified and Allowed

| Claim Amount | Claimant | Claimed Priority Amount | Claimed Unsecured Amount | REVISED Priority Amount | REVISED Unsecured Amount | Reason For Proposed Modification and Allowance |
|---|---|---|---|---|---|---|
| 462 | WRIGHT, ELAINE M. 2911 MEADOWVIEW DRIVE MISSOURI CITY TX 77459 | $2,703.12 | | $547.15 | $901.18 | The Debtors' books and records reflect that claimant is entitled to a priority claim in the amount of $547.15 for paid time off and an unsecured claim in the amount of $901.18 for unpaid wages. |

# EXHIBIT C

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

## EXHIBIT C

Trade Claims To Be Reduced and Allowed

| Claim Number | Claimant | Claimed Administrative Amount | Claimed Unsecured Amount | REVISED Unsecured Amount | Reason For Proposed Reduction and Allowance |
|---|---|---|---|---|---|
| 1264 | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP - RODNEY E. CARSON 1601 K STREET NW WASHINGTON DC 20006-1600 | $68,929.78 | | $42,897.28 | The Debtors' books and records reflect that this claim should be reclassified as unsecured in the amount of $42,897.28 for prepetition services. $26,032.5 was paid on 7/25/08 with check #30445 and check # 29725 on 1/15/08. |
| 1181 | OCWEN FINANCIAL CORPORATION ATTN PAUL KOCHES 1661 WORTHINGTON RD SUITE 100 CENTERPART WEST WEST PALM BEACH FL 33409 | | $120,186.44 | $105,428.51 | The Debtors' books and records reflect that this claim should be reduced to $105,428.51. $14,757.93 was paid via check # 29468 on 10/18/07. |
| 1554 | IRON MOUNTAIN INFORMATION MANAGEMENT INC R. FREDERICK LINFESTY, ESQ. 745 ATLANTIC AVENUE, 10TH FLOOR BOSTON MA 02111 | $1,379.71 | | $693.00 | The Debtors' books and records reflect that this claim should be reclassified as an unsecured claim in the amount of $693.00 for prepetition services. Post-petition Invoice #75971 in the amount of $686.71 was paid on 1/8/2008 via check # 29699. |
| 63 | ADP, INC. (PRINT SERVICES) LISA PENN 5800 WINDWARD PKWY MS A275 ALPHARETTA GA 30005 | | $1,929.69 | $957.47 | The Debtors' books and records reflect that this claim should be reduced to $957.47. $972.22 was paid via check #2932 in the amount of $613.00 and check #29261 in the amount of $359.22. |

Aegis Mortgage Corp, et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

# EXHIBIT C

Trade Claims To Be Reduced and Allowed

| Claim Number | Claimant | Claimed Administrative Amount | Claimed Unsecured Amount | REVISED Unsecured Amount | Reason For Proposed Reduction and Allowance |
|---|---|---|---|---|---|
| 592 | ANAWAN REAL ESTATE CORP D/B/A K&R APPRAISAL SERVICES 23 ANAWAN AVE, FLOOR 1 WEST ROXBURY MA 02132 | | $6,060.00 | $600.00.00 | The Debtors' books and records reflect that the Debtor and the claimant entered into a settlement agreement for all invoices except two included in the claim. The claim should be reduced to $600.00 on account of the post-settlement invoices #52030 and 53057. |
| 390 | AUTOMATIC DATA PROCESSING INC ATTN DEE ANN SOKOLOWSKI 400 COVINA BLVD M/S 110 SAN DIMAS CA 91773 | | $7,979.18 | $3,831.76 | Debtors' books and records reflect that $4,147.42 of this claim was paid via check #28937 dated 6/22/2007. |
| 1045 | NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC ATTN LISA M MOORE, VICE PRESIDENT 995 DALTON AVENUE CINCINNATI OH 45203 | | $8,901.17 | $1,386.42 | Debtors' books and records reflect that claim amount should be reduced to $1,386.42 on account of August lease payment with respect to Lease # 213374-002 for certain computed equipment. All postpetition payments have been made. |
| 1046 | NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC ATTN LISA M MOORE, VICE PRESIDENT 995 DALTON AVENUE CINCINNATI OH 45203 | | $23,917.53 | $3,728.16 | Debtors' books and records reflect that claim amount should be reduced to $3,728.16 on account of August lease payment with respect to Lease # 213374-002 for certain computed equipment. All postpetition payments have been made. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

Debtors' Second Omnibus Objection
To Claims (Substantive)

## EXHIBIT C

Trade Claims To Be Reduced and Allowed

| Claim Number | Claimant | Claimed Administrative Amount | Claimed Unsecured Amount | REVISED Unsecured Amount | Reason For Proposed Reduction and Allowance |
|---|---|---|---|---|---|
| 1047 | NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC ATTN LISA M MOORE, VICE PRESIDENT 995 DALTON AVENUE CINCINNATI OH 45203 | | $90,883.23 | $8,555.14 | Debtors' books and records reflect that claim amount should be reduced to $8,555.14 on account of August lease payment with respect to Lease # 213374-002 for certain computed equipment. All postpetition payments have been made. |
| 421 | INTERTHINX, INC. / SYSDOME INC./ APPLINTELLIGENCE INC. E/O ISO, INC. ISO, INC., LAW DEPT. 545 WASHINGTON BLVD. JERSEY CITY NJ 07310 | | $91,205.05 | $87,384.55 | Debtors' books and records reflect that invoice # 1239 was paid via check # 24625 dated 6/30/06 in the amount of $3,820.50 |