IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No.** |

## ORDER GRANTING AND SUSTAINING DEBTORS' FOURTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND BANKRUPTCY RULE 3007

This matter came before the Court on the Debtors' fourth (non-substantive)

omnibus objection to claims pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (the

"Fourth Omnibus Claims Objection").[2] The Court having reviewed the Fourth Omnibus Claims

Objection; the Court finding good and sufficient cause for granting the relief requested in the

Fourth Omnibus Claims Objection; and the Court having jurisdiction over this matter pursuant to

28 U.S.C. §§ 1408 and 1409; and the Court otherwise being fully advised in the premises, it is

hereby

**FOUND AND DETERMINED THAT:**

A.      Each holder of a claim listed on Exhibits "A" through "D" hereto (the

"Claimants") was properly and timely served with a copy of the Fourth Omnibus Claims

Objection, the proposed order and the accompanying exhibit.

B.      The Fourth Omnibus Claims Objection Objection is a core proceeding

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite I, Houston, TX 77082.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Fourth Omnibus Claims Objection.

pursuant to 28 U.S.C. §157(b)(2).

C.   The claims listed on Exhibit "A" hereto are claims for which the Debtors have no liability.

D.   The claims listed on Exhibit "B" hereto are late filed claims.

E.   The claims listed on Exhibit "C" hereto are duplicative of other claims filed on the Claims Register.

F.   The claims listed on Exhibit "D" hereto are claims which have been amended.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1.   Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007, the claims listed on Exhibits "A" through "D" hereto are hereby and shall be **EXPUNGED** and **DISALLOWED** in their entirety.

2.   Epiq Bankruptcy Solutions LLC, the official claims agent appointed in these cases, is hereby authorized and directed to make such revisions to the official Claims Registry as are necessary to reflect the relief granted pursuant to this Order.

3.   The Debtors' objection to each Disputed claim addressed in the Fourth Omnibus Claims Objection constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Disputed Claim. Any stay of the Order pending appeal by any of the Claimants whose Disputed Claim is subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. This order is without prejudice to the Debtors' right to object to any claims or interests filed in these chapter 11 cases.

5. This Court shall retain jurisdiction over the Debtors and the Claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: May ____, 2009

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge

**EXHIBIT A**

## FOURTH OMNIBUS CLAIMS OBJECTION

### EXHIBIT A

| Claim Number | Claimant Name and Address | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Total Claim Amount | Reason For Proposed Modification |
|---|---|---|---|---|---|---|---|---|
| 238 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE MD 21201 | | $1,000.00 | | | 1,000.00 | $0.00 | No basis per Bankruptcy Code or per the Debtors' books and records for the priority sought. Claim seeks payment against an entity (AMC Insurance Agency of Texas, Inc.) that is not a debtor under the Bankruptcy Code. |
| 620 | LAW OFFICES MCDOWELL RIGA 46 W. MAIN STREET MAPLE SHADE NJ 08052 | | | | $5,136.00 | 5,136.00 | $0.00 | No basis per Bankruptcy Code or per the Debtors' books and records for the priority sought. Claim seeks payment against an unrelated entity that is not affiliated to any of the Debtors. Claim should be filed against entity named "Argis". |
| 349 | MARICOPA COUNTY TREASURER MADELEINE C WANSLEE 201 EAST WASHINGTON, SUITE 800 PHOENIX AZ 85004 | | | | $453.13 | 453.13 | $0.00 | No basis per Bankruptcy Code or per the Debtors' books and records for the priority sought. Claim seeks payment against an unrelated entity that is not affiliated to any of the Debtors. Claim should be filed against entity named "Aegis Inc." |
| 945 | MARION COUNTY TREASURER 200 E WASHINGTON ST SUITE 1041 INDIANAPOLIS IN 46204 | | | $4,321.00 | $515.01 | 4,836.01 | $0.00 | No basis per Bankruptcy Code or per the Debtors' books and records for the priority sought. Claim seeks payment against an unrelated entity that is not affiliated to any of the Debtors. Claim should be filed against entity named "Aegis Mortgage Group LLC". |
| 496 | SHARON TOWN P O BOX 335 SHARON MA 02067 | | | $6,261.81 | | 6,261.81 | $0.00 | No basis per Bankruptcy Code or per the Debtors' books and records for the priority sought. Claim seeks payment against an unrelated entity that is not affiliated to any of the Debtors |

Aegis Mortgage Corp., et al.
Case No. 07-11119 (BLS)

FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim Number | Claimant Name and Address | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Total Claim Amount | Reason For Proposed Modification |
|---|---|---|---|---|---|---|---|---|
| 598 | TENNESSEE DEPARTMENT OF REVENUE WILBUR E. HOOKS ANDREW JACKSON STATE OFFICE BUILDING FOURTH FLOOR NASHVILLE TN 37242 | $196.00 | | | | 196.00 | $0.00 | No basis per Bankruptcy Code or per the Debtors' books and records for the priority sought. Claim seeks payment against an entity (AMC Insurance Agency of Texas, Inc.) that is not a debtor under the Bankruptcy Code. |
| 599 | TENNESSEE DEPARTMENT OF REVENUE WILBUR E. HOOKS ANDREW JACKSON STATE OFFICE BUILDING FOURTH FLOOR NASHVILLE TN 37242 | $229.60 | | | | 229.60 | $0.00 | No basis per Bankruptcy Code or per the Debtors' books and records for the priority sought. Claim seeks payment against an entity (Aegis Loan Servicing, L.P.) that is not a debtor under the Bankruptcy Code. |
| 603 | TENNESSEE DEPARTMENT OF REVENUE WILBUR E. HOOKS PO BOX 20207 NASHVILLE TN 37202-0207 | | $301.00 | | | 301.00 | $0.00 | No basis per Bankruptcy Code or per the Debtors' books and records for the priority sought. Claim seeks payment against an entity (AMC Insurance Agency of Texas, Inc.) that is not a debtor under the Bankruptcy Code. |
| 604 | TENNESSEE DEPARTMENT OF REVENUE WILBUR E. HOOKS PO BOX 20207 NASHVILLE TN 37202-0207 | | $989.12 | | | 989.12 | $0.00 | No basis per Bankruptcy Code or per the Debtors' books and records for the priority sought. Claim seeks payment against an entity (Aegis Loan Servicing, L.P.) that is not a debtor under the Bankruptcy Code. |

# FOURTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT A

| Claimant Name and Address | Claim Number | Date Claim Filed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| ALIEF INDEPENDENT SCHOOL DISTRICT CARL O SANDIN PERDUE BRANDON FIELDER COLLINS & MOTT 1235 NORTH LOOP WEST SUITE 600 HOUSTON TX 77008 | 1723 | 5/2/08 | | | $73,243.48 | | 73,243.48 | Claim was filed after claims bar date of 2/11/08 |
| ANDERSON, JOAN 4233 N. 42 STREET MILWAUKEE, WI 53216-1617 | 1828 | 3/26/09 | | | | $1,181.53 | $1,181.53 | Claim was filed after claims bar date of 2/11/08 |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114 | 1783 | 10/27/08 | $4,053.30 | | | | 4,053.30 | Claim was filed after claims bar date of 2/11/08 |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114 | 1784 | 10/27/08 | $250.35 | | | | 250.35 | Claim was filed after claims bar date of 2/11/08 |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114 | 1785 | 10/27/08 | $483.72 | | | | 483.72 | Claim was filed after claims bar date of 2/11/08 |
| EAST POINT CITY ATTN KIMBERLY MITCHELL, PARALEGAL 3120 MARTIN ST BLDG 2 STE 500 EAST POINT GA 30344 | 1705 | 4/7/08 | | $735.14 | | | 735.14 | Claim was filed after claims bar date of 2/11/08 |

1

# FOURTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT A

| Claimant Name and Address | Claim Number | Date Claim Filed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| FRANKLIN COUNTY, OHIO TREASURER FRANKLIN COUNTY TREASURER 373 S HIGH ST 17TH FLOOR COLUMBUS OH 43215 | 1680 | 3/17/08 | | | $6,620.75 | | 6,620.75 | Claim was filed after claims bar date of 2/11/08 |
| GRAND RAPIDS CITY TREASURER ACCT# 41-01-51-108-190 300 MONROE NW RM 220 GRAND RAPIDS MI 49503 | 1704 | 4/4/08 | | $4,842.76 | $4,842.76 | | 9,685.52 | Claim was filed after claims bar date of 2/11/08 |
| HORTON, JULIE DAVID M. DUSHANE, ESQ. LAW OFFICES OF DAVID M. DUSHANE 1600 ROSECRAWS AVE. 4TH FLOOR MANHATTAN BEACH CA 90266 | 1675 | 3/11/08 | | | | $32,598.89 | 32,598.89 | Claim was filed after claims bar date of 2/01/08 |
| KING COUNTY TREASURY ATTN: LINDA NELSEN 500 FOURTH AVENUE, ROOM 600 SEATTLE WA 98104-2387 | 1713 | 4/21/08 | | | $3,677.21 | | 3,677.21 | Claim was filed after claims bar date of 2/11/08 |
| LAW OFFICES OF JOHN D. CLUNK, LPA SCOTT P. CIUPAK, ESQUIRE 5601 HUDSON DRIVE SUITE 400 HUDSON OH 44236 | 1727 | 5/7/08 | | | $0.00 | $565.00 | 565.00 | Claim was filed after claims bar date of 2/01/08 |
| MAINE REVENUE SERVICES 24 STATE HOUSE STATION AUGUSTA ME 04333-0024 | 1788 | 10/31/08 | $336.69 | | | | 336.69 | Claim was filed after claims bar date of 2/11/08 |

FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claimant Name and Address | Claim Number | Date Claim Filed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| MISSISSIPPI STATE TAX COMMISSION BANKRUPTCY SECTION P.O. BOX 22808 JACKSON MS 39225-2808 | 1763 | 8/26/08 | | $3,380.43 | | $207.56 | 3,587.99 | Claim was filed after claims bar date of 2/11/08 |
| PINELLAS COUNTY, TAX COLLECTOR ATTN BETTY A GRAMLEY, TAX MANAGER POST OFFICE BOX 2943 CLEARWATER FL 33757-2943 | 1745 | 6/9/08 | | | $3,821.01 | | 3,821.01 | Claim was filed after claims bar date of 2/11/08 |
| QWEST DIAGNOSTICS REGARDING MARVIN SCHULMAN PO BOX 740698 CINCINNATI OH 45274 | 1771 | 10/10/08 | | | | $661.51 | 661.51 | Claim was filed after claims bar date of 2/01/08 |
| R.I. DIVISION OF TAXATION ATTN: DAVID M. SULLIVAN, TAX ADMIN. ONE CAPITOL HILL PROVIDENCE RI 02908 | 1694 | 3/28/08 | | $4,000.00 | | | 4,000.00 | Claim was filed after claims bar date of 2/11/08 |
| SAGINAW COUNTY TREASURER ATTN MARVIN D HARE 111 S MICHIGAN AVE SAGINAW MI 48602 | 1731 | 5/15/08 | | | | $4,940.40 | 4,940.40 | Claim was filed after claims bar date of 2/11/08 |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08695 | 1757 | 8/13/08 | $2,662.40 | | | | 2,662.40 | Claim was filed after claims bar date of 2/11/08 |

3

*Aegis Mortgage Corp. et al;*
*Case No. 07-11119 (BLS)*

FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claimant Name and Address | Claim Number | Date Claim Filed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08695 | 1789 | 11/24/08 | $1,069.59 | | | | 1,069.59 | Claim was filed after claims bar date of 2/11/08 |
| WASHINGTON CNTY TAX CLAIM BUREAU COURTHOUSE SQUARE 100 WEST BEAU, SUITE 205 WASHINGTON PA 15301 | 1696 | 3/28/08 | | | $1,108.99 | | 1,108.99 | Claim was filed after claims bar date of 2/11/08 |

