S Mc Clelland
P.O. Box 484
Yolo, CS 95697
(530) 315-5535
In. Pro Per
Ingela V. Kaersvang
13250 County Road 99B
Woodland, CA 95695
(530) 666-7244
In Pro Per

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      ) Chapter 11
                                            ) Hearing: May 18, 2009, Ct. Rm. 1 at 2:30 P.M.
Aegis Mortgage Corporation, et al.          ) Case No. 07-11119 (BLS)
                                            ) (Jointly Administered)
       Debtors                              ) DCN: KSM/IVK -2

**CLAIMANTS' REQUEST FOR CONTINUANCE OF HEARING DATE**

I.
**SPECIAL FILING**

Claimants K S Mc Clelland, and Ingela V. Kaersvang make this filing as a Special Filing/ Appearance as neither is sure the Court is the Court of Jurisdiction in this matter, and each Claimant wished to protect their right protect their interest without waiving their right to Jurisdictional Determination.

II.
**REQUEST FOR CONTINUANCE**

Complainant K S Mc Clelland a continuance for two weeks, until June 1st 2009, of the first date thereafter that is convenient for the Court, for the following reasons:

1. Claimant did not receive Notice until May 29th because he was recovering from an abdominal injury and surgery and could not drive to Post Office to pick up mail – This greatly shortened (by 38 days) Claimant's time to respond to the Objections of the Debtor.

2. The Debtor has filed a claim in Claimant's name that is inconsistent with claim made by Claimant and misrepresents Claimants position to the Court;

3. The Claimant has not been able to get a copy of the "claim" submitted by the Debtor as it is not available on pacer, yet---The Court has not posted it.

REQUEST FOR CONTINUANCE - 1

4. Without a copy of the "Claim" filed by the Debtor in Claimant's name, Claimant cannot fully or accurately respond to the Debtors Objection to Claim, nor can Claimant fully and properly defend his claim interests;

5. Claimant has asked Debtor for copy of "Claim, but has not received it, which makes 4. Above all the more applicable; and

6. Claimant must learn how to make arrangements and pay for arrangement to have a Telephonic Presence via speaker phone for the hearing.

7. This is the Fifth Omnibus Object to Claims made by the Debtor, why is it the FIRST Objection I have heard of?

8. Claimant needs time to explore jurisdictional issues I this case.

9. Granting the requested continuance will permit the Claimant to adequately respond to the documents filed by the Debtor and to protect the Claimant's interest and research jurisdictional issues in this case.

10. Copy of Debtor's Objection was only sent to Claimant K S Mc CLelland, even though there are two separate Claimants that are separate unmarried individuals. Had both individuals been notified Claimant would have known of Debtor's Objection 28 days sooner, as other Claimant would have conferred with him and the preparatory process could have begun.

Everything in this Request or Continuance is truthful and accurate to the best of my knowledge and abilities. Signed this the 9th day of May, 2009 under penalty of perjury of the perjury laws of the United Stated of America, by

_____

K S Mc Clelland P.O. Box 484, Yolo, CA 95697

(530) 666-7244