K S Mc Clelland and
Ingela V. Kaersvang
P.O. Box 484
Yolo, CA 95697
(530) 666-7244
In Pro Per

UNITED STATES BANKRUPTCY COURTEASTERN
DISTRICT OF DELAWARE

In re: ) Chapter 11
AEGIS MORTGAGE CORPORATION, et al., ) Case NO. 07-11119 (BLS)
       Debtors ) (Jointly Administered)
_____ ) DCN: KSM -2

**NOTICE OF CREDITOR'S EMERGENCY REQUEST FOR CONTINUANCE**
**OF HEARING SCHEDULED FOR MAY 18 AT 2:30 pm. EDT**

**TO:** Aegis Mortgage Corporation, et. al

**BY:** Phone, Fax (Because the Motion is an Emergency), AND by First Class Mail.

**NOTICE IS HEREBY GIVEN** that Movant in the above-captioned matter will move this court for an Order Granting a Continuance of the scheduled hearing as described in the Motion for Continuance. Motion is based on the grounds set forth in the Motion and accompanying documents

    Any party objecting to the accompanying Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response, which - because of the emergency nature of the Motion – will require an immediate response, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the relief requested.

    Signed on this the 12th day of May 2009 by

                                        _/s/ K S McClelland_
                                        K S Mc Clelland,
                                        and

                                       _/s/ Ingela V Kaersvang_
                                       Ingela V. Kaersvang,
                                       Movants
                                       P.O. Box 484
                                       Yolo, CA 95697
                                       (530) 666-7244

Date of Notice by Phone, Fax and Date of Mailing: 12th of May, 2009

K S Mc Clelland and
Ingela V. Kaersvang
P.O. Box 484
Yolo, CA 95697
(530) 666-7244
In Pro Per

UNITED STATES BANKRUPTCY COURTEASTERN
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AEGIS MORTGAGE CORPORATION, et al., | ) Case NO. 07-11119 (BLS) |
| Debtors | ) (Jointly Administered) |
| | ) DCN: KSM -2 |

**CREDITOR'S EMERGENCY REQUEST FOR CONTINUANCE**
**OF HEARING SCHEDULED FOR MAY 18 AT 2:30 pm. EDT**

**Note to Court:** This is a special response and motion by Movants. Movants do not waive rights concerning jurisdictional issues which will be addressed at hearing on the 8th of June 2009 at 2:30 p.m.

Movants, K S Mc Clelland and Ingela V. Kaersvang, request and move this Court to continue the hearing scheduled by the Debtor for, "Debtors' Fourth (Non-Substantive) Omnibus Objection to Claims" to be heard on the 18th of May, 2009, for the below given reasons. If the Court does not want to continue the entire hearing because of unique circumstances applicable only to the Movants, then the Movants request and move the Court to grant an continuance for a hearing on Movants' Objection and Opposition to "Debtors' Fourth (Non-Substantive) Omnibus Objection to Claims" until June 8th 2009, for the below given reasons.

    1. Movants must be in U.S. Court, Eastern District of California on May 18th 2009. There is no guarantee that Movants could get back and set up phone link in time for the scheduled hearing at 2:30: p.m. Eastern Time (11:30 a.m. Pacific Time/Movnats' time zone), even if Movnats' old and only moderately reliable transportation performed flawlessly.

    2. The deadline of objecting to Debtors' Objections was 11th of May, 2009 at 4:00 p.m. prevailing Eastern Time which is 1 P.M. Pacific Time where Movants live. Movants did not receive a copy of the 48 page claim, made by Debtors in Movant McClelland's without his knowledge, until 2:19 p.m. Pacific Time or 5:19 p.m. Eastern Time. How can Debtor object and

MOTION FOR EMERGENCY CONTINUANCE - 1

oppose the Debtors Objection when Movant did not have a copy of the claim – that is the basis of Debtors' Objection- until an hour and nineteen minutes AFTER the deadline for filing opposition to Debtors' Objection?   Notice was not complete until Movants received a copy of the claim (made by Debtors in Movant's name without Movants' knowledge)

3. Until the Movants had a copy of the basis of the claim (made by Debtors in Claimants/Movants name – without Movants' knowledge), Movants did not have Notice of the Claim or the Claim's basis and therefore did not have actual or complete Notice of Debtors' Fifth (Substantive) Omnibus Objection to Claims UNTIL 1 hr. 19 Minutes AFTER the deadline for filing objections and opposition to Debtors' Notice. See Attachment 1: Copy of FedEx Kinko's receipt dated 5/11/09 2:19:23 PM PST. PST should be SDT, Hours and minutes and PM are right/correct. Even if it were PST it would still be 19 minutes after filing deadline when it was received.

4. Movants should not be penalized for Debtors' tactics.

5. Claimant did not receive Notice until May 29th (and that was only a partial and incomplete notice) because he was recovering from an abdominal injury and surgery and could not drive to Post Office to pick up mail – This greatly shortened (by 38 days) Claimant's time to respond to the Objections of the Debtor.

6. The Debtor has filed a claim in Claimant's name that is inconsistent with claim made by Claimant (which, on instructions from Debtor, was filed with Debtor) and misrepresents Claimants position to the Court as a claim of $0.00 when submitted claim was for $815,000;

7. Prior response was incomplete and was submitted to protect Movants' interest as best as possible with the incomplete information available at the time. (Without a copy of the "Claim" filed by the Debtor in Claimant's name, Claimant could not fully or accurately respond to the Debtors Objection to Claim, nor can Claimant fully and properly defend his claim interests);

8. Claimant needs time to explore jurisdictional issues I this case.

9. Granting the requested continuance will permit the Claimant to adequately respond to the documents filed by the Debtor, and address all issues, including the filing of the 48 page "claim" in Movant's name without his knowledge, and to protect the Movants/Claimant's interest and research jurisdictional issues in this case.

MOTION FOR EMERGENCY CONTINUANCE - 2

For all of the above reasons Movants move the court to continue the scheduled hearing as it pertains to them separately or the hearing in its entirety until the 8th of June at 2:30 p.m. Eastern time.

Debtors have been notified by phone, fax and served by first Class Mail of the Notice of Motion and of the Motion for Continuance.

Everything in this Motion for Continuance (pages 1 through 3, inclusive) is truthful and accurate to the best of my knowledge and abilities. Signed this the 12th day of May, 2009 under penalty of perjury of the perjury laws of the United Stated of America, by

_____ and _____

K S Mc Clelland                                   Ingela V. Kaersvang

MOTION FOR EMERGENCY CONTINUANCE - 3



FedEx Kinko's
313 F St
Davis, CA 95616-4119
(530) 758-0310

5/11/2009                  2:19:23 PM PST
Trans.: 2301                Branch: 5112
Register: 002               Till:jb141434
Team Member: Belmont L.

SALE

```
*5112002230 1*
```

| | | |
|---|---|---|
| Fax - Receive | | 49.01 N |
| 0716 | 1.00 @ | 1.4900 |
| 0716 | 48.00 @ | 0.9900 |
| Item Discount Amt. | | 0.4898 |
| Price | | 1.0002 |

| | |
|---|---|
| Total Discount | 24.00 |
| Sub-Total | 49.01 |
| Deposit | 0.00 |
| Tax | 0.00 |
| Total | 49.01 |
| Cash | 60.01 |
| Total Tender | 60.01 |
| Change Due | (11.00) |

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy