IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No.** |

### ORDER GRANTING AND SUSTAINING DEBTORS' NINTH (SUBSTANTIVE AND NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND BANKRUPTCY RULE 3007

This matter came before the Court on the Debtors' Ninth (Substantive and Non-substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (the "Ninth Omnibus Claims Objection").[2] The Court having reviewed the Ninth Omnibus Claims Objection; and finding good and sufficient cause for granting the relief requested in the Ninth Omnibus Claims Objection; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court otherwise being fully advised in the premises, it is hereby

**FOUND AND DETERMINED THAT**:

    A.    Each holder of a claim listed on Exhibits "A" and "B" hereto (the "Claimants") was properly and timely served with a copy of the Ninth Omnibus Claims Objection, the proposed order and the accompanying exhibit.

    B.    The Ninth Omnibus Claims Objection is a core proceeding pursuant to 28

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite I, Houston, TX 77082.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Ninth Omnibus Claims Objection.

U.S.C. §157(b)(2).

C. The claims listed on Exhibit "A" hereto are duplicative of other claims filed on the Claims Register.

D. The claims listed on Exhibit "B" hereto are claims for which the Debtors have no liability pursuant to their books and records.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007, the claims listed on Exhibits "A" and "B" hereto are hereby and shall be **EXPUNGED** and **DISALLOWED** in their entirety.

2. Epiq Bankruptcy Solutions LLC, the official claims agent appointed in these cases, is hereby authorized and directed to make such revisions to the official Claims Registry as are necessary to reflect the relief granted pursuant to this Order.

3. The Debtors' objection to each Disputed claim addressed in the Ninth Omnibus Claims Objection constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Disputed Claim. Any stay of the Order pending appeal by any of the Claimants whose Disputed Claim is subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. This order is without prejudice to the Debtors' right to object to any claims or interests filed in these chapter 11 cases.

5. This Court shall retain jurisdiction over the Debtors and the Claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: August ___, 2009

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge

6/29/2009

Aegis Mortgage Corp., et al.
Debtors' Ninth Omnibus Objection To Claims

Exhibit A
Duplicate Claims

| Claimant | Duplicate Claim To Be Expunged | Remaining Claim To Be Allowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Lake Dallas Independent School District<br>c/o Sawko & Burroughs, P.C.<br>1100 Dallad Drive, Suite 100<br>Denton, TX 76205 | 407 | 406 | $7,838.56 | Duplicate of Proof of Claim #406 and Proof of Claim #406 has been paid. |
| Regsdata<br>c/o ISO, Inc.<br>Law Department<br>545 Washington Boulevard<br>Jersey City, NJ 07310-1686 | 463 | 420 | $1,995.00 | Duplicate of Proof of Claim # 420 |
| Heiman Meredith, Beth<br>19042 W. Pinnacle Circle<br>Baton Roughe, LA 70810 | 49 | 535 | $13,714.66 | Duplicate of Proof of Claim #535 |
| County Of Denton<br>c/o McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680 | 1115 | 1061 | $3,204.84 | Duplicate of Proof of Claim #1061 and Proof of Claim #1061 has been paid. |
| Pisano, Julietta<br>2017 Gillette<br>Houston, TX 77006 | 1570 | 1574 | $39,666.40 | Duplicate of Proof of Claim #1574 |

1

00001-001\DOCS_DE:149312v3

**Aegis Mortgage Corp., et al.**

Debtors' Ninth Omnibus Objection To Claims

Exhibit B
Books and Records

| Claimant | Claim To Be Expunged | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Fouts, Daniel<br>3684 E. Palmer Street<br>Gilbert, AZ 85297 | 64 | $22,897.12 | The Debtors have no liability for this claim pursuant to their books and records. |
| Shadden Appraisal Group<br>1750 South Holly Street<br>Denver, CO 80222 | 662 | $350.00 | The Debtors have no liability for this claim pursuant to their books and records. |
| Collateral Risk Solutions, Inc.<br>c/o Law Office of William P. Fennell<br>1111 Sixth Avenue, Suite 404<br>San Diego, CA 92101 | 1108 | $49,075.00 | The Debtors have no liability for this claim pursuant to their books and records. |
| Fidelity National Insurance Services<br>c/o Donald A. Workman<br>1050 Connecticut Avenue, NW Suite 1100<br>Washington, DC 20036 | 1152 | $10,729.00 | The Debtors have no liability for this claim pursuant to their books and records. |

00001-001\DOCS_DE:149312v3