IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: **September 8, 2009 at 4:00 p.m. prevailing Eastern time**
Hearing Date: **September 15, 2009 at 10:30 a.m. prevailing Eastern time**

## NOTICE OF DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT STIPULATION WITH D. RICHARD THOMPSON, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND MADELEINE L.L.C.

TO:  (i) D. Richard Thompson; (ii) the Office of the United States Trustee; (iii) Madeleine L.L.C.; (iv) the Official Committee of Unsecured Creditors; and (v) parties requesting notice under Bankruptcy Rule 2002.

On August 20, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned case, filed the attached *Debtors' Motion for Order Approving Settlement Stipulation With D. Richard Thompson, the Official Committee of Unsecured Creditors and Madeleine L.L.C.* (the "Motion").

Any response or objection to the Motion must be filed on or before **September 8, 2009, at 4:00 p.m. prevailing Eastern time**. At the same time, you must also serve a copy of the response or objection upon (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 3250 Briarpark, Suite 400, Houston, TX 77042.

00233-001\DOCS_LA:205358.1

19801), Attn: Laura Davis Jones, Esquire; (ii) counsel to the Official Committee of Unsecured Creditors, Landis Rath & Cobb LLP, 919 North Market Street, Suite 600, P.O. Box 2087, Wilmington, Delaware 19899 (Courier 19801), Attn: Richard S. Cobb, Esquire, and Hahn & Hessen, LLP, 488 Madison Avenue, New York, NY 10022, Attn: Jeffrey Zawadzki, Esquire; (iii) counsel to D. Richard Thompson, Ogden, Gibson, Broocks & Longoria, LLP, 1900 Pennzoil South Tower, 711 Louisiana, Houston, Texas 77002 Attn: Laura Gibson; and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: David Buchbinder, Esquire.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 15, 2009 AT 10:30 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6th FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 20, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill/*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried, (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      joneill@pszjlaw.com
      jfried@pszjlaw.com
      tcairns@pszjlaw.com

Counsel for the Debtors and Debtors in Possession