IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] ) | Case No. 07-11119 (BLS) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Related Docket No. 4554 ↤4836 |

## SUPPLEMENTAL ORDER GRANTING AND SUSTAINING DEBTORS' THIRD (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND BANKRUPTCY RULE 3007 – LANDLORD CLAIMS

This matter came before the Court on the Debtors' third (substantive) omnibus objection to claims pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 – landlord claims (the "Third Omnibus Claims Objection").[2] The Court having reviewed the Third Omnibus Claims Objection; the Court finding good and sufficient cause for granting the relief requested in the Third Omnibus Claims Objection; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court otherwise being fully advised in the premises, it is hereby

**FOUND AND DETERMINED THAT:**

A.  Claimant, GIM PA Partners L.P. (the "Claimant"), was properly and timely served with a copy of the Objection, the proposed order and the accompanying exhibits.

B.  The Objection is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen Lane, Suite I, Houston, TX 77082.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Third Omnibus Claims Objection.

C.  Proof of claim number 832 filed by the Claimant, is a claim which asserts lease rejection damages but which was improperly calculated or classified pursuant to section 502(b)(6).

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to 11 U.S.C. §§ 502(b) and 502(b)(6) and Fed. R. Bankr. P. 3007, proof of claim number 832 shall be allowed as a non-priority, unsecured claim in the amount of $167,794.20 and an administrative claim in the amount of $8,011.26.

2. Epiq Bankruptcy Solutions LLC, the official claims agent appointed in these cases, is hereby authorized and directed to make such revisions to the official Claims Registry as are necessary to reflect the relief granted pursuant to this Order.

3. The Debtors' objection to each Disputed claim addressed in the Objection constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Disputed claim. Any stay of the Order pending appeal by any of the Claimants whose Disputed Claim is subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. This order is without prejudice to the Debtors' right to object to any claims or interests filed in these chapter 11 cases.

00001-001\DOCS_DE:152111.1

2

5. This Court shall retain jurisdiction over the Debtors and the Claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: August 28, 2009

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge