IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related To Docket Nos. 4554, 4646 *4861* |

## ORDER APPROVING STIPULATION BETWEEN DEBTORS AND CARR OFFICE PARK, LLC REGARDING DEBTORS' THIRD (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. §502(b) AND BANKRUPTCY RULE 3007 – LANDLORD CLAIMS

Upon consideration of the Stipulation Between the Debtors and Carr Office Park, LLC Regarding Debtors' Third (Substantive) Omnibus Objection To Claims Pursuant To 11 U.S.C. §502(b) and Bankruptcy Rule 3007 – Landlord Claims (the "Stipulation"),[2] a copy of which is attached hereto as Exhibit A, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Stipulation and all of the terms set forth therein are *APPROVED* and shall have the full force and effect of an order entered by the Court with respect thereto; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite I, Houston, TX 77082.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

**ORDERED** that this Court retains jurisdiction to interpret, implement and enforce the provisions of this Order and the Stipulation.

Dated: September 11, 2009

The Honorable Brendan L. Shannon
United States Bankruptcy Judge