IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No. 4568** |

**NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF
CLAIM #400 FILED BY TAMMI FLOYD**

PLEASE TAKE NOTICE that on April 17, 2009, Aegis Mortgage Corporation, *et al.* (the "Debtors"), by and through their undersigned counsel, filed *Debtors' Seventh (Substantive) Omnibus Objection to Claims* (the "Seventh Omnibus Objection") [Docket No. 4568] objecting to claims listed on Exhibit A attached thereto.

*[Remainder of Page Left Intentionally Blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 3250 Briarpark, Suite 400, Houston, TX 77042.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw their objection without prejudice to claim no. 400 in the amount of $619.95 filed by Tammi Floyd, set forth on Exhibit A to the Seventh Omnibus Objection.

Dated: September 14, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried, (CA Bar No. 181541)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      joneill@pszjlaw.com
      jfried@pszjlaw.com
      kmackowski@pszjlaw.com

Counsel for the Debtors and Debtors in Possession