Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT A

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1282 | ACCARDO, SALENA D. 1906 ROSE ARBOR CT SUGAR LAND TX 77479 | 01-Feb-08 | | | $16,857.60 | $16,857.60 | Debtors have no liability to claimant under any applicable law. Claimant asserts WARN act claim related to a reduction in force in February 2006. Claimant was terminated 2/15/06 which does not meet WARN act requirements. |
| 519 | BANES, TERRI 2255 BANBURY CIRCLE ROSEVILLE CA 95661 | 10-Dec-07 | $14,053.85 | | | $14,053.85 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 888 | CARTER, TANYA 2476 BOLSOVER #174 HOUSTON TX 77005 | 16-Jan-08 | $10,950.00 | | $6,047.00 | $16,997.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 1049 | CARUTHERS, RYAN 5022 ABBEY LANE LILBURN GA 30047 | 28-Jan-08 | $5,227.76 | | | $5,227.76 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

TENTH OMNIBUS OBJECTION TO CLAIMS

EXHIBIT A

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 225 | CONLEY, LISA<br>1864 N. BELLROSE DR.<br>BATON ROUGE LA 70815 | 19-Sep-07 | $10,950.00 | | $8,896.23 | $19,846.23 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim and for paid time off. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claimant also incorrectly asserts amounts due for paid time off. Claimant is not eligible for paid time off as she was employed less than 6 months. |
| 895 | FELTEN, KIMBERLY<br>6155 DIAMOND AVE<br>ALTA LOMA CA 91737 | 11-Jan-08 | | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 110 | FOUTS, KIMBERLY<br>3684 E PALMER ST<br>GILBERT AZ 85297 | 05-Sep-07 | $2,582.04 | | $2,582.04 | $2,582.04 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claimant also asserts amount due for insurance premium refunded subsequent to date claim was filed. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT A

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 151 | FRANKS, NICOLE D. 10569 W TIDEWATER CT POCATELLO ID 83204 | 14-Sep-07 | $15,000.00 | | | $15,000.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 757 | HERNANDEZ, TANIA 24082 ANKARA STREET MISSION VIEJO CA 92691 | 27-Dec-07 | $9,313.92 | | | $9,313.92 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due pursuant to the WARN Act. Claimant was terminated in a reduction in force on July 19, 2006 which was not subject to the WARN Act. |
| 326 | JOHNSON, PAULA J. 20802 MOSSY HILL LANE KATY TX 77449 | 18-Oct-07 | $3,771.69 | | | $3,771.69 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim also asserts amounts due for severance under corporate policy which was discretionary. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT A

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 25 | KERR, BRIAN A. PO BOX 142 CHINA SPRING TX 766330142 | 27-Aug-07 | $2,113.28 | | | $2,113.28 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 929 | MENINGER, ELAINE 1405 BRET HARTE CT ROSEVILLE CA 95661 | 18-Jan-08 | $15,379.42 | | | $15,379.42 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim also asserts amounts due for paid time off which is not due. |
| 1382 | PENDLETON, WILL 1425 ROCK SPRINGS CIRCLE APT 3-1512 ATLANTA GA 30306 | 01-Feb-08 | $5,519.23 | | | $5,519.23 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim also asserts amounts due for paid time off which are not due. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT A

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 205 | PIRKL, ROBERTA L.<br>7007 E GOLD DUST # 1007<br>SCOTTSDALE AZ 85253 | 21-Sep-07 | $3,749.73 | | | $3,749.73 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 623 | ROMANO, DEBORAH R.<br>7818 WINTERGREEN DRIVE<br>CITRUS HEIGHTS CA 95610 | 13-Dec-07 | $8,000.00 | | | $8,000.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 1118 | ROMMAL, MARCIA<br>22015 KENLAKE DRIVE<br>KATY TX 77450 | 30-Jan-08 | $6,338.46 | | | $6,338.46 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT A

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1167 | SABATER, MARIA<br>1025 MONTEREY VISTA WAY<br>ENCINITAS CA 92024 | 31-Jan-08 | $32,601.35 | | | $32,601.35 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim also asserts amounts due for medical bills, 401k account and employer match. Claim contains insufficient documentation to support the claim as filed. |
| 1582 | SMITH, DANIEL<br>4907 SUFFIELD GLEN COURT<br>KATY TX 77494 | 15-Feb-08 | $13,221.60 | | | $13,221.60 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim asserts amounts due for wages, salaries and compensation which has been paid. Claim was also filed after the bar date. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT A

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 173 | VICK, SPENCER K. 5506 SUTHERLAND CT ARLINGTON TX 76017 | 18-Sep-07 | $10,950.00 | | $13,390.18 | $24,340.18 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim also asserts amounts due for wages, salaries and compensation which has been paid as well as amounts due for severance under corporate policy which was discretionary. |
| 1546 | WINTERS, ADAM 15630 HALEYS LANDING LANE HOUSTON TX 77095 | 12-Feb-08 | $2,638.12 | | $2,638.12 | $2,638.12 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |