# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT B

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 640 | CAROLE, BROVITCH-KROPP 9868 HAYWARD AVENUE S COTTAGE GROVE MN 55016 | 14-Dec-07 | | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for unemployment benefits but claim contains no supporting documentation. |
| 1482 | COMBS, ANDREA 17806 WILD WILLOW LANE HOUSTON TX 77084 | 07-Feb-08 | $1,307.81 | | | $1,307.81 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for unpaid vacation time. Claim contains no documentation to support claim as filed. |
| 1590 | CUNNINGHAM-NARD, LUCRESHA 12700 STAFFORD ROAD UNIT 914 STAFFORD TX 77477 | 15-Feb-08 | | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee terminated in January 2006. Claim reflects no amount claimed and no support for the basis of a claim. |
| 1112 | HENDERSON, BRIAN 18 NELSON DR RANDOLPH MA 02368 | 30-Jan-08 | | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amount due for wages, salaries and compensation. Claimant resigned in May 2007. Claim contains no supportive documentation. |
| 1008 | JONES, PATSY R. PO BOX 812 HASTINGS FL 32145 | 28-Jan-08 | | | $19,349.00 | $19,349.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation but provides no support or basis for amount claimed. Claim also asserts amounts due for severance under corporate policy which was discretionary. |

Aegis Mortgage Corp. et. al.
Case No. 07-11119(BLS)

Page 2 of 4

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT B

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 560 | KHOLOUD, AL-EFRANJEI<br>8212 SLATER AVE<br>APT # 1<br>HUNTINGTON BEACH CA<br>92647 | 10-Dec-07 | | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee terminated October 2006. Claim asserts amounts due for wages, salaries and compensation but contains no support for the nature or amount of claim. |
| 1026 | LULKOVICH, LORI<br>4926 E. ROBERTA DRIVE<br>CAVE CREEK AZ 85331 | 28-Jan-08 | $15,500.00 | | $15,500.00 | $15,500.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation and reimbursement for travel. Claim contains no supporting documentation. |
| 214 | LYLES, CARLA<br>8410 LAUREL TRAILS DR.<br>HOUSTON TX 77095 | 24-Sep-07 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains no documentation to support claim as filed. |
| 1034 | LYLES, CARLA<br>8410 LAUREL TRAILS DR.<br>HOUSTON TX 77095 | 1/28/2008 | $10,950.00 | | $10,950.00 | $10,950.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains no documentation to support claim as filed. |
| 755 | PORTZ, RONALD<br>3101 NORTH HAMPTON DR<br>APT. #1418<br>ALEXANDRIA VA 22302 | 26-Dec-07 | | | $10,950.00 | $10,950.00 | Debtors have no liability to claimant under any applicable law. Claim asserst amounts due for wages, salaries and compensation. Claim contains no supporting documentation to support nature or amount of claim as filed. Claimant is former employee who resigned June 2006. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT B

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1016 | RAILEY, DESIREE<br>6663 NIGHTINGALE RD<br>JACKSONVILLE FL 32216 | 28-Jan-08 | $10,364.38 | | | $10,364.38 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for "continuous unpaid overtime compensation" for the perioed 5/3/04 to 7/15/06. Claim contains no supporting documentation. |
| 848 | RYERSON, JANET<br>1389 GAINESVILLE LANE<br>DELTONA FL 32725 | 11-Jan-08 | $0.00 | | $1,596.00 | $1,596.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains no documentation to support claim as filed. |
| 1517 | SANTELLI, ANTHONY<br>30 D WOODHILL<br>NEWARK NY 14513 | 11-Feb-08 | $8,500.00 | | $8,500.00 | $8,500.00 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee who resigned in December 2005. The claim asserts amounts due for unpaid PTO. Claim contains no documentation to support claim as filed. |
| 855 | SCHLIEP, PAMELA<br>10508 MEADOW MIST AVE<br>LAS VEGAS NV 89135 | 11-Jan-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee who resigned in February 2005. Claim asserts amounts due for wages, salaries and compensation. Claim contains no documentation to support claim as filed. |
| 114 | STAHLECKER, BECKY<br>4873 E ROUSAY<br>QUEEN CREEK AZ 85242 | 05-Sep-07 | $1,200.00 | | | $1,200.00 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee terminated 8/07/07. Claim incorrectly asserts amounts due for wages for the period 8/16/07 - 8/31/07 subsequent to termination. Claim contains no documentation to support claim as filed. |

Aegis Mortgage Corp. et. al.
Case No. 07-11119(BLS)

Page 4 of 4

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT B

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1471 | VILLANUEVA-BARRIOS, LYDIA C.<br>15755 PECAN LANE<br>FONTANA CA 92337 | 07-Feb-08 | $0.00 | | $11,538.51 | $11,538.51 | Debtors have no liability to claimant under any applicable law. Claimant is former employee who resigned in 2006. Claim asserts amounts due for wages, salaries and compensation. Claim contains no documentation to support the claim as filed and the claim was filed after the Bar Date. |
| 984 | WALLS, MARK<br>946 DRESDEN RD<br>CLEVELANDS HTS OH 44112 | 25-Jan-08 | | | $35,000.00 | $35,000.00 | Debtors have no liability to claimant under any applicable law. Claimant is former employee who resigned in December 2006. Claim contains no documentation to support the claim as filed. |
| 189 | WRIGHT, JOHN C.<br>1214 LINDFIELD LANE<br>HOUSTON TX 77073 | 13-Sep-07 | $10,950.00 | | $5,716.68 | $16,666.68 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains no documentation to support claim as filed. |