# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT C

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1651 | ARMISTEAD, PAUL<br>5250 N PEACHTREE RD<br>ATLANTA GA 30338 | 29-Feb-08 | $6,000.00 | | | $6,000.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient document to support claim as filed. |
| 831 | BENOIT, ERIC<br>51 LOCHVIEW DRIVE<br>WINDSOR CT 06095 | 09-Jan-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient document to support claim as filed. |
| 1023 | BERGEN, TRACY<br>449 CARLISA DR.<br>BRICK NJ 08723 | 28-Jan-08 | $0.00 | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for medical claim denied by provider. Claim contains insufficient document to support claim as filed. |
| 1436 | BRENDAN, MASTERSON<br>79 MEADOW RD<br>N PROVIDENCE RI 029043316 | 04-Feb-08 | $0.00 | | $1,211.76 | $1,211.76 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for wages, salaries and compensation. Claim contains insufficient documentation to support the claim amount. |
| 1025 | CONNORS, AMANDA (MAIDEN NAME: ROY)<br>41 TOWER ROAD<br>PLYMOUTH MA 02360 | 28-Jan-08 | | | $8,414.45 | $8,414.45 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for wages, salaries and compensation but claim contains insufficient documentation to support claim as filed. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT C

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1001 | EVANS, MARANE (MAIDEN NAME: TULIO) 9418 SHADY LANE COURT HOUSTON TX 77063 | 25-Jan-08 | | | $18,753.08 | $18,753.08 | Debtors have no liability to claimant under any applicable law. Claimant is former employee terminated in April 2005. Claim incorrectly asserts amount due for overtime which are not due. Claim contains insufficient documentation to support claim as filed. |
| 1027 | GALLO, FILOMENA 6 PRIMROSE LN NORTH PROVIDENCE RI 02904 | 28-Jan-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for medical claim for husband who was in an accident 8/28/07. Company medical benefits were terminated on 8/10/07. Claim contains insufficient document to support claim as filed. |
| 1601 | JENKINS, JOSEPH 1321 14TH STREET PLEASANT GROVE AL 35127 | 19-Feb-08 | $1,900.00 | | | $1,900.00 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee who resigned 5/22/06 after three months of employment. Claim attaches insufficient documentation to support claim as filed. |
| 758 | JOSEPH, MIALKI 2376 MEADOW LN PORT ORANGE FL 32128 | 27-Dec-07 | | | $3,000.00 | $3,000.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient documentation to support the nature or amount of claim as filed. |

Aegis Mortgage Corp. et al.
Case No. 07-11119(BLS)

TENTH OMNIBUS OBJECTION TO CLAIMS

EXHIBIT C

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 224 | KEIGLEY, DIANE<br>15915 CHANTILLY AVE<br>BATON ROUGE LA 70819 | 19-Sep-07 | $10,950.00 | | $17,857.01 | $28,807.01 | Debtors have no liability to claimant under any applicable law. Claim asserts amount due for wages, salaries and compensation. Claim contains insufficient documentation to support the nature or amount of claim as filed. Claimant is a former employee employed less than 6 months and not eligible for paid time off. |
| 343 | LARA, MARTHA LINDA<br>7055 HOLLISTER ROAD #1212<br>HOUSTON TX 77040 | 25-Oct-07 | $482.64 | | $5,630.80 | $6,113.44 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient documentation to support nature and amount of claim as filed. Claimant is former employee terminated 9/15/07 and paid 40 hours of severance. |
| 841 | LAW, JACQUELINE M.<br>PO BOX 27284<br>PHILADELPHIA PA 19118 | 10-Jan-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient documentation to support nature and amount of claim as filed. Claimant is a former employee terminated as part of a reduction in force in November 2006 and was paid in full. |
| 161 | LOVELL, MARYLOU<br>702 9TH AVE S<br>KIRKLAND WA 980336703<br>USA | 17-Sep-07 | $1,240.88 | | | $1,240.88 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient documentation to support claim as filed. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT C

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1034 | LYLES, CARLA<br>8410 LAUREL TRAILS<br>HOUSTON TX 77095 | 28-Jan-08 | $10,950.00 | | | $10,950.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amount due for wages, salaries and compensation. Claim contains insufficient documentation to support the nature or amount of claim as filed. Claimant is a former employee employed less than 6 months and not eligible for paid time off. |
| 1558 | NICOLE, WALKER<br>5801 N FRONT STREET<br>APT 2-F<br>PHILADELPHIA PA 19120 | 14-Feb-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient documentation to support nature and amount of claim. |
| 1470 | NUNGARAY, ELOISE<br>223 S POPLAR AVE<br>BREA CA 92821 | 05-Feb-08 | | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient document to support claim as filed. |
| 886 | OZAN, CHRISTI<br>12118 SANDROCK DR.<br>HOUSTON TX 77048 | 16-Jan-08 | $2,003.32 | | | $2,003.32 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient documentation to support nature and amount of claim. |
| 909 | REARDON, SHARON<br>1313 NW 129 WAY<br>SUNRISE FL 33323 | 17-Jan-08 | | | $1,161.78 | $1,161.78 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient documentation to support claim as filed. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT C

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1476 | SANCHEZ, HEATHER<br>17642 NORTHFALK DR<br>HOUSTON TX 77042 | 07-Feb-08 | $588.96 | | | $588.96 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for unpaid PTO. Claim contains insufficient documentation to support claim as filed. |
| 842 | SURRATT, JUAN<br>14323 MIRKWOOD<br>HOUSTON TX 77014 | 10-Jan-08 | $2,300.00 | | | $2,300.00 | Debtors have no liability to claimant under any applicable law. Claimant is a former employe terminated in July 13, 2007. Claim asserts amounts due for unpaid wages for the period 7/1/07 - 7/31/07. Claimant was paid in full for all hours worked through and including 7/15/07. Claim contains insufficient documentation to support claim as filed. |
| 1697 | YANEZ, DANIEL<br>3233 GRAND AVENUE<br>SUITE N-365<br>CHINO HILLS CA 91709 | 31-Mar-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claim contains insufficient document to support claim as filed. |