# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT D

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1114 | ARMINTOR, ISOLDE<br>6310 EDEN WAY COURT<br>HOUSTON TX 77049 | 30-Jan-08 | | $1,434.98 | | $1,434.98 | Debtors have no liability to claimant under any applicable law. Claimant asserts claim for wages, salaries and compensation which was paid in August 2007. |
| 826 | BRANTLEY-NEHMAN, KARAN<br>1137 GRANADA STREET<br>CLEARWATER FL 33755 | 08-Jan-08 | $142.85 | | | $142.85 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for wages, salaries and compensation which have been paid. |
| 546 | BRISCO, SHUNNIA<br>10751 MEADOWGLEN #68<br>HOUSTON TX 77042 | 10-Dec-07 | $1,276.13 | | | $1,276.13 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for wages, salaries and compensation which have been paid. |
| 809 | BUKOWSKI, JENNIFER<br>61 IVY LANE<br>FARMINGTON NH 03835 | 07-Jan-08 | $0.00 | | $1,500.00 | $1,500.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for wages 6/15/07 - 6/30/07 on account of Aegis Lending shutdown on June 20, 2007. Claimant was paid in full at termination. |
| 793 | CALLAWAY, STEPHANIE<br>6174 FLEURY LN<br>WOODLAND HLS CA<br>913677219 | 04-Jan-08 | | | $4,673.07 | $4,673.07 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee asserting a claim for severance pursuant to a corporate policy for which was discretionary. |
| 1568 | CONNOLLY, KIM<br>167 LYNN ST<br>PEABODY MA 01960 | 14-Feb-08 | | | $651.00 | $651.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due commission earned in 2005 which have been paid in full. |
| 1119 | COX, KERRY<br>1638 IMPERIAL CROWN<br>HOUSTON TX 77043 | 30-Jan-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for wages, salaries and compensation which have been paid. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT D

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1014 | DAVILA, PAULINE<br>2520 WILSON ST.<br>CARLSBAD CA 92008 | 28-Jan-08 | | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for wages, salaries and compensation which have been paid. |
| 701 | EMOND, MICHELE<br>667 E. SIENNA CREEK<br>KUNA ID 83634 | 19-Dec-07 | $3,093.69 | | | $3,093.69 | Disputed Basis for claim is wages, salaries and compensation. Claim based on amount scheduled by debtor which has been paid. |
| 1060 | GARLAND, ANGELA<br>769 W. 55TH ST.<br>SAN BERNARDINO CA 92407 | 28-Jan-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 170 | GEORGE, LISA J.<br>17907 NIELSEN DR<br>TINLEY PARK IL 60477 | 18-Sep-07 | | | $7,345.63 | $7,345.63 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for commission. Final commissions paid on 9/28/07 and all commissions earned were paid in full. |
| 649 | HADNOTT, KATINA<br>6029 WORTHAM WAY<br>HOUSTON TX 77033 | 14-Dec-07 | $2,311.64 | | | $2,311.64 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 1620 | HARPER, FELICIA<br>11423 SUGARBUSH RIDGE LN<br>HOUSTON TX 77089 | 19-Feb-08 | | $1,687.78 | | $1,687.78 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 726 | KERN, KELLY<br>2443 EAST SILVERWOOD DRIVE<br>PHOENIX AZ 85048 | 21-Dec-07 | $2,083.42 | | | $2,083.42 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 853 | LADDIE, NIGEL<br>8302 ROYAL GROVE COURT<br>HOUSTON TX 77083 | 11-Jan-08 | $1,925.25 | | | $1,925.25 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT D

