# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT E

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 155 | ANDRUSYNA, KIMBERLY J. 4849 MANZANITA AVE #25 CARMICHAEL CA 95608 | 17-Sep-07 | | $5,653.83 | | $5,653.83 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee asserting a claim for severance pursuant to a corporate policy which was discretionary. |
| 1269 | BANES, T. LYNNE 2255 BANBURY CIRCLE ROSEVILLE CA 95661 | 01-Feb-08 | $11,243.08 | | | $11,243.08 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee asserting claim for severance under a corporate policy which was discretionary. |
| 926 | BISNETT, EDWARD 16 SANDLE DR FAIRPORT NY 14450 | 18-Jan-08 | $1,413.60 | | | $1,413.60 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee asserting a claim for severance pursuant to a corporate policy which was discretionary. |
| 1531 | CARA, LINA 1850 OREGON AVENUE NE ST. PETERSBURG FL 33703 | 11-Feb-08 | $2,543.00 | | | $2,543.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for paid time off and amounts due pursuant to a corporate severance policy. Amounts due for paid time off have been paid and amounts claimed pursuant to severance policy are discretionary. |
| 545 | CWIKLINSKI, MARY 1120 FARGO BLVD. GENEVA IL 60134 | 10-Dec-07 | | | $0.00 | $0.00 | Duplicate of Claim 544. |
| 563 | ECKLES, TERRI 16512 LOIRE CIRCLE HUNTINGTON BEACH CA 92647 | 10-Dec-07 | $402.00 | | | $402.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amount due for Cobra premiums for August 2007 which have been refunded. |

Aegis Mortgage Corp., et.al.
Case No. 07-11119 (BLS)

00001-001\DOCS_DE:153599v1

Page 2 of 6

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT E

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1111 | HARRIS, SHARON<br>6918 SABLE RIVER DRIVE<br>MISSOURI CITY TX 77459 | 30-Jan-08 | $160.00 | | | $160.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amount due for dental service incurred on 8/09/07 which was paid by insurance. |
| 1716 | HUSBAND, POLLYANA<br>3202 WESTRIDGE<br>HOUSTON TX 77025 | 24-Apr-08 | | | $2,057.25 | $2,057.25 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due under employee insurance plan. Claimant should file claim with insurance company. |
| 823 | JACKSON-ALLEN, KATIE<br>506 PLANTAIN LANE<br>RICHMOND TX 77469 | 08-Jan-08 | $670.20 | | | $670.20 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for paid time off which are not due. |
| 120 | KASTNER, JUSTIN P.<br>944 E REDONDO DR<br>GILBERT AZ 85296 | 05-Sep-07 | | | $0.00 | $0.00 | Amended by claim 1265. |
| 162 | LANE, CADERIUS<br>16210 AUTUMN LEIGH DR<br>HOUSTON TX 77083 | 17-Sep-07 | $822.66 | | | $822.66 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts for paid time off which are not due. |
| 116 | LARA, ELAINE K.<br>43501 W BLAZEN TRAIL<br>MARICOPA AZ 85239 | 05-Sep-07 | | | $1,878.15 | $1,878.15 | Debtors have no liability to claimant under any applicable law. Claimant is former employee who was part of the Aegis Home Equity shutdown on July 2, 2007. Claim asserts amounts due for wages for the period 8/16/07 - 8/31/07 subsequent to termination. |

# TENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT E

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 117 | LARA, VERONICA M. 43501 W BLAZEN TRAIL MARICOPA AZ 85239 | 05-Sep-07 | | | $1,405.97 | $1,405.97 | Debtors have no liability to claimant under any applicable law. Claimant is former employee who was part of the Aegis Home Equity shutdown on July 2, 2007. Claim asserts amounts due for wages for the period 8/16/07 - 8/31/07 subsequent to termination. |
| 736 | LAWRENCE, HACK 12902 WATER'S EDGE PLACE HOUSTON TX 77041 | 24-Dec-07 | | | $35,500.00 | $35,500.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amount due for severance pursuant to corporate policy which was discretionary. |
| 611 | NAHID, HOSSEIN 26231 VIA CORRIZO SAN JUAN CAPISTRAN CA 92675 | 13-Dec-07 | $6,000.00 | | | $6,000.00 | Debtors have no liability to claimant under any applicable law. Claim incorrectly asserts amounts due for wages, salaries and compensation as well as amounts due pursuant to an employee benefits plan. Claimant is former employee terminated in September of 2006 for misconduct. |
| 144 | NOONAN-FRANK, JEANINE A. 4823 GRADUATES LN SACRAMENTO CA 95841 | 14-Sep-07 | | $8,030.72 | | $8,030.72 | Debtors have no liability to claimant under any applicable law. Claimant is former employee asserting amounts due for severance under the corporate policy which was discretionary. |
| 470 | OWEN, KAYREN R (FKA KAYREN OWEN-RYLAND) 8035 ISLAND RD VENTRESS LA 70783 | 29-Nov-07 | | | $896.52 | $896.52 | Debtors have no liability to claimant under any applicable law. Claimant assert amount due for payment of a medical bill and Cobra premium. Medical claim was not properly filed and is not payable. Cobra premium has been refunded. |

