Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 1037 | ABLE, TANGIE 10938 HARMONY GLEN COURT CHARLOTTE NC 28273 | $2,799.69 | | | $2,799.69 | $1,866.46 | $933.23 | $2,799.69 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for wages, salaries and compensation but incorrectly asserts priority classification for entire amount. |
| 312 | ARAMBURU, SOCRATES 10015 PINE FOREST HOUSTON TX 77042 | $10,950.00 | | $125,175.00 | $136,125.00 | $0.00 | $132,383.41 | $132,383.41 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant also asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 1113 | ARMINTOR, ISOLDE 6310 EDEN WAY COURT HOUSTON TX 77049 | $1,226.89 | $87.63 | | $1,314.49 | $87.63 | $1,226.86 | $1,314.49 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for wages, salaries and compensation but incorrectly classifies amounts due. |
| 1380 | ARMSTRONG, KRISTIE 2116 HARTLEY DR FORNEY TX 751265171 USA | $15,029.12 | | | $15,029.12 | $148.56 | $3,193.99 | $3,342.55 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant also asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 1766 | ARONCKES, SANDRA 707 BAUGHMAN AVENUE JEANETTE PA 15644 | $6,014.40 | | | $6,014.40 | $236.05 | $1,192.67 | $1,428.72 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant is a former employee terminated on July 2, 2007. Claim asserts amounts due for wages, salaries and compensation for the period subsequent to termination. Claim contains insufficient documentation to support claim as filed. |
| 1547 | ASHLEY, BARNEY 1210 N PALM ST GILBERT AZ 852342375 | $2,354.35 | | | $2,354.35 | $281.86 | $1,210.34 | $1,492.20 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant is a former employee terminated on July 2, 2007. Claim asserts amounts due for wages, salaries and compensation for the period subsequent to termination. Claim contains insufficient documentation to support claim as filed. |

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 171 | ASSAF, WILLIAM 4665 DOWNING DR BATON ROUGE LA 70809-6943 | $0.00 | | | $0.00 | $1,457.50 | $1,166.00 | $2,623.50 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant is a former employee terminated on August 7, 2007. Claim incorrectly asserts amounts due under employee benefit plan. |
| 1432 | ATIQ, MOHAMMED FAIZAN 3230 S. GESSNER RD. APT - 2209 HOUSTON TX 77063 | $7,241.76 | | $18,489.60 | $25,731.36 | $3,466.30 | $0.00 | $3,466.30 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 567 | BAILEY, LATISHA 12426 GARDEN GALE LN HOUSTON TX 77044 | $1,604.36 | | | $1,604.36 | $267.39 | $1,336.97 | $1,604.36 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for wages, salaries and compensation but incorrectly classifies amounts due. |
| 677 | BANOWSKY, JAMES 1754 CARRIAGE WAY SUGAR LAND TX 77478 | $0.00 | $1,816.06 | $1,388.75 | $3,204.81 | $1,816.06 | $1,388.75 | $3,204.81 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for wages, salaries and compensation but incorrectly classifies amounts due. |
| 243 | BARBER, STEPHEN JOHN 22727 BIRCH POINT DR. KATY TX 77450 | $7,869.54 | | | $7,869.54 | $2,091.30 | $176.37 | $2,267.67 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claims but claimant opted out of WARN settlement. Claim also asserts amounts due for severance under corporate policy which was discretionary. |
| 61 | BARR, KATHLEEN M. 3890 GREENBRIAR RD ETHEL LA 707303137 | $10,950.00 | | $16,825.70 | $27,775.70 | $3,712.43 | $0.00 | $3,712.43 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 754 | BIBBS, DOROTHY<br>1960 BURNSIDE<br>DETROIT MI 48212 | | | $1,232.80 | $1,232.80 | $636.35 | $727.27 | $1,363.62 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts due and classification for wages, salaries and compensation. |
