Aegis Mortgage Corp. et al.
Case No. 07-11119(BLS)

# ELEVENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT B

| Claim # | Claimant | Claimed Debtor | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Debtor | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | CHANGET, MICHAEL A. 8208 E COLUMBUS AVE SCOTTSDALE AZ 85251 | AMC | $9,716.51 | | $9,716.51 | $9,716.51 | AFC | $1,889.19 | $1,793.13 | $3,682.32 | Filed against wrong debtor. Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant also asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. |
| 467 | COLE, DONTAI J. 2327 MALACHITE WAY SANTA ROSA CA 95404 | AMC | $10,047.95 | | | $10,047.95 | AWC | $10,047.95 | | $10,047.95 | Filed against wrong debtor. |
| 10 | COOLIDGE, JACQUELINE 15011 COLT SPRINGS CT CYPRESS TX 77429 | AMC | $10,950.00 | | $712.31 | $11,662.31 | AWC | $0.00 | | $0.00 | Filed against wrong debtor. Debtors' books and records reflect that the claim should be modified as reflected herein. Claimant also asserts amounts due for a WARN Act claim. All valid WARN Act claims have been paid pursuant to the Final Order Approving Settlement Between The Debtors, Cerberus Capital Management, L.P., The Committee And The WARN Class Plaintiffs [Docket No. 4698]. Insurance premium was refunded and is not due. |
| 2 | CORNEAUX, RUSSELL A. 16824 SUNSET POINT COURT BATON ROUGE LA 70816 | AMC | $13,012.84 | | | $13,012.84 | ALC | $13,012.84 | | $13,012.84 | Filed against wrong debtor. |
| 426 | HAYDEN, JON R. 7129 E. BROADWAY, UNIT 64 MESA AZ 85208 | AMC | $3,146.91 | | | $3,146.91 | AFC | $3,146.91 | | $3,146.91 | Filed against wrong debtor. |

Aegis Mortgage Corp. et al.
Case No. 07-11119(BLS)

# ELEVENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT B

| Claim # | Claimant | Claimed Debtor | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Debtor | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 209 | HOPKO, MARGARET A<br>53900 DESANO DRIVE<br>SHELBY TWP. MI 48315 | AMC | $10,950.00 | | $10,950.00 | | AWC | $3,050.52 | | $3,050.52 | Filed against wrong debtor. Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claims but claimant opted out of WARN settlement. Claim also asserts amounts due for severance under corporate policy which was discretionary. Insurance premium was refunded and is not due. |
| 37 | JUDY DUPLESSIS<br>7204 MAIN STREET<br>SORRENTO LA 70778 | AMC | $6,666.72 | | $0.00 | $6,666.72 | ALC | $6,666.72 | | $6,666.72 | Filed against wrong debtor. |
| 103 | MANDART, AMY L.<br>7835 RUE CACHE CT<br>BATON ROUGE LA 70808 | ALC | $10,950.00 | | $70,778.09 | $81,728.09 | AMC | $0.00 | | $0.00 | Filed against wrong debtor. Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claims but claimant opted out of WARN settlement. Claim also asserts amounts due for severance under corporate policy which was discretionary. |
| 102 | MCGIMSEY, ROBERT A.<br>7835 RUE CACHE<br>BATON ROUGE LA 70808 | ALC | $10,950.00 | | $56,741.88 | $67,691.88 | AMC | $0.00 | | $0.00 | Filed against wrong debtor. Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claims but claimant opted out of WARN settlement. Claim also asserts amounts due for severance under corporate policy which was discretionary. |

00001-001\DOCS_DE:153731v1

Aegis Mortgage Corp. et al.
Case No. 07-11119(BLS)

# ELEVENTH OMNIBUS OBJECTION TO CLAIMS

## EXHIBIT B

| Claim # | Claimant | Claimed Debtor | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Modified Debtor | Modified Priority Amount | Modified Unsecured Amount | Total Modified Amount | Basis For Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | MUNOZ, YVONNE<br>5202 KATY HOCKLEY RD<br>KATY TX 77493 | AMC | $11,380.17 | | | $11,380.17 | AWC | $0.00 | | $0.00 | Filed against wrong debtor. Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claims but claimant opted out of WARN settlement. Claim also asserts amounts due for severance under corporate policy which was discretionary. Insurance premium was refunded and is not due. |
| 12 | PEACOCK, JOHN<br>18814 MOUNTAIN SHADE DRIVE<br>SPRING TX 77388 | AMC | $10,950.00 | | $16,079.34 | $27,029.34 | AWC | $0.00 | | $0.00 | Filed against wrong debtor. Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claims but claimant opted out of WARN settlement. Insurance premium was refunded and is not due. |
| 1608 | RAMOS, CHRISTINE A.<br>5523 SNORING CT.<br>LAS VEGAS NV 89110 | AMC | $10,950.00 | | | $10,950.00 | AWC | $0.00 | | $0.00 | Filed against wrong debtor. Debtors' books and records reflect that the claim should be modified as reflected herein. Claim asserts amounts due for WARN Act claims but claimant opted out of WARN settlement. Claim also asserts amounts due for severance under corporate policy which was discretionary. Insurance premium was refunded and is not due. |
| 1010 | SANBORN-LUTJEN<br>28351 E SIDEKICK LN<br>FLORENCE AZ 85232 | AMC | $1,475.00 | | $1,400.00 | $2,875.00 | AFC | $1,475.00 | $1,400.00 | $2,875.00 | Filed against wrong debtor. |

Page 3 of 3

00001-001\DOCS_DE:153731v1