4

# EXHIBIT B

## FOURTH OMNIBUS CLAIMS OBJECTION

### EXHIBIT B

| Claimant Name and Address | Claim Number | Date Claim Filed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| ALIEF INDEPENDENT SCHOOL DISTRICT CARL O SANDIN PERDUE BRANDON FIELDER COLLINS & MOTT 1235 NORTH LOOP WEST SUITE 600 HOUSTON TX 77008 | 1723 | 5/2/08 | | | $73,243.48 | | 73,243.48 | Claim was filed after claims bar date of 2/11/08 |
| ANDERSON, JOAN 4233 N. 42 STREET MILWAUKEE, WI 53216-1617 | 1828 | 3/26/09 | | | | $1,181.53 | $1,181.53 | Claim was filed after claims bar date of 2/11/08 |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114 | 1783 | 10/27/08 | $4,053.30 | | | | 4,053.30 | Claim was filed after claims bar date of 2/11/08 |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114 | 1784 | 10/27/08 | $250.35 | | | | 250.35 | Claim was filed after claims bar date of 2/11/08 |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114 | 1785 | 10/27/08 | $483.72 | | | | 483.72 | Claim was filed after claims bar date of 2/11/08 |
| EAST POINT CITY ATTN KIMBERLY MITCHELL, PARALEGAL 3120 MARTIN ST BLDG 2 STE 500 EAST POINT GA 30344 | 1705 | 4/7/08 | | $735.14 | | | 735.14 | Claim was filed after claims bar date of 2/11/08 |

# FOURTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT B

| Claimant Name and Address | Claim Number | Date Claim Filed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| FRANKLIN COUNTY, OHIO TREASURER FRANKLIN COUNTY TREASURER 373 S HIGH ST 17TH FLOOR COLUMBUS OH 43215 | 1680 | 3/17/08 | | | $6,620.75 | | 6,620.75 | Claim was filed after claims bar date of 2/11/08 |
| GRAND RAPIDS CITY TREASURER ACCT# 41-01-51-108-190 300 MONROE NW RM 220 GRAND RAPIDS MI 49503 | 1704 | 4/4/08 | | $4,842.76 | $4,842.76 | | 9,685.52 | Claim was filed after claims bar date of 2/11/08 |
| HORTON, JULIE DAVID M. DUSHANE, ESQ. LAW OFFICES OF DAVID M. DUSHANE 1600 ROSECRAWS AVE. 4TH FLOOR MANHATTAN BEACH CA 90266 | 1675 | 3/11/08 | | | | $32,598.89 | 32,598.89 | Claim was filed after claims bar date of 2/01/08 |
| KING COUNTY TREASURY ATTN: LINDA NELSEN 500 FOURTH AVENUE, ROOM 600 SEATTLE WA 98104-2387 | 1713 | 4/21/08 | | | $3,677.21 | | 3,677.21 | Claim was filed after claims bar date of 2/11/08 |
| LAW OFFICES OF JOHN D. CLUNK, LPA SCOTT P. CIUPAK, ESQUIRE 5601 HUDSON DRIVE SUITE 400 HUDSON OH 44236 | 1727 | 5/7/08 | | | $0.00 | $565.00 | 565.00 | Claim was filed after claims bar date of 2/01/08 |
| MAINE REVENUE SERVICES 24 STATE HOUSE STATION AUGUSTA ME 04333-0024 | 1788 | 10/31/08 | $336.69 | | | | 336.69 | Claim was filed after claims bar date of 2/11/08 |

2

FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT B

| Claimant Name and Address | Claim Number | Date Claim Filed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| MISSISSIPPI STATE TAX COMMISSION BANKRUPTCY SECTION P.O. BOX 22808 JACKSON MS 39225-2808 | 1763 | 8/26/08 | | $3,380.43 | | $207.56 | 3,587.99 | Claim was filed after claims bar date of 2/11/08 |
| PINELLAS COUNTY, TAX COLLECTOR ATTN BETTY A GRAMLEY, TAX MANAGER POST OFFICE BOX 2943 CLEARWATER FL 33757-2943 | 1745 | 6/9/08 | | | $3,821.01 | | 3,821.01 | Claim was filed after claims bar date of 2/11/08 |
| QWEST DIAGNOSTICS REGARDING MARVIN SCHULMAN PO BOX 740698 CINCINNATI OH 45274 | 1771 | 10/10/08 | | | | $661.51 | 661.51 | Claim was filed after claims bar date of 2/01/08 |
| R.I. DIVISION OF TAXATION ATTN: DAVID M. SULLIVAN, TAX ADMIN. ONE CAPITOL HILL PROVIDENCE RI 02908 | 1694 | 3/28/08 | | $4,000.00 | | | 4,000.00 | Claim was filed after claims bar date of 2/11/08 |
| SAGINAW COUNTY TREASURER ATTN MARVIN D HARE 111 S MICHIGAN AVE SAGINAW MI 48602 | 1731 | 5/15/08 | | | | $4,940.40 | 4,940.40 | Claim was filed after claims bar date of 2/11/08 |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08695 | 1757 | 8/13/08 | $2,662.40 | | | | 2,662.40 | Claim was filed after claims bar date of 2/11/08 |

3

FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT B

| Claimant Name and Address | Claim Number | Date Claim Filed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08695 | 1789 | 11/24/08 | $1,069.59 | | | | 1,069.59 | Claim was filed after claims bar date of 2/11/08 |
| WASHINGTON CNTY TAX CLAIM BUREAU COURTHOUSE SQUARE 100 WEST BEAU, SUITE 205 WASHINGTON PA 15301 | 1696 | 3/28/08 | | | $1,108.99 | | 1,108.99 | Claim was filed after claims bar date of 2/11/08 |