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 494 | LAING, DENISE<br>16944 OLD SAWMILL<br>WOODBINE MD 21797 | 06-Dec-07 | $2,083.42 | | | $2,083.42 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 1533 | LAMM, MICHELLE<br>6771 HUBER PLACE<br>RANCHO CUCA CA 91701 | 11-Feb-08 | $256.50 | | | $256.50 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 625 | LAURIE, POWELL<br>1211 POPLAR BLVD APT 3<br>JACKSON MS 392022164<br>USA | 13-Dec-07 | | | $1,000.00 | $1,000.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts allegedly due for 2007 first quarter which was paid when due. |
| 864 | LONG, GENEVA<br>5426 MYRTLEWOOD ST.<br>HOUSTON TX 77033-2920 | 14-Jan-08 | $1,195.24 | | | $1,195.24 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 590 | MADDEN, BROOKE<br>19335 BANKERS HOUSE DR<br>KATY TX 774492681<br>USA | 11-Dec-07 | | | $1,848.05 | $1,848.05 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 619 | MOONEY, SHARON<br>10819 VANDERFORD DRIVE<br>HOUSTON TX 77099 | 13-Dec-07 | | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 537 | MORTON, BARBARA<br>12355 PLEASANT VIEW DR<br>FULTON MD 20759 | 10-Dec-07 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 784 | NELSON, JEFFREY<br>821 SAUK RIDGE TRL<br>MADISON WI 53717 | 03-Jan-08 | $106.00 | | $106.00 | $106.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT D

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1682 | RAMIREZ, CHRISTOPHER<br>24237 SE 47TH PL<br>ISSAQUAH WA 98029 | 13-Mar-08 | $28,000.00 | | | $28,000.00 | Debtors have no liability to claimant. Claim was filed after the bar date. |
| 881 | RASCO-SANDERS, SHELLA<br>2714 SUMMERTIME DRIVE<br>HOUSTON TX 77045 | 15-Jan-08 | | | $1,709.10 | $1,709.10 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 913 | ROMO-MORRISON, COLETTE<br>14250 KIMBERLEY LN<br>HOUSTON TX 77079 | 17-Jan-08 | | $1,564.11 | | $1,564.11 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 994 | RUIZ, MARIA<br>9523 DANFORTH WAY<br>HOUSTON TX 77083 | 25-Jan-08 | | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 1562 | STEPHENS, MONICA<br>4675 SEA RIDGE DR<br>FORT WORTH TX 761333837 | 14-Feb-08 | $4,000.00 | | $4,000.00 | $4,000.00 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee terminated in February 2006. Claim incorrectly asserts amounts due pursuant to an employee referral program. |
| 648 | STEPHENS, SOLOMON<br>7979 WESTHEIMER RD APT 1117<br>HOUSTON TX 77068 | 14-Dec-07 | $1,069.42 | | | $1,069.42 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 1155 | SULLIVAN, THADDEUS J<br>10645 PORTO CT.<br>SAN DIEGO CA 92124 | 31-Jan-08 | $289.00 | | | $289.00 | Debtors have no liability to claimant under any applicable law. Claiman is a former employee terminated in 2003. Claim asserts amounts due for final paycheck which was paid. |
| 1007 | TROYER, TAMMY<br>1760 S. OURAY CT.<br>AURORA CO 80017 | 28-Jan-08 | | | $0.00 | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT D

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1524 | WALLING, DAVID<br>13203 FINCH BROOK DRIVE<br>CYPRESS TX 77429 | 11-Feb-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation which has been paid. |
| 1580 | WALTON, JAMES<br>13815 AMANDA GRACE LANE<br>CYPRESS TX 77429 | 15-Feb-08 | $7,422.06 | | | $7,422.06 | Disputed Basis for claim is wages, salaries and compensation. Claim based on amount scheduled by debtor for compensation which has since been paid |
| 624 | WASHINGTON, SHELBY<br>4702 DAVIS AVE. S.<br>APT.2B302<br>RENTON WA 98055 | 13-Dec-07 | $9,500.00 | | | $9,500.00 | Debtors have no liability to claimant under any applicable law. Claimant is former employee terminated in November 2006 and was paid in full at termination. |