Aegis Mortgage Corp., et.al.
Case No. 07-11119 (BLS)

0001-001\DOCS_DE:153599v1

Page 4 of 6

**TENTH OMNIBUS OBJECTION TO CLAIMS**

**EXHIBIT E**

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 153 | PAYER, RICHARD A. 7511 MONDART WAY GREENWELL SPRINGS LA 70739 | 17-Sep-07 | $10,950.00 | | $64,050.00 | $75,000.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amount due for severance pursuant to a corporate policy which was discretionary Claim also asserts amounts due for paid time off which are not due. |
| 780 | RAMIREZ, CHRISTOPHER 24237 SOUTH EAST 47TH PLACE ISSAQUAH WA 98029 | 03-Jan-08 | $44,000.00 | | | $44,000.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for wages, salaries and compensation. Claimant was paid two payments of pursuant to employment agreement. Claimant was terminated on petition date and any remaining amounts due under the employment agreement are not binding employment terminates. |
| 1297 | REID, TRICIA 3464 E PACKARD DR GILBERT AZ 852984824 | 01-Feb-08 | $4,546.62 | | | $4,546.62 | Claimant asserts claim against incorrect Debtor and Claim #1297 should be disallowed. Claim #1298 filed by Claimant was filed against the correct Debtor and in the correct amounts and priority and will be allowed. |
| 245 | REID, TRICIA M. 3464 E. PACKARD DRIVE GILBERT AZ 85298 | 01-Oct-07 | $6,185.65 | | $0.00 | $6,185.65 | Claimant asserts claim against incorrect Debtor and Claim #245 should be disallowed. Claim #1298 filed by Claimant was filed against the correct Debtor and in the correct amounts and priority and will be allowed. |
| 1653 | RISHO, WILLIAM 130 MT. PLEASANT AVE PROVIDENCE RI 02908 | 03-Mar-08 | | | $23,625.00 | $23,625.00 | Debtors have no liability to claimant under any applicable law. Claim filed after bar date. |

**TENTH OMNIBUS OBJECTION TO CLAIMS**

**EXHIBIT E**

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1606 | RISHO, WILLIAM 130 MT. PLEASANT AVENUE PROVIDENCE RI 02908 | 19-Feb-08 | $0.00 | | | $0.00 | Debtors have no liability to claimant under any applicable law. Claim filed after bar date. |
| 1443 | RONALD, HAGEN 7200 N US1 UNIT 203 COCOA FL 32927 | 06-Feb-08 | $266.80 | | $266.80 | $266.80 | Debtors have no liability to claimant under any applicable law. Claim incorrectly asserts amounts due for wages, salaries and compensation for post-petition travel expense reimbursement. |
| 821 | SALDATE, KAREN 5216 W. SUSSEX WAY FRESNO CA 93722 | 07-Jan-08 | | | $4,984.62 | $4,984.62 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee who was terminated for cause in April 2006. Claim incorrectly asserts amounts due for paid time off which was not earned. |
| 669 | STACEY, LEPAGE 77 BEAUTY HILL ROAD BARRINGTON NH 03825 | 18-Dec-07 | | | $8,000.00 | $8,000.00 | Debtors have no liability to claimant under any applicable law. Claim asserts amounts due for severance under corporate policy which was discretionary. |
| 1583 | TALLEY, ANDREA 4121 N 81ST STREET SCOTTSDALE AZ 85251 | 15-Feb-08 | $1,941.94 | | $1,941.94 | $1,941.94 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee terminated on July 2, 2007. Claim incorrectly asserts amounts due for wages for the period 8/16/07 - 8/31/07 subsequent to termination. |
| 288 | THAMES, MELISSA 4011 SWEENEY LAKE COURT RICHMOND TX 77469 | 10-Oct-07 | $3,028.50 | | $3,028.50 | $3,028.50 | Debtors have no liability to claimant under any applicable law. Claimant is a former employee hired May 2007 and terminated September 30, 2007. Claim incorrectly asserts amounts due for paid time off which is not due as claimant was employed less than 6 months. |

**TENTH OMNIBUS OBJECTION TO CLAIMS**

**EXHIBIT E**

| Claim Number | Claimant Name and Address | Claim Date | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 112 | WILLIAMSON, DEBORAH 1515 S EXTENSION RD # 1078 MESA AZ 85210 | 05-Sep-07 | $1,885.37 | | $1,885.37 | $1,885.37 | Debtors have no liability to claimant under any applicable law. Claimant is former employee terminated in July 2007 and was paid in full at termination. |
| 1162 | WILSON, CYNTHIA 5275 W. ELMER BOISE ID 83703 | 31-Jan-08 | | | $1,331.33 | $1,331.33 | Debtors have no liability to claimant under any applicable law. Claim asserts amounds due under the Debtors' prepetition 401k plan. All 401k funds have been disbursed by plan administrator. |