| 1431 | BISHOP, JOHN<br>7315 BROMPTON APT 337B<br>HOUSTON TX 77025 | $0.00 | | | $0.00 | $2,407.86 | $0.00 | $2,407.86 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amount due and classification for wages, salaries and compensation. |
| 280 | BOOTH, GARY L.<br>8215 WAYNEMER WAY<br>HOUSTON TX 77040 | $2,448.85 | | | $2,448.85 | $1,965.12 | $0.00 | $1,965.12 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amount due for wages, salaries and compensation. |
| 1132 | BROWN, CONNIE<br>395 EAST PARK AVENUE<br>ELMHURST IL 60126 | | $2,177.04 | $2,066.35 | $4,243.39 | $2,177.04 | $2,066.35 | $4,243.39 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amount due and classification for wages, salaries and compensation. |
| 847 | BRYCE, BONNIE<br>6571 GANSKE RD<br>BURTON TX 77835 | $10,950.00 | | $16,898.70 | $27,848.70 | $2,182.36 | $1,745.89 | $3,928.25 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries. |
| 761 | BUI, KIMMIE<br>3110 STRATFORD BEND DRIVE<br>SUGARLAND TX 77478 | $0.00 | | | $0.00 | $437.40 | $720.41 | $1,157.81 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amount due for wages, salaries and compensation. |
| 67 | CAIN, JAMES C.<br>3535 INDIAN FOREST DR<br>SPRING TX 77373 | $7,959.47 | | $13,869.50 | $21,828.97 | $1,166.90 | $1,833.71 | $3,000.61 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 105 | CALLAGHAN, SHAWNA MARIE<br>4814 BRAESVALLEY DR<br>HOUSTON TX 77096 | $8,865.31 | | $16,000.00 | $24,865.31 | $3,711.03 | $802.38 | $4,513.41 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries. |
| 81 | CARGILE, DONALD W.<br>2943 SHADOW TRAIL DR<br>HOUSTON TX 77082 | $6,413.39 | | $23,320.96 | $23,320.96 | $3,899.08 | $291.52 | $4,190.60 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1069 | CASBON, PHILLIP<br>550 TERRACE OAKS DR<br>ROSWELL GA 300075 | $10,950.00 | | $1,902.85 | $12,852.85 | $4,024.04 | $0.00 | $4,024.04 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1406 | CASTELLUCCIO, PETER P. JR.<br>17637 LAKE AZALEA DR<br>BATON ROUGE LA 70817 | $12,775.28 | | | $12,775.28 | $97.80 | $749.65 | $847.45 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1130 | CASTOR, MAE D.<br>12411 ELA LEE<br>HOUSTON TX 77077 | $6,355.02 | | | $6,355.02 | $2,295.03 | $0.00 | $2,295.03 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 1040 | CHOLEWA, JANICE<br>1341 BAILEYS CROSSING<br>LEMONT IL 60439 | $21,683.43 | | | $21,683.43 | $851.79 | $2,776.19 | $3,627.98 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1121 | COLLINS, ELIZABETH<br>22743 HEARTHSTONE HILL LN<br>SPRING TX 77373 | $24,886.10 | | | $24,886.10 | $1,280.03 | $2,143.31 | $3,423.34 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1120 | COX, KERRY<br>1638 IMPERIAL CROWN<br>HOUSTON TX 77043 | $0.00 | | | $0.00 | $3,265.96 | $0.00 | $3,265.96 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts due for wages, salaries and compensation. |
| 1070 | COYLE, TIMOTHY SEAN<br>170 SULLING WAY<br>ALPHARETTA GA 30004 | $10,950.00 | | $33,865.15 | $44,815.15 | $4,206.73 | $3,365.39 | $7,572.12 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts due for wages, salaries and compensation part of which has been paid. |
| 1013 | DAVILA, PAULINE<br>2520 WILSON ST.<br>CARLSBAD CA 92008 | | | $0.00 | $0.00 | $904.37 | $2,681.93 | $3,586.30 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 772 | DAVIS, JANICE<br>1410 YELDELL COURT<br>FRESNO TX 77545 | $2,109.03 | | | $2,109.03 | $796.74 | $1,312.29 | $2,109.03 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 315 | DAY, ANGELA L. 1171 W. SALMON COURT GILBERT AZ 85233 | $4,923.18 | | | $4,923.18 | $1,240.39 | $1,355.77 | $2,596.16 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation. Claimant is former employee terminated on July 2, 2007 but improperly asserts amounts due for period subsequent to termination. |