4

**EXHIBIT C**

FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT C

| Claimant Name and Address | Remaining Claim Number | Duplicate Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADA COUNTY TREASURER 200 W FRONT ST 1ST FL BOISE ID 83702 | 123 | 96 | | | $1,674.48 | | 1,674.48 | $0.00 | $0.00 | $1,674.48 | $0.00 | $1,674.48 | Duplicate Claim |
| CLERMONT COUNTY, OHIO J. ROBERT TRUE, TREASURER 101 E. MAIN STREET BATAVIA OH 45103 | 1677 | 806 | | $0.00 | | | - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Duplicate Claim |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114-9564 | 1782 | 1762 | | $30,973.00 | | | 30,973.00 | $0.00 | $30,973.00 | $0.00 | $0.00 | $30,973.00 | Duplicate Claim |
| COMMONWEALTH OF PENNSYLVANIA-PA UC FUND TIMOTHY A BORTZ-DEPT OF LABOR & INDUSTRY OFC OF UC TAX SERVICES 625 CHERRY STREET - ROOM 203 READING PA 19602-1184 | 1616 | 1612 | | $2,419.67 | | | 2,419.67 | $0.00 | $2,419.67 | $0.00 | $0.00 | $2,419.67 | Duplicate Claim |
| COYLE, TIMOTHY SEAN 170 SULLING WAY ALPHARETTA GA 30004 | 1070 | 976 | | $10,950.00 | | $33,865.15 | 44,815.15 | $0.00 | $10,950.00 | $0.00 | $33,865.15 | $44,815.15 | Duplicate Claim |
| DELL, INC. ATTN MICHAEL KELLER ONE DELL WAY BLDG. 1, MS 8052 ROUND ROCK TX 78682 | 228 | 187 | | | $0.00 | $12,933.54 | 12,933.54 | $0.00 | $0.00 | $0.00 | $12,933.54 | $12,933.54 | Duplicate Claim |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE MD 21201 | 292 | 32 | | | $0.00 | $4,732.47 | 4,732.47 | $0.00 | $4,732.47 | $0.00 | $0.00 | $4,732.47 | Duplicate Claim |
| HARRIS COUNTY, ET AL. JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 | 1817 | 1813 | $98,220.49 | | | | 98,220.49 | $98,220.49 | $0.00 | $0.00 | $0.00 | $98,220.49 | Duplicate Claim |
| HEIMAN, BETH 17919 W AUGUSTA DR BATON ROUGE LA 708105980 | 535 | 50 | | $10,950.00 | | $2,764.66 | 13,714.66 | $0.00 | $10,950.00 | $0.00 | $2,764.66 | $13,714.66 | Duplicate Claim |
| LAW, JACQUELINE M. 3003 WINDCHASE BLVD # 307 HOUSTON TX 77082 | 841 | 381 | | | $0.00 | | - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Duplicate Claim |
| MARICOPA COUNTY TREASURER MADELEINE C. WANSLEE 201 EAST WASHINGTON, SUITE 800 PHOENIX AZ 85004 | 350 | 219 | | | $647.98 | | 647.98 | $0.00 | $0.00 | $647.98 | $0.00 | $647.98 | Duplicate Claim |
| MCCLELLAND, K.S. P.O. BOX 484 YOLO CA 95697 | 1687 | 1686 | | | $0.00 | | - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Duplicate Claim |
| MCLAGAN PARTNERS, INC. 262 HARBOR DR, 1ST FLOOR STAMFORD CT 06902-7542 | 1504 | 813 | | | | $6,350.00 | 6,350.00 | $0.00 | $0.00 | $0.00 | $6,350.00 | $6,350.00 | Duplicate Claim |
| NY STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 1780 | 1747 | $1,000.00 | | | | 1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | Duplicate Claim |

60039-001\DOCS_DE:147028v1

# FOURTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT C

| Claimant Name and Address | Remaining Claim Number | Duplicate Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEVADA DEPARTMENT OF TAXATION ATTN: BANKRUPTCY SECTION 555 E. WASHINGTON AVE # 1300 LAS VEGAS NV 89101 | 655 | 651 | | $24,529.59 | | $1,924.00 | 26,453.59 | $0.00 | $24,529.59 | $0.00 | $1,924.00 | $26,453.59 | Duplicate Claim |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 | 382 | 324 | | $284.00 | $6,975.00 | | 7,239.00 | $0.00 | $284.00 | $6,975.00 | $0.00 | $7,239.00 | Duplicate Claim |
| ROYAL & ROSS 13302 ST. MARY'S LN. STE 100 HOUSTON TX 77079 | 841 | 241 | | | | $10,224.00 | 10,224.00 | $0.00 | $0.00 | $0.00 | $10,224.00 | $10,224.00 | Duplicate Claim |
| TEXAS WORKFORCE COMMISSION ATTORNEY GENERAL, STATE OF TEXAS COLLECTION DIVISION, BANKRUPTCY SECTION P.O. BOX 12548 AUSTIN TX 78711 | 1721 | 1718 | | $62,961.19 | | | 62,961.19 | $0.00 | $62,961.19 | $0.00 | $0.00 | $62,961.19 | Duplicate Claim |
| THIGPEN, LAURA N. 5155 HARVEY RD SAINT FRANCISVILLE LA 70775 | 1090 | 42 | | $5,140.80 | | | 5,140.80 | $0.00 | $5,140.80 | $0.00 | $0.00 | $5,140.80 | Duplicate Claim |