| 1597 | DAY, JAMES 5415 MINERAL CREEK CT SPRING TX 77379 | $68,900.00 | | | $68,900.00 | $1,485.17 | $59,053.37 | $60,538.54 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for wages, salaries and compensation. The Debtors calculate the amount of severance as $51,606.78 and paid time off as $8,931.76. |
| 1634 | DEGREGORY, BARBARA 29619 CUNNINGHAM WARREN MI 48092 | $0.00 | | $1,415.15 | $1,415.15 | $32.16 | $1,415.15 | $1,447.31 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation. |
| 1478 | DEMPSEY, BRENDA 17763 SHADY CREEK AVENUE BATON ROUGE LA 70816 | $15,000.00 | | | $15,000.00 | $337.50 | $3,975.00 | $4,312.50 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1124 | DUVAL, DEREK 858 DOWNING STREET DENVER CO 80218 | $1,729.68 | | | $1,729.68 | $768.75 | $960.93 | $1,729.68 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification for wages, salaries and compensation. |
| 1627 | ECHOLS, CASSANDRA 24811 BLANE DR KATY TX 774932712 | $798.76 | $998.45 | | $1,797.21 | $998.45 | $798.76 | $1,797.21 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification for wages, salaries and compensation. |
| 1480 | FEASTER, NORMAN 16119 ALTA MESA DR HOUSTON TX 77083 | $3,574.00 | $1,540.80 | $3,574.00 | $5,114.80 | $444.45 | $1,155.55 | $1,600.00 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

# ELEVENTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 919 | FLEMINGS, CONNIE 5434 MERSEA DR. KATY TX 77449 | $1,621.32 | | | $1,621.32 | $270.22 | $1,351.10 | $1,621.32 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification for wages, salaries and compensation. |
| 1117 | FREDERICKSON, GLEN 5833 MOURNING DOVE BATON ROUGE LA 70817 | $10,950.00 | | $52,994.50 | $63,944.50 | $3,578.18 | $6,055.38 | $9,633.56 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1259 | FREEMAN, ROBBIE 16154 CORTEZ AVENUE PRAIRIEVILLE LA 70769 | $7,883.20 | | | $7,883.20 | $545.88 | $1,576.97 | $2,122.85 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amount and classification for wages, salaries and compensation. |
| 950 | GARCIA, RAFAELA 9235 MERNA DR. HOUSTON TX 77040 | $22,933.00 | | $22,933.00 | $22,933.00 | $2,823.34 | $1,505.78 | $4,329.12 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation. |
| 1059 | GARLAND, ANGELA 769 W. 55TH ST. SAN BERNARDINO CA 92407 | $0.00 | | | $0.00 | $3,333.67 | $10,116.99 | $13,450.66 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation. |
| 1063 | GASKAMP, MARGIE 614 E. CYPRESSWOOD DRIVE SPRING TX 77373 | $10,950.00 | | $14,130.00 | $25,080.00 | $2,711.29 | $202.71 | $2,914.00 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 846 | GODBOLD, KAREN 4011 PEPPERSTONE COURT HOUSTON TX 77053 | $1,429.18 | | | $1,429.18 | $333.48 | $1,095.71 | $1,429.19 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification for wages, salaries and compensation. |

00001-001\DOCS_DE:153731v1

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 921 | GOMEZ, ARLENE 291 CAMINO VISTAREAL CHULA VISTA CA 91910 | $3,983.37 | | | $3,983.37 | $1,587.47 | $1,793.25 | $3,380.72 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation. |
| 499 | GOODMON, CYNTHIA 12818 LIMA HOUSTON TX 77099 | $8,820.00 | | | $8,820.00 | $0.00 | | $0.00 | Debtors have no liability to claimant under any applicable law. Claimant asserts amounts due for wages, salaries and compensation which have been paid. |