**EXHIBIT D**

**FOURTH OMNIBUS CLAIMS OBJECTION**

**EXHIBIT D**

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCUDATA SYSTEMS INC ATTN CORPORATE COUNSEL 7906 N SAM HOUSTON PKWY W # 200 HOUSTON TX 77064 | 137 | 30 | | | | $25,379.30 | 25,379.30 | $0.00 | $0.00 | $0.00 | $5,287.35 | $5,287.35 | Amends Previously filed |
| ANAWAN REAL ESTATE CORP DBA K&R APPRAISAL SERVICES 23 ANAWAN AVE, FLOOR 1 WEST ROXBURY MA 02132 | 592 | 158 | | | | $4,795.00 | 4,795.00 | $0.00 | $0.00 | $0.00 | $6,060.00 | $6,060.00 | Amends Previously filed |
| AT&T GLOBAL SERVICES AT&T ATTORNEY: JAMES GRUDUS, ESQ. AT&T INC. ONE AT&T WAY, RM 3A218 BEDMINSTER NJ 07921 | 878 | 404 | | | | $9,781.67 | 9,781.67 | $0.00 | $0.00 | $0.00 | $12,891.49 | $12,891.49 | Amends Previously filed |
| BANK OF AMERICA, N.A. (TRUSTEE/SPECTRUM PROP) JOHN H CAPITANO ESQ 214 N TRYON ST, 47TH FL CHARLOTTE NC 28202 | 1129 | 264 | | | $2,423.85 | $30,093.26 | 32,517.11 | $0.00 | $0.00 | $2,423.85 | $27,669.41 | $30,093.26 | Amends Previously filed |
| BROWARD COUNTY, DEPT. OF FINANCE GOVERNMENTAL CENTER ANNEX 115 S ANDREWS AVE FORT LAUDERDALE FL 33301 | 1676 | 147 | | | $7,058.14 | | 7,058.14 | $0.00 | $0.00 | $4,887.62 | $0.00 | $4,887.62 | Amends Previously filed |
| CHIOLEWA, JANICE 1341 BAILEYSCROSSING LEMONT IL 60439 | 1040 | 901 | | | $5,198.55 | | 5,198.55 | $0.00 | $21,683.43 | $0.00 | $0.00 | $21,683.43 | Amends Previously filed |
| CITY AND COUNTY OF DENVER/ TREASURY MCNICHOLS CIVIC CENTER BUILDING 144 W. COLFAX AVENUE, ROOM 384 DENVER CO 80202 | 1551 | 371 | | | 12,252.42 | | 12,252.42 | $0.00 | | $13,968.81 | $0.00 | $13,968.81 | Amends Previously filed |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114 | 1748 | 394 | | $10,921.62 | | | 10,921.62 | $0.00 | $39,473.00 | $0.00 | $0.00 | $39,473.00 | Amends Previously filed |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114-9564 | 1816 | 1782 | | $30,973.00 | | | 30,973.00 | | $33,854.73 | | | $33,854.73 | Amends Previously filed |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON MA 02114 | 1762 | 1748 | | $39,473.00 | | | 39,473.00 | $0.00 | $30,973.00 | $0.00 | $0.00 | $30,973.00 | Amends Previously filed |

**FOURTH OMNIBUS CLAIMS OBJECTION**

**EXHIBIT D**

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DALLAS COUNTY, ELIZABETH WELLER, MICHAEL W. DEEDS, LAURIE A. SPINDLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS TX 75201-2691 | 1805 | 1803 | $7,735.20 | | | | $7,735.20 | $7,735.20 | $0.00 | $0.00 | | $7,735.20 | Amends Previously filed claim |
| DALLAS COUNTY E. WELLER, M.W. DEEDS, L. A. SPINDLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET, SUITE 1600 DALLAS TX 75201 | 1811 | 1805 | $7,735.20 | | | | 7,735.20 | $6,838.83 | | | | $6,838.83 | Amends Previously filed claim |
| DALLAS COUNTY ELIZABETH H WELLER/M. DEEDS/L. SPINDLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET, SUITE 1600 DALLAS TX 75201 | 1810 | 1252 | $12,268.66 | | $0.00 | | 12,268.66 | $0.00 | $6,838.83 | $6,838.83 | $0.00 | $13,677.66 | Amends Previously filed claim |
| DAVIS, BROWN, KOEHN, SHORS & ROBERTS, PC 215 10TH STREET, SUITE 1300 DES MOINES IA 50309-3993 | 1774 | 1255 | | | | $26,379.35 | $26,379.35 | $0.00 | $0.00 | $0.00 | $23,622.21 | $23,622.21 | Amends Previously filed claim |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE MD 21201 | 468 | 239 | | $49,767.61 | | $4.34 | 49,771.95 | $0.00 | $18.09 | $0.00 | $4.34 | $22.43 | Amends Previously filed claim |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE MD 21201 | 469 | 293 | | | | $100,394.65 | 100,394.65 | $0.00 | $489,025.89 | $0.00 | $163,325.00 | $652,350.89 | Amends Previously filed claim |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE MD 21201 | 949 | 269 | | $212.67 | | $192,480.38 | 192,693.05 | $0.00 | $212.67 | $0.00 | $190,968.84 | $191,181.51 | Amends Previously filed claim |
| EGNEW, LIESL 7903 E GARNET AVE MESA AZ 85208 | 1536 | 115 | | $1,500.00 | | $400.00 | 1,900.00 | $0.00 | $2,264.28 | $0.00 | $0.00 | $2,264.28 | Amends Previously filed claim |

# FOURTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT D

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA, ATTN: CHIEF OF TAX UNEMPLOYMENT INSURANCE DIVISION PO BOX 26504 RALEIGH NC 27611-6504 | 1458 | 1456 | $29,276.38 | | | | 29,276.38 | $0.00 | $0.00 | $0.00 | $8,595.65 | $8,595.65 | Amends Previously filed claim |
| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA, ATTN: CHIEF OF TAX UNEMPLOYMENT INSURANCE DIVISION PO BOX 26504 RALEIGH NC 27611-6504 | 1645 | 1459 | | $20,565.41 | | | 20,565.41 | $0.00 | $20,667.46 | $0.00 | $0.00 | $20,667.46 | Amends Previously filed claim |
| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA, ATTN: CHIEF OF TAX UNEMPLOYMENT INSURANCE DIVISION PO BOX 26504 RALEIGH, WAKE COUNTY NC 27611-6504 | 1644 | 1466 | | | | $6,541.58 | 6,541.58 | $0.00 | $0.00 | $0.00 | $6,551.78 | $6,551.78 | Amends Previously filed claim |
| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA, ATTN: CHIEF OF TAX UNEMPLOYMENT INSURANCE DIVISION PO BOX 26504 RALEIGH, WAKE COUNTY NC 27611-6504 | 1645 | 1644 | | | | $6,551.78 | 6,551.78 | $0.00 | $0.00 | $0.00 | $6,551.78 | $6,551.78 | Amends Previously filed claim |
| FEDERAL HOUSING ADMINISTRATION (FHA) OF U.S. DEPT OF HOUSING & URBAN DEVELOPMENT MICHAEL C. DEMARCO 52 CORPORATE CIRCLE ALBANY NY 12203 | 1779 | 1166 | $26,021.98 | | $0.00 | | 26,021.98 | $9,500.30 | $0.00 | $0.00 | $25,663.91 | $35,164.21 | Amends Previously filed claim |
| HARRIS COUNTY, ET AL JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 | 879 | 188 | | $0.00 | $70,024.93 | | 70,024.93 | $0.00 | $0.00 | $81,202.82 | $0.00 | $81,202.82 | Amends Previously filed claim |
| HARRIS COUNTY, ET AL JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 | 1813 | 1799 | $76,984.65 | | | | 76,984.65 | $98,220.49 | $0.00 | $0.00 | $0.00 | $98,220.49 | Amends Previously filed claim |
| HARRIS COUNTY, ET AL JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON TX 77253-3064 | 1799 | 879 | | $0.00 | $81,202.82 | | 81,202.82 | $76,984.65 | $0.00 | $0.00 | $0.00 | $76,984.65 | Amends Previously filed claim |

# FOURTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT D

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HSBC MORTGAGE SERVICES, INC. FKA HOUSEHOLD FINANCIAL SERVICES INC. MOLINARO, MICHAEL L. ESQ.- LOEB & LOEB 321 NORTH CLARK STREET CHICAGO IL 60610 | 415 | 370 | | | | $882,688.65 | 882,688.65 | $0.00 | $0.00 | $0.00 | $992,744.77 | $992,744.77 | Amends Previously filed claim |
| HSBC MORTGAGE SERVICES, INC. FKA HOUSEHOLD FINANCIAL SERVICES, INC. MICHAEL L. MOLINARO ESQ- LOEB & LOEB 321 NORTH CLARK STREET, SUITE 230 CHICAGO IL 60610 | 370 | 197 | | | | $761,464.90 | 761,464.90 | $0.00 | $0.00 | $0.00 | $882,688.65 | $882,688.65 | Amends Previously filed claim |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST, #7-400 CHICAGO IL 60601 | 1467 | 369 | | $0.61 | | $29.39 | 30.00 | $0.00 | $5,129.42 | $0.00 | $1,804.68 | $6,934.10 | Amends Previously filed claim |
| JEFFERSON COUNTY 170 N. JEFFERSON ST MONTICELLO FL 32344 | 794 | 612 | | | | $0.00 | - | $0.00 | $0.00 | $0.00 | $7,527.85 | $7,527.85 | Amends Previously filed claim |
| KEYSTONE ASSET MANAGEMENT, INC. C/O MICHAEL G. MENKOWITZ, ESQUIRE FOX ROTHSCHILD LLP 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291 | 1802 | 215 | | | | $194,611.77 | 194,611.77 | $0.00 | $0.00 | $0.00 | $95,975.13 | $95,975.13 | Amends Previously filed claim |
| KEYSTONE ASSET MANAGEMENT, INC. SHELDON K. RENNIE, ESQUIRE FOX ROTHSCHILD LLP 919 NORTH MARKET STREET SUITE 1300 WILMINGTON DE 19801-3046 | 1802 | 1566 | $65,932.97 | | | | 65,932.97 | $0.00 | $0.00 | $0.00 | $95,975.13 | $95,975.13 | Amends Previously filed claim |
| KILLINGLY REVENUE COLLECTOR TOWN OF KILLINGLY REVENUE COLLECTOR PO BOX 6000 DANIELSON CT 06239 | 497 | 122 | | | $3,285.99 | | 3,285.99 | $0.00 | $0.00 | $1,080.79 | $0.00 | $1,080.79 | Amends Previously filed claim |
| KING, LOREEN 10105 CABERNET CT RIVERSIDE CA 92509 | 992 | 991 | $4,988.69 | | | | 4,988.69 | $0.00 | $19,434.20 | $0.00 | $0.00 | $19,434.20 | Amends Previously filed claim |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC ATTN BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 | 900 | 121 | | | | $23,302.93 | 23,302.93 | $0.00 | $0.00 | $0.00 | $46,227.31 | $46,227.31 | Amends Previously filed claim |