| 1430 | GREEN, GEORGIA L. 13829 WRIGLEY HOUSTON TX 77045 | $4,828.62 | | $4,828.62 | $4,828.62 | $724.27 | $1,411.39 | $2,135.66 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1571 | GULLEKSON, MARY 4531 GRIMES AVE. N. ROBBINSDALE MN 55422 | $4,915.20 | | | $4,915.20 | $2,841.88 | $614.46 | $3,456.34 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation. |
| 1156 | HAMMER-KROK, KIMBERLY 4508 LANGTRY LANE HOUSTON TX 77041 | $10,950.00 | | $4,826.94 | $15,776.94 | $4,045.37 | $0.00 | $4,045.37 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 101 | HARDY, DAVID M. 207 DETERING ST HOUSTON TX 77007-8205 | $10,950.00 | | $26,800.02 | $37,750.02 | $3,353.50 | $725.08 | $4,078.58 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1619 | HARPER, FELICIA 11423 SUGARBUSH RIDGE LN HOUSTON TX 77089 | $1,148.34 | $518.60 | | $1,666.94 | $518.60 | $1,148.34 | $1,666.94 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification for wages, salaries and compensation. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 1122 | HARWELL, SUSAN 2550 ANZALONE DR SPRING TX 77373 | $19,583.40 | | | $19,583.40 | $304.07 | $2,432.56 | $2,736.63 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1149 | HICKEY, MICHAEL 2829 TIMMONS LN APT 110 HOUSTON TX 77027 | $5,354.36 | | | $5,354.36 | $5,121.36 | $510.00 | $5,631.36 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 1563 | HOLDERMAN, MARY 1812 KNOB HILL DRIVE PLANO TX 75023 | $17,064.30 | | $5,633.24 | $22,697.54 | $4,048.72 | $0.00 | $4,048.72 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 915 | HORAN, KATHY 350 S HICKORY ST WATERMAN IL 60556 | $2,713.95 | | | $2,713.95 | $475.96 | $1,903.85 | $2,379.81 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 975 | HUBBARD, ANDREW S. AND LINDA W. 1802 WARWICKSHIRE DRIVE HOUSTON TX 77077 | $10,950.00 | | $37,864.00 | $48,814.00 | $4,332.85 | $1,760.22 | $6,093.07 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 1526 | HUDSON, JAMES<br>2360 WESTMINSTER DR<br>MODESTO CA 95355 | $10,950.00 | | $2,479.59 | $13,429.59 | $2,163.46 | $9,182.71 | $11,346.17 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 51 | JAGGEARS, DEBORAH<br>2026 NORMANDY DR<br>IRVING TX 75060 | $10,950.00 | | $11,572.83 | $22,522.83 | $3,527.22 | $0.00 | $3,527.22 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1125 | JENSEN, FRANKLIN<br>4005 BROOKHAVEN CLUB APT 402<br>ADDISON TX 75001 | $10,950.00 | | $5,466.11 | $16,416.11 | $2,958.95 | $249.55 | $3,208.50 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation. |
| 1520 | JONES, PATRICIA<br>6016 N. 10TH<br>FRESNO CA 93710 | $2,375.42 | | | $2,375.42 | $290.33 | $2,085.09 | $2,375.42 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 899 | KALOUST, BRIAN<br>109 ELURIA STREET<br>OREGON CITY OR 97045 | $1,620.22 | | | $1,620.22 | $1,224.16 | $396.05 | $1,620.21 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 1265 | KASTNER, JUSTIN 944 E. REDONDO DR GILBERT AZ 85296 | $1,326.92 | | $1,134.84 | $2,461.76 | $887.98 | $489.92 | $1,377.90 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation. Amends Claim #120 - NEED TO DELETE 120 |
| 1265 | KASTNER, JUSTIN 944 E. REDONDO DR GILBERT AZ 85296 | $1,326.92 | | $1,134.84 | $2,461.76 | $887.98 | $489.92 | $1,377.90 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts due for wages, salaries and compensation. |
| 1455 | KELLEY, YVETTE 10206 BELCAMP COURT HOUSTON TX 77075 | $1,619.24 | | | $1,619.24 | $359.83 | $1,259.41 | $1,619.24 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification due for wages, salaries and compensation. |