**FOURTH OMNIBUS CLAIMS OBJECTION**

**EXHIBIT D**

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MALONEY, MICHAEL W<br>C/O JOAN KEHLHOF<br>WIST HOLLAND & KEHLHOF, LLP<br>720 NORTH POST OAK ROAD,<br>STE 610<br>HOUSTON TX 77024 | 1408 | 1057 | | $10,950.00 | | $3,172.08 | 14,122.08 | $0.00 | $10,950.00 | $0.00 | $207,187.08 | $218,137.08 | Amends Previously filed claim |
| MARICOPA COUNTY<br>TREASURER<br>MADELEINE C. WANSLEE<br>201 EAST WASHINGTON,<br>SUITE 800<br>PHOENIX AZ 85004 | 349 | 221 | | | $5,087.67 | | 5,087.67 | $0.00 | $0.00 | $0.00 | $453.13 | $453.13 | Amends Previously filed claim |
| MOODY'S WALL STREET<br>ANALYTICS, INC.<br>ATTN FELIX SOTOMAYER,<br>DIRECTOR<br>7 WORLD TRADE CENTER AT<br>250 GREENWICH ST<br>NEW YORK NY 10007 | 1743 | 1742 | $93,333.33 | | | | 93,333.33 | $93,333.33 | $0.00 | $0.00 | $0.00 | $93,333.33 | Amends Previously filed claim |
| MOODY'S WALL STREET<br>ANALYTICS, INC.<br>ATTN: FELIX SOTOMAYOR,<br>DIRECTOR<br>395 OYSTER POINT BLVD. #<br>215<br>SOUTH SAN FRANCISCO CA<br>94080 | 1742 | 1439 | $40,000.00 | | | | 40,000.00 | $26,666.67 | $0.00 | $0.00 | $0.00 | $26,666.67 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF<br>TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 451 | 95 | | $12,819.28 | | $1,676.24 | 14,495.52 | $0.00 | $12,867.26 | $0.00 | $1,726.24 | $14,593.50 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF<br>TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 658 | 275 | | $12,810.00 | | $2,925.00 | 15,735.00 | $0.00 | $657.02 | $0.00 | $226.54 | $883.56 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF<br>TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 762 | 274 | | $12,810.00 | | $2,925.00 | 15,735.00 | $0.00 | $13,810.00 | $0.00 | $2,925.00 | $16,735.00 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF<br>TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 916 | 94 | | $225.01 | | $725.40 | 950.41 | $0.00 | $1,725.01 | $0.00 | $725.40 | $2,450.41 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF<br>TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 1185 | 922 | | $14,622.26 | | $1,726.24 | 16,348.50 | $0.00 | $14,622.26 | $0.00 | $5,676.24 | $20,298.50 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF<br>TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 1483 | 1185 | | 14,622.26 | | 5,676.24 | 20,298.50 | | 14,669.27 | | 5,676.24 | 20,345.51 | Amends Previously filed claim |

## FOURTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT D

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N.Y. STATE DEPT. OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 1594 | 762 | | $13,810.00 | | $2,925.00 | 16,735.00 | $0.00 | $1,329.09 | $0.00 | $118.00 | $1,447.09 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 1728 | 1483 | | 14,669.27 | | 5,676.24 | 20,345.51 | $0.00 | 99.66 | $0.00 | | 99.60 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 1755 | 1728 | $99.66 | | | | 99.66 | $199.34 | $0.00 | $0.00 | $0.00 | $199.34 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 1772 | 1755 | $199.34 | | | | 199.34 | $251.58 | $0.00 | $0.00 | $0.00 | $251.58 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 1777 | 916 | | $1,725.01 | | $725.40 | 2,450.41 | $0.00 | $225.01 | $0.00 | $725.40 | $950.41 | Amends Previously filed claim |
| N.Y. STATE DEPT. OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 922 | 451 | | $12,867.26 | | $1,726.24 | 14,593.50 | $0.00 | $14,622.26 | $0.00 | $1,726.24 | $16,348.50 | Amends Previously filed claim |
| NEVADA DEPARTMENT OF TAXATION ATTN BANKRUPTCY SECTION 555 E WASHINGTON AVE #1300 LAS VEGAS NV 89101 | 1712 | 655 | | $24,529.59 | | $1,924.00 | 26,453.59 | $0.00 | $18,412.37 | $0.00 | $1,794.54 | $20,206.91 | Amends Previously filed claim |
| PHELAN HALLINAN & SCHMIEG, LLC ATTN JUDITH T. ROMANO, ESQUIRE 1617 JFK BOULEVARD STE 1400 PHILADELPHIA PA 19103 | 1722 | 417 | | | | $7,599.14 | 7,599.14 | $0.00 | $0.00 | $0.00 | $4,175.14 | $4,175.14 | Amends Previously filed claim |
| PITNEY BOWES CREDIT CORPORATION ATTN RECOVERY DEPT. 27 WATERVIEW DR. SHELTON CT 06484-4361 | 1753 | 1692 | | | | $4,524.96 | 4,524.96 | $0.00 | $0.00 | $0.00 | $1,267.25 | $1,267.25 | Amends Previously filed claim |
| FESTIVO & ASSOCIATES, P.C. ATTN LORI GAINEY 811 SOUTH BOULEVARD, SUITE 100 ROCHESTER MI 48307 | 319 | 300 | | $53,963.00 | | | 53,963.00 | $0.00 | $53,797.60 | $0.00 | $0.00 | $53,797.60 | Amends Previously filed claim |

Angel Mortgage Corp., et al.
Case No. 07-11119(BLS)

FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT D

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POTESTIVO & ASSOCIATES, P.C. ATTN LORI GAINEY 811 SOUTH BOULEVARD, SUITE 100 ROCHESTER MI 48307 | 319 | 289 | | $53,963.00 | | | 53,963.00 | $0.00 | $53,797.60 | $0.00 | $0.00 | $53,797.60 | Amends Previously filed claim |
| POTESTIVO & ASSOCIATES, P.C. ATTN LORI GAINEY 811 SOUTH BOULEVARD, SUITE 100 ROCHESTER MI 48307 | 1740 | 319 | | $53,797.60 | | | 53,797.60 | $0.00 | $35,797.60 | $0.00 | $0.00 | $35,797.60 | Amends Previously filed claim |
| POTESTIVO & ASSOCIATES, P.C. ATTN: LORI GAINEY 811 SOUTH BOULEVARD, SUITE 100 ROCHESTER HILLS MI 48307 | 1808 | 1740 | | 35,797.60 | | | 35,797.60 | $0.00 | $33,238.10 | $0.00 | $0.00 | $33,238.10 | Amends Previously filed claim |
| R.I. DIVISION OF TAXATION ONE CAPITOL HILL PROVIDENCE RI 02908 | 1760 | 1694 | | $4,000.00 | | | 4,000.00 | $0.00 | $3,454.00 | $0.00 | $0.00 | $3,454.00 | Amends Previously filed claim |
| RAKHMANOV, VIKTOR C/O DOREEN M. WALKER NOTARY PUBLIC 1000 SUNRISE AVE., #9B-54 ROSEVILLE CA 95661 | 1812 | 1809 | | | | $0.00 | - | $0.00 | $0.00 | $0.00 | $20,592,000.00 | $20,592,000.00 | Amends Previously filed claim |
| RAKHMANOV, VIKTOR C/O LIDIYA SITARUK NOTARY PUBLIC 4705 AUBURN BLVD #7 SACRAMENTO CA 95841 | 1814 | 1812 | $0.00 | | | | - | $0.00 | $0.00 | $0.00 | $20,592,000.00 | $20,592,000.00 | Amends Previously filed claim |
| RAKHMANOV, VIKTOR C/O LIDIYA SITARUK NOTARY PUBLIC 4705 AUBURN BLVD #7 SACRAMENTO CA 95841 | 1826 | 1814 | | | | $0.00 | - | $0.00 | $0.00 | $0.00 | $20,592,000.00 | $20,592,000.00 | Amends Previously filed claim |
| REILLY, COLLEEN SUSAN 722 WAX MYRTLE HOUSTON TX 77079 | 1379 | 1 | | $10,950.00 | | $36,571.17 | 47,521.17 | $0.00 | $10,950.00 | $0.00 | $36,518.15 | $47,468.15 | Amends Previously filed claim |
| RIBBLE, EDZANNE 15735 BOULDER OAKS HOUSTON TX 77084 | 1295 | 138 | | $10,950.00 | | $19,950.78 | 30,900.78 | $0.00 | $10,950.00 | $0.00 | $19,928.93 | $30,878.93 | Amends Previously filed claim |
| RIDGE PARK OFFICE, LLC ATTN TERE WILLIAMSON ONE BETTERWORLD CIRCLE, SUITE 300 TEMECULA CA 92590 | 948 | 255 | | | | $2,696.35 | 2,696.35 | $0.00 | $0.00 | $0.00 | $130,248.57 | $130,248.57 | Amends Previously filed claim |
| ROMANO, DEBORAH R. 78118 WINTERGREEN DRIVE CITRUS HEIGHTS CA 95610 | 623 | 82 | | $6,616.00 | | | 6,616.00 | $0.00 | $8,000.00 | $0.00 | $0.00 | $8,000.00 | Amends Previously filed claim |
| SACRAMENTO COUNTY TAX COLLECTOR ATTN BANKRUPTCY 700 H STREET, ROOM 1710 SACRAMENTO CA 95814 | 1647 | 283 | | | $30,608.46 | | 30,608.46 | $0.00 | $0.00 | $27,015.12 | $0.00 | $27,015.12 | Amends Previously filed claim |
| SAFEGUARD PROPERTIES, INC. 650 SAFEGUARD PLAZA BROOKLYN HEIGHTS OH 44131 | 594 | 186 | | | | $77,394.45 | 77,394.45 | $0.00 | $81,246.25 | $0.00 | $0.00 | $81,246.25 | Amends Previously filed claim |

# FOURTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT D

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAN DIEGO COUNTY TREASURER TAX COLLECTOR DAN McALLISTER 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 | 1469 | 1192 | | | $14,985.58 | | 14,985.58 | $0.00 | $0.00 | $0.00 | $28,196.46 | $28,196.46 | Amends Previously filed claim |
| SPRINT NEXTEL DAVID I. SWAN / KENNETH M. MISKEN McGUIREWOODS LLP 1750 TYSONS BOULEVARD, SUITE 1800 McLEAN VA 22102 | 1654 | 1595 | $674,841.44 | | | 674,841.44 | 674,841.44 | $658,545.95 | $0.00 | $0.00 | $0.00 | $658,545.95 | Amends Previously filed claim |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08695 | 1756 | 903 | | $2,158.00 | | | 2,158.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Amends Previously filed claim |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08695 | 1790 | 906 | | $114,462.70 | | | 114,462.70 | $0.00 | $115,125.50 | $0.00 | $0.00 | $115,125.50 | Amends Previously filed claim |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08695 | 1793 | 917 | | $9,490.04 | | | 9,490.04 | $0.00 | $10,435.14 | $0.00 | $0.00 | $10,435.14 | Amends Previously filed claim |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08695 | 1795 | 904 | | | | $20,003.64 | 20,003.64 | $0.00 | $20,666.44 | $0.00 | $0.00 | $20,666.44 | Amends Previously filed claim |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08695 | 1796 | 1756 | | | $0.00 | | - | $0.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | Amends Previously filed claim |
| STATE OF NEW JERSEY DEPT OF LABOR & INDUSTRIES ATTN: PAULA ROMINES, REVENUE AGENT BANKRUPTCY UNIT PO BOX 4170 OLYMPIA WA 98504-4170 | 1649 | 1542 | | $2,040.88 | | $382.52 | 2,423.40 | $0.00 | $1,281.06 | $0.00 | $153.01 | $1,434.07 | Amends Previously filed claim |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 | 430 | 360 | | $155,124.69 | | $6,199.88 | 161,324.57 | | $97,189.08 | | 1,862.24 | 99,051.32 | Amends Previously filed claim |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 | 431 | 359 | | $3,096.00 | | $204.00 | 3,300.00 | | 1,980.00 | | 102.00 | 2,082.00 | Amends Previously filed claim |

00033-001\DOCS_DE:147026v1

# FOURTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT D

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Expunged | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 | 432 | 361 | | $987.00 | | $68.00 | 1,055.00 | | 613.00 | | 34.00 | 647.00 | Amends Previously filed claim |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 | 433 | 358 | | $987.00 | | $68.00 | 1,055.00 | | 613.00 | | 34.00 | 647.00 | Amends Previously filed claim |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 | 434 | 357 | | $2,761.92 | | $316.75 | 3,098.67 | | 1,619.92 | | 92.04 | 1,711.96 | Amends Previously filed claim |