| 763 | KERN, RUSSELL 1348 W. MONTEBELLO AVE. APACHE JUNCTION AZ 85220 | $2,287.79 | | | $2,287.79 | $2,287.79 | $831.92 | $3,119.71 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 992 | KING, LOREEN 10105 CABERNET CT RIVERSIDE CA 92509 | $19,434.20 | | | $19,434.20 | $3,947.57 | $15,486.63 | $19,434.20 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 760 | KIRK, CHERYL 16022 WOODLAWN ACRES BATON ROUGE LA 70817 | $18,500.00 | | | $18,500.00 | $1,272.00 | $1,696.00 | $2,968.00 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1131 | LENGA, TERRY 7807 SHELTON SHADOW CT HUMBLE TX 77346 | $8,470.40 | | | $8,470.40 | 2,293.84 | $0.00 | $2,293.84 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1160 | LINGERFELT, JENNIFER 13548 BROADWAY ST. E MCKEESPORT PA 15035 | $7,660.80 | | | $7,660.80 | $303.24 | $1,532.16 | $1,835.40 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 985 | LOOS, BRIAN 21530 TIMBERIDGE ST ST CLAIR SHORES MI 48082 | $1,311.27 | $759.16 | $1,311.27 | $2,070.43 | $759.16 | $1,311.27 | $2,070.43 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification due for wages, salaries and compensation. |
| 1198 | LUNA, LAURA 2525 AUGUSTA DR APT 1202 HOUSTON TX 77057 | $28,059.04 | | $28,059.04 | $28,059.04 | $3,980.77 | $0.00 | $3,980.77 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1076 | LUPOMECH, KAREN 2415 OLD FORT ROAD SUGAR LAND TX 77479 | $8,294.15 | | | $8,294.15 | $2,175.00 | $1,740.00 | $3,915.00 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 973 | MARRA, LINDA S. 33 ROSS HOLLOW RD PITTSBURGH PA 15239 | $10,096.80 | | | $10,096.80 | $721.20 | $0.00 | $721.20 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation. |
| 1159 | MATTIS, DARLA 621 THIRD STREET NORTH VERSAILES PA 15137 | $7,243.20 | | | $7,243.20 | $347.06 | $1,388.23 | $1,735.29 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 1085 | MCCOY, TRYMEKA 77200 COURTABLEAU AVENUE MARINGOUIN LA 70757 | $5,285.00 | | | $5,285.00 | $5,425.37 | $1,506.30 | $6,931.67 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 947 | MCKINLEY, ELIZABETH<br>624 CACTUS DR.<br>CONROE TX 77385 | $4,321.80 | | $11,890.64 | $16,212.44 | $3,395.56 | $548.78 | $3,944.34 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation. |
| 57 | MILLIGAN, MISTY<br>5020 FALCON HOLLWO RD<br>MC KINNEY TX 75070 | $10,209.32 | | $9,616.40 | $19,825.72 | $841.40 | $1,923.20 | $2,764.60 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 130 | MIRAGLIA, FRANK J.<br>25740 LEWIS WAY<br>STEVENSON RANCH CA 91381 | $10,950.00 | | $6,534.11 | $17,484.11 | $2,083.42 | $0.00 | $2,083.42 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1633 | MONTNEY, LISA<br>23088 CAYUGA AVE<br>HAZEL PARK MI 48030 | $5,930.56 | | $890.63 | $6,821.19 | $515.63 | $890.63 | $1,406.26 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 167 | MORALES, GABRIELA E. 807 SPOTTED PONY LN ROCKLIN CA 95765 | $7,568.60 | | | $7,568.60 | $0.00 | $1,746.55 | $1,746.55 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 213 | MOSSEY, SHANTA G. 1765 BLVD DE PROVINCE UNIT B BATON ROUGE LA 70816 | $2,349.20 | | | $2,349.20 | $469.50 | $0.00 | $469.50 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 165 | MURAS, JOSEPH C. 1247 MELFORD DR HOUSTON TX 77077 | $2,351.65 | | | $2,351.65 | 2,264.56 | | 2,264.56 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 709 | NESBIT, KRISTI 12314 DORRANCE LANE MEADOWS PLACE TX 77477 | $2,466.90 | | | $2,466.90 | $657.84 | $1,809.06 | $2,466.90 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 839 | NICHOLS, DINAH 4157 E. CHAPEL HILL RD. DOUGLASVILLE GA 30135 | $0.00 | | $2,885.00 | $2,885.00 | $3,243.89 | $0.00 | $3,243.89 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 490 | NOEL, KENNETH 2023 CANNONBURY LANE RICHMOND TX 77406 | $0.00 | | | $0.00 | $2,163.46 | $0.00 | $2,163.46 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 98 | PALACIOS, IMOGENE Y. 12714 OAKFIELD DR CYPRESS TX 77429-3650 | $10,950.00 | | | $10,950.00 | $1,958.61 | $0.00 | $1,958.61 | Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claimant opted out of the WARN settlement. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1399 | PARKER SCARBROUGH, MOLLY 999 S HIGHLAND DR SNOWFLAKE AZ 85937 | $2,076.48 | $28.84 | | $2,105.32 | $28.84 | $1,268.96 | $1,297.80 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

# ELEVENTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 1051 | PEARCE, OLIVIA<br>10002 WINDRIVER DR.<br>HOUSTON TX 77070 | $10,950.00 | | $11,822.32 | $22,772.32 | $2,327.95 | $1,667.78 | $3,995.73 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 914 | PEREZ, ALI<br>16354 SAN MATEO DR<br>HOUSTON TX 770534358 | $1,682.38 | | | $1,682.38 | $614.67 | $1,061.71 | $1,676.38 | Basis for claim is wages, salaries and compensation. Claim based on amount scheduled by debtor for PTO $614.67 Priority and $1,061.71 Unsecured. Employee failed to file for unsecured portion |
| 1637 | PHILLIPS, GLORIA<br>4318 BROADLEAF<br>HOUSTON TX 77345 | $1,985.29 | | | $1,985.29 | $51.79 | $1,933.50 | $1,985.29 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification due for wages, salaries and compensation. |
| 966 | PLAHA, MANDI<br>1109 NEWCASTLE COURT<br>OCEANSIDE CA 92056 | $4,411.01 | | | $4,411.01 | $4,104.16 | $306.85 | $4,411.01 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification due for wages, salaries and compensation. |
| 11 | PRASATIK, MARK E.<br>5607 SPELLMAN RD<br>HOUSTON TX 77096 | $10,950.00 | | $7,681.00 | $18,631.00 | $3,676.64 | $0.00 | $3,676.64 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and insurance premiums which were refunded. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 797 | PRICE, ANN<br>12914 NAPLES LANE<br>STAFFORD TX 77477 | $10,950.00 | | $2,685.84 | $13,635.84 | $1,324.56 | $1,447.77 | $2,772.33 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation. |
| 1379 | REILLY, COLLEEN SUSAN<br>722 WAX MYRTLE<br>HOUSTON TX 77079 | $10,950.00 | | $36,518.15 | $47,468.15 | $8,291.40 | $0.00 | $8,291.40 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1136 | REMBAO, CARLOS<br>2637 SADDLEBACK STREET<br>CHULA VISTA CA 91914 | $0.00 | | $1,548.49 | $1,548.49 | $17.40 | $1,548.49 | $1,565.89 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 1138 | REMBAO, CHRISTINE<br>2637 SADDLEBACK STREET<br>CHULA VISTA CA 91914 | $0.00 | | $5,436.86 | $5,436.86 | $5,436.86 | $0.00 | $5,436.86 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification due for wages, salaries and compensation. |
| 1295 | RIBBLE, ROZANNE<br>15735 BOULDER OAKS<br>HOUSTON TX 77084 | $10,950.00 | | $19,928.93 | $30,878.93 | $1,149.69 | $2,627.86 | $3,777.55 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 149 | ROBITAILLE, MARIA L. 8100 BELLAIRE BLVD. APT #1411 HOUSTON TX 77036-4008 | $1,691.20 | | | $1,691.20 | $875.79 | $483.19 | $1,358.98 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 937 | SCHULZ, CARY B. 223 E. RAINBOW RIDGE THE WOODLANDS TX 77381 | $8,496.82 | | | $8,496.82 | $106.08 | $4,667.42 | $4,773.50 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 1611 | SIDDIQUI, AZAM 2619 ROCKPORT LANE APT 208 NAPERVILLE IL 60564 | $10,950.00 | | | $10,950.00 | $2,902.64 | $0.00 | $2,902.64 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation. |
| 1581 | SMITH, DANIEL 4907 SUFFIELD GLEN COURT KATY TX 77494 | $6,233.04 | | | $6,233.04 | $4,250.04 | $0.00 | $4,250.04 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts due for wages, salaries and compensation. |
| 60 | TALSMA, JORDANA B. 2560 CHESHIRE DR AURORA IL 60504 | | | $25,393.00 | $25,393.00 | $473.30 | $4,474.97 | $4,948.27 | Claiming 1 week of pay is due $1,712.00 as compensation for staying over until 8/21/07 and July Ops bonus of $4,166.67. Paid salary through 8/31 plus one week of severance, July Ops bonus paid 8/10/07 ioa $3,125.00. Both amounts under salary / wages were paid to the employee. Amount scheduled by the debtor for PTO $473.30 Priority and $4,474.97 Unsecured |
| 1610 | TANG, YUET 13714 KLAMATH FALLS DRIVE HOUSTON TX 77041 | $4,631.20 | | | $4,631.20 | $2,398.16 | $1,323.12 | $3,721.28 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

# ELEVENTH OMNIBUS CLAIMS OBJECTION

## EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 216 | THOMAS, JEANINE 8749 NOLAND LANE FAIR OAKS CA 95628 | $10,950.00 | | $30,049.20 | $40,999.20 | $4,146.63 | $15,757.22 | $19,903.85 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 960 | TOOMBS, MARJORIE 23210 S. WARMSTONE W KATY TX 77494 | $20,272.10 | | | $10,950.00 | $1,416.28 | $1,777.30 | $3,193.58 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1529 | TRAVIS, MELISSA 13009 MEADOW SPRINGS DRIVE PEARLAND TX 77584 | $4,830.00 | | | $4,830.00 | $1,357.18 | $1,288.17 | $2,645.35 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and priority due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1031 | TRUSHEIM, JEFFREY 8415 REBAWOOD DR HUMBLE TX 77346 | $31,500.00 | | | $31,500.00 | $10,950.00 | $20,550.00 | $31,500.00 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 1283 | WADE, TIMOTHY 2607 THROCKMORTON APT 110 DALLAS TX 75219 | $180.71 | $2,417.00 | | $2,597.71 | $2,417.00 | $180.71 | $2,597.71 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |

Aegis Mortgage Corp. et al.
Case No. 07-11119 (BLS)

ELEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

| Claim # | Claimant | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|
| 53 | WALLACE, AARON J. 4135 WYCLIFF AVE # 8 DALLAS TX 75219 | $10,950.00 | | $8,275.45 | $19,225.45 | $2,629.47 | $0.00 | $2,629.47 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1576 | WALTON, JAMES 13815 AMANDA GRACE LANE CYPRESS TX 77429 | $7,707.23 | | | $7,707.23 | $1,285.30 | $6,421.93 | $7,707.23 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 45 | WATTERS, DIANNE 9877 VALGRANDE WAY ELK GROVE CA 95757 | $10,950.00 | | $40,090.08 | $51,040.08 | $2,552.88 | $15,273.60 | $17,826.48 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Claim further asserts incorrect amounts due for wages, salaries and compensation and for severance under corporate policy which was discretionary. |
| 1681 | WEISLAK, KENNETH 4N 466 ROBERT FROST CIRCLE ST. CHARLES IL 60175 | $9,675.48 | | | | $3,997.43 | $5,678.05 | $9,675.48 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect classification due for wages, salaries and compensation. |
| 799 | WELCH, BOBBY 3314 EAST PIKE STREET SEATTLE WA 98122 | $21,204.37 | | | $21,204.37 | $2,596.15 | $0.00 | $2,596.15 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |
| 1002 | WILSON, DEANNE 32333 W PALMER LAKE RD COLON MI 490409724 | | | $3,028.20 | $3,028.20 | $1,740.30 | $0.00 | $1,740.30 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. Claimant is due two weeks of retention totalling $1,730.40. |
| 1417 | WYNOT, MICHELE 3431 HONEY CREEK DRIVE HOUSTON TX 77082 | $0.00 | | | $0.00 | $2,166.71 | | $2,166.71 | Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts incorrect amounts and classification due for wages, salaries and compensation. |