IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2009 AT 10:30 A.M.

## NOTE: HEARING CANCELLED PER REQUEST OF COURT

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## CONTINUED MATTERS:

1. Debtors' First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 with respect to certain claims (Filed September 10, 2008, Docket No. 3395)

   **Related Documents:**

   (a) Certification of Counsel Regarding Debtors' First (Non-Substantive) Omnibus Objection to Claims (Filed October 14, 2008; Docket No. 3952)

   (b) [signed] Order Granting and Sustaining Debtors' First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered November 16, 2008; Docket No. 3966)

   (c) [signed] Order Approving Stipulation between the Debtors and R. Gingras and Associates Resolving the Debtors' First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered January 23, 2009; Docket No. 4475)

   (d) Notice of Withdrawal of Objection to Proof of Claim #1447 of Solano County Tax Collector (Filed January 23, 2009; Docket No. 4478)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste 1, Houston, TX 77082.

(e) [signed] Supplemental Order Granting and Sustaining Debtors' First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered January 26, 2009; Docket No. 4481)

(f) Notice of Withdrawal of Objection to Proof of Claim No. 1447 of Seminole County (Filed March 24, 2009; Docket No. 4536)

(g) [signed] Second Supplemental Order Granting and Sustaining Debtors' First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered August 6, 2009; Docket No. 4737)

**Response Deadline:** October 8, 2008 at 4:00 p.m.

**Objections/Responses:**

(a) Response of Claimant Angel Landry (Filed September 30, 2008; Docket No. 3749) **Status:** This matter is resolved per Second Supplemental Order.

(b) Letter Response of James D. Hudson (Filed October 7, 2008; Docket No. 3960) **Status:** This matter is resolved per Second Supplemental Order.

**Informal Claimant Responses:**

US Bank (The parties are currently working on a consensual resolution)

**Status:** This matter is continued to January 28, 2010 at 10:30 a.m.

2. Debtors' Partial Objection (Substantive) to Claim Nos. 1342 and 1350 filed by Credit Suisse First Boston Mortgage Capital LLC Pursuant to Sections 502(b)(2) and 562 of the Bankruptcy Code and Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure (Filed October 2, 2008; Docket No. 3760)

**Objection Deadline:** November 13, 2008 at 4:00 p.m. [Extended for Credit Suisse]

**Objections/Responses:** None to date.

**Status:** This matter is continued to January 28, 2010 at 10:30 a.m.

3.  Debtors' Second (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 with respect to certain claims (Filed October 21, 2008, Docket No. 4032)

    **Related Documents:**

    (a)  Notice of Submission of Proofs of Claim (Filed November 6, 2008; Docket No. 4282)

    (b)  [signed] Order Granting and Sustaining Debtors' Second (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered November 19, 2008, Docket No. 4377)

    (c)  [signed] Supplemental Order Granting and Sustaining Debtors' Second (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered September 28, 2009; Docket No. 4894)

    (d)  [signed] Supplemental Order Granting and Sustaining Debtors' Second (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 [Terrie Gibbons and Elaine Wright] (Entered October 16, 2009; Docket No. 4917)

    **Response Deadline:** November 13, 2008 at 4:00 p.m.

    **Objections/Responses:**

    (a)  Response of CNA Insurance Companies (Filed November 13, 2008; Docket No. 4357) **Status:** This matter is continued to the next scheduled omnibus hearing..

    (b)  Response of Claimant, Charlotte M. Gray (Filed November 13, 2008; Docket No. 4360) **Status:** This matter is resolved per Supplemental Order.

    (c)  Response of Martha C. Leon (Filed November 12, 2008; Docket No. 4348) **Status:** This matter is resolved per Supplemental Order.

    **Informal Claimant Responses:**

    1.  Angela Willingham **Status:** This matter is resolved per Supplemental Order.
    2.  Terrie Gibbons **Status:** this matter is resolved per Supplemental Order.
    3.  Elaine M. Wright **Status:** this matter is resolved per Supplemental Order.
    4.  Tiffany Welch **Status:** this matter is resolved pending documentation.

    **Status:** This matter is continued to January 28, 2010 at 10:30 a.m.

4. Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Landlord Claims with respect to certain claims (Filed April 7, 2009, Docket No. 4554)

   **Related Documents:**

   (a) Notice of Submission of Proofs of Claim (Filed May 4, 2009; Docket No. 4596)

   (b) [signed] Order Granting and Sustaining Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Landlord Claims (Entered May 19, 2009; Docket No. 4668)

   (c) [signed] Supplemental Order Granting and Sustaining Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Landlord Claims [with respect to Claimant, GIM PA Partners L.P.](Entered August 28, 2009; Docket No. 4839)

   (d) [signed] Order Approving Stipulation between the Debtors and EOP Operating Limited Partnership Regarding Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Landlord Claims [EOP Operating LP] (Entered August 28, 2009; Docket No. 4840)

   (e) [signed] Order Approving Stipulation between Debtors and Cummings Properties, LLC Regarding Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Landlord Claims (Entered August 31, 2009; Docket No. 4845)

   (f) [signed] Order Approving Stipulation between the Debtors, the Official Committee of Unsecured Creditors and GVR Back Office 123, LLC (Entered August 31, 2009; Docket No. 4846)

   (g) [signed] Order Approving Stipulation between the Debtors and USAA Stratum Executive Center Joint Venture Regarding Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Landlord Claims (Entered September 11, 2009; Docket No. 4859)

   (h) [signed] Order Approving Stipulation between the Debtors and Carr Office Park, LLC Regarding Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Landlord Claims (Entered September 11, 2009; Docket No. 4863)

(i) [signed] Order Approving Stipulation between the Debtors and Renaissance on Chagrin LLC Regarding Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Landlord Claims (Entered September 25, 2009; Docket No. 4889)

(j) [signed] Order Approving Stipulation between the Debtors and 333 MSA Fremont II, LLC Regarding Third (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Landlord Claims (Entered September 29, 2009; Docket No. 4897)

**Response Deadline:** May 11, 2009 at 4:00 p.m.

**Objections/Responses:** See Exhibit A attached hereto.

**Status:** This matter is resolved or continued to January 28, 2010 at 10:30 a.m. as reflected on Exhibit A attached hereto.

5. Debtors' Fourth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 with respect to certain claims (Filed April 17, 2009, Docket No. 4565)

**Related Documents:**

(a) [signed] Order Granting and Sustaining Debtors' Fourth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered May 19, 2009; Docket No. 4666)

(b) Notice of Withdrawal of Objection to Proof of Claim #1745 of the Tax Collector of Pinellas County, Florida (Filed June 4, 2009; Docket No. 4688)

(c) Notice of Withdrawal of Objection to Proof of Claim #1828 of Joan Anderson (Filed June 4, 2009; Docket No. 4689)

(d) [signed] Order Granting and Sustaining Debtors' Fourth (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 [with respect to Claimant, Janice Cholewa] (Entered September 2, 2009; Docket No. 4850)

(e) [signed] Order Approving Stipulation between the Massachusetts Department of Revenue and the Debtors Resolving the Fourth (Non-Substantive), Sixth (Substantive) and Seventh (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007) (Entered September 24, 2009; Docket No. 4888)

(f) [signed] Order Approving Stipulation between Ada County Treasurer and the Debtors with Respect to Order on Debtors' Fourth Omnibus Objection to Claims (Entered October 22, 2009; Docket No. 4927)

**Response Deadline:** May 11, 2009 at 4:00 p.m.

**Objections/Responses:** See Exhibit B attached hereto.

(a) Objection of Moody's Wall Street Analytics, Inc. (Filed September 17, 2009; Docket No. 4876)

**Status:** This matter is resolved, withdrawn or continued to January 28, 2010 at 10:30 a.m. as reflected on Exhibit B attached hereto.

6. Debtors' Fifth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 with respect to certain claims (Filed April 17, 2009, Docket No. 4566)

**Related Documents:**

(a) Notice of Submission of Proofs of Claim (Filed May 4, 2009; Docket No. 4597)

(b) Motion of K S McClelland and Ingela V. Kaersvang to Continue Hearing (Filed May 11, 2009; Docket No. 4642)

(c) [signed] Order Granting and Sustaining Debtors' Fifth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered May 19, 2009; Docket No. 4667)

(d) Notice of Withdrawal of Objection to Proof of Claim #458 of The Exchange, LLC (Filed July 13, 2009; Docket No. 4723)

(e) [signed] Supplemental Order Granting and Sustaining Debtors' Fifth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 [with respect to claimant, Michelle Evans] (Entered September 2, 2009; Docket No. 4847)

**Response Deadline:** May 11, 2009 at 4:00 p.m.

**Objections/Responses:** See Exhibit C attached hereto

**Status:** This matter is resolved or continued to January 28, 2010 at 10:30 a.m. as reflected on Exhibit C attached hereto.

7. Debtors' Sixth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 with respect to certain claims (Filed April 17, 2009, Docket No. 4567)

**Related Documents:**

(a) Notice of Submission of Proofs of Claim (Filed May 4, 2009; Docket No. 4598)

(b) [signed] Order Granting and Sustaining Debtors' Sixth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered May 20, 2009; Docket No. 4672)

(c) Notice of Withdrawal of Objection to Proof of Claim #262 of Travis County Tax Collector (Filed June 4, 2009; Docket No. 4683)

(d) Notice of Withdrawal of Objection to Proof of Claim #1168 of Basepoint Analytics (Filed June 4, 2009; Docket No. 4684)

(e) Notice of Withdrawal of Objection to Proof of Claim #84 of Pima County, Arizona (Filed June 4, 2009; Docket No. 4685)

(f) Notice of Withdrawal of Objection to Proof of Claim #107 of CDW Corporation (Filed June 4, 2009; Docket No. 4687)

(g) Notice of Withdrawal of Objection to Proof of Claim #90 of Seminole County Tax Collector (Filed September 23, 2009; Docket No. 4884)

(h) [signed] order Granting and Sustaining Debtors' Sixth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 with respect to Claimant Donna Jones (Entered September 24, 2009; Docket No. 4887)

(i) [signed] Order Approving Stipulation between the Massachusetts Department of Revenue and the Debtors Resolving the Fourth (Non-Substantive), Sixth (Substantive) and Seventh (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007) (Entered September 24, 2009; Docket No. 4888)

(j) [signed] Order Approving Stipulation between Lender Processing Services, Inc. and the Debtors Resolving the Sixth (Substantive) and Seventh (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007) (Entered November 5, 2009; Docket No. 4959)

**Response Deadline:** May 11, 2009 at 4:00 p.m.

**Objections/Responses:** See Exhibit D attached hereto.

**Status:** This matter will be withdrawn or continued to January 28, 2010 at 10:30 a.m. as reflected on Exhibit D attached hereto.

8. Debtors' Seventh (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Filed April 17, 2009, Docket No. 4568)

**Related Documents:**

(a) Notice of Submission of Proofs of Claim (Filed May 4, 2009; Docket No. 4599)

(b)  [signed] Order Granting and Sustaining Debtors' Seventh (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 (Entered May 20, 2009; Docket No. 4671)

(c)  [signed] Order Approving Stipulation between the IRS and the Debtors with Respect to the IRS' Motion to Reconsider Order Expunging Claims of the Internal Revenue Service with Respect to the Seventh Omnibus Objection to Claims (Entered June 12, 2009; Docket No. 4697)

(d)  Notice of Withdrawal of Objection to Proof of Claim #1204 of Draper & Goldberg, PLLC (Filed July 17, 2009; Docket No. 4727)

(e)  [signed] Order Approving Stipulation Between Ocwen and the Debtors with Respect to Order on Debtors' Seventh Omnibus Objection to Claims (Entered August 5, 2009; Docket No. 4736)

(f)  Notice of Withdrawal of Objection to Proof of Claim #1712 Filed by the Nevada Department of Taxation (Filed August 26, 2009; Docket No. 4833)

(g)  Notice of Withdrawal of Objection to Proof of Claim #400 Filed by Tammi Floyd (Filed September 15, 2009; Docket No. 4869)

(h)  [signed] Order Approving Stipulation Between the Tennessee Department of Revenue and the Debtors with Respect to Order on Debtors' Seventh Omnibus Objection to Claims (Entered September 16, 2009; Docket No. 4872)

(i)  [signed] Supplemental Order Granting and Sustaining Debtors' Seventh Omnibus Objection to Claims with Respect to Proof of claim #395 Filed by Terrie Robbins (Entered September 17, 2009; Docket No. 4878)

(j)  [signed] Order Approving Stipulation between the Massachusetts Department of Revenue and the Debtors Resolving the Fourth (Non-Substantive), Sixth (Substantive) and Seventh (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy rule 3007) (Entered September 24, 2009; Docket No. 4888)

(k)   [signed] Order Approving Stipulation between Lender Processing Services, Inc. and the Debtors Resolving the Sixth (Substantive) and Seventh (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007) (Entered November 5, 2009; Docket No. 4959)

**Response Deadline:** May 11, 2009 at 4:00 p.m. [Continued to December 9, 2009 for GMAC and Ocwen]

**Objections/Responses:** See Exhibit E attached hereto,

**Status:** This matter is resolved or continued to January 28, 2010 at 10:30 a.m. as reflected on Exhibit E attached hereto.

9.  Motion of State of California for Payment of Administrative Expenses/Claims (Filed November 24, 2009, Docket No. 4991)

    **Response Deadline:** December 10, 2009 at 4:00 p.m.

    **Objections/Responses:**

    **Status:** This matter is continued to January 28, 2010 at 10:30 a.m.

**CONTESTED MATTERS:**

10. Debtors' Tenth (Substantive and Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Former Employees (Filed October 16, 2009, Docket No. 4918)

    **Related Documents:**

    (a)   Notice of Submission of Proofs of Claim (Filed October 27, 2009; Docket No. 4940)

    **Response Deadline:** November 9, 2009 at 4:00 p.m.

    **Objections/Responses:** See Exhibit F attached hereto

    **Reply to Objections:**

    (a)   Omnibus Reply to Objections to Debtors' Tenth and Eleventh Omnibus Objections to Claims (Filed November 12, 2009; Docket No. 4968)

    **Status:** The Debtors will submit a Certification of Counsel and revised form of order with respect to those claims for which no response was received by the Debtors This matter will be continued to January 28, 2010 at 10:30 a.m. as reflected on Exhibit F attached hereto.

11. Debtors' Eleventh (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 – Former Employees (Filed October 16, 2009, Docket No. 4919)

   **Related Documents:**

   (a) Notice of Submission of Proofs of Claim (Filed October 27, 2009; Docket No. 4938)

   **Response Deadline:** November 9, 2009 at 4:00 p.m.

   **Objections/Responses:** See Exhibit G attached hereto

   **Reply to Objections:**

   (a) Omnibus Reply to Objections to Debtors' Tenth and Eleventh Omnibus Objections to Claims (Filed November 12, 2009; Docket No. 4968)

   **Status:** The Debtors will submit a Certification of Counsel and revised form of order with respect to those claims for which no response was received by the Debtors. This matter will be continued to January 28, 2010 at 10:30 a.m. as reflected on Exhibit G attached hereto.

   **UNCONTESTED MATTERS (CERTIFICATION OF NO OBJECTION FILED):**

12. Debtors' Motion to Approve Stipulation (1) Providing Edward L. Goldberg Limited Relief from the Automatic Stay to Pursue His State Court Action against Aegis and Recover Solely from Available Insurance Proceeds; and (2) Waiver of Recovery of Goldberg's Claim against the Debtors and Their Estates (Filed November 20, 2009, Docket No. 4989)

   **Related Documents:**

   (a) Certification of No Objection (Filed December 14, 2009; Docket No. 5026)

   **Response Deadline:** December 10, 2009 at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Status:** A Certification of No Objection has been filed with the Court.

Dated: December 14, 2009                PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       joneill@pszjlaw.com
       jfried@pszjlaw.com
       chehn@pszjlaw.com
       tcairns@pszjlaw.com
       kmakowski@pszjlaw.com

Counsel for Debtors and Debtors in Possession

00233-001\DOCS_DE:155454.1

Exhibit A
Responses To Debtors' Third Omnibus Objection To Claims

| Claimant | Response | Status | Contact | Contact |
|---|---|---|---|---|
| 333 MSA Fremont II, LLC | Docket No. 4643 | Resolved. Order entered. | J. Marcus Bornan, Esquire | 415-284-8125 |
| Carr Office Park, LLC1299 | Docket No. 4646 | Resolved. Order entered. | Steven W. Kelly, Esquire Silver & DeBoskey | 303-399-2650 |
| Cummings Properties, LLC | Docket No. 4571 | Resolved. Order entered. | Craig J. Ziady, Esq. | 781-932-7006 |
| EOP Operating Limited Partnership | Informal | Resolved. Order entered. | Shawn B. Rediger, Esquire | 206-628-6611 |
| GIM PA Partners, LP | Informal | Resolved. Order entered. | Zeenat A. Iqbal, Esquire Buchanan Ingersoll & Rooney PC | 412-562-1047 |
| Greenwood Triad, LLC | Docket No. 4644 | Continued to hearing on January 28, 2010 at 10:30 am | Alan D. Sweetbaum, Esquire Fisher, Sweetbaum, Levin & Sands, P.C. Kevin J. Mangan, Esquire Womble Carlyle Sandridge & Rice, PLLC | 303-296-7343 302-661-7729 |
| GVR Back Office 123, LLC | Docket No. 4639 | Resolved. Order entered. | Richard F. Holley, Esquire Ogonna M. Atamoh, Esquire | 702-791-1912 |
| Renaisance on Chagrin LLC | Informal | Resolved. Order entered. | Mark Wachter, Esquire | 216-292-3340 |
| USAA Stratum Executive Center Joint Venture | Informal | Resolved. Order entered. | Steve Peirce, Esquire Fulbright & Jaworski, LLP | 210-270-7205 |

Exhibit B
Responses To Debtors' Fourth Omnibus Objection To Claims

| Claimant | Exhibit | Response | Status | Contact | Contact |
|---|---|---|---|---|---|
| Ada County | D | Docket No. 4612 | Resolved. Order Entered. | Ray Choko | |
| Alief Independent School District | B | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Owen Sonik | osonik@pbfcm.com |
| Janice Cholewa | D | Informal | Resolved. Supplemental order entered. | Janice Cholewa 1341 Baileys | sninovak@sbcglobal.net |
| Joan Anderson | A | Informal | Resolved. The Claims Objection has been withdrawn [Docket No. 4689]. | Joan Anderson 4233 N. 42nd Street Milwaukee, WI 53216-1617 | |
| Keystone Asset Management | D | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Michael G. Menkowitz, Esquire Fox Rothschild LLP | 215-299-2150 |
| Moody's Wall Street Analytics, Inc. | D | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Pam Bosswick, Esquire Satterlee Stephens Burke & Burke LLP | 212-818-9606 |
| Qwest Diagnostics | A | Informal | Resolved. Order entered | Kimberly E.C. Lawson, Esquire Reed Smith LLP | 302-778-7575 |
| | | | | Brett D. Fallon Esquire Morris James LLP | 302-571-1750 |
| Sprint Nextel Corporation and Sprint Solutions, Inc. | D | Docket No. 4636 | Continued to hearing on January 28, 2010 at 10:30 am | David I. Swan, Esquire Kenneth M. Misken, Esquire McGuireWoods LLP | 703-712-5050 |
| State of New Jersey Division of Taxation | A, B, D | Docket No. 4604 | Resolved pending documentation. | Heather Lynn Anderson Deputy Attorney General | 609-292-6266 |
| Tax Collector of Pinellas County, Florida | A, C | Docket No. 4615 | Resolved. The Claims Objection has been withdrawn [Docket No. 4688]. | Sarah Richardson Pinellas County Attorney's Office | 727-464-4147 |
| Texas Workforce Commission | A | Docket No. 4626 | Resolved pending documentation. | Kimberly Walsh, Esquire Assistant Attorney General Bankruptcy & Collections Division | 512-482-8341 |

Exhibit C
Responses To Debtors' Fifth Omnibus Objection To Claims

| Claimant | Claim No. | Exhibit | Response | Status | Contact | Contact |
|---|---|---|---|---|---|---|
| Ashton, Lisa | 750 | B | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Lisa L. Ashton<br>1 Columbia Road<br>Narragansett, RI 02874 | |
| Daniels & Alexander | 1100, 1106 | B | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Yamile C. Castro<br>Kozyak Tropin & Throckmorton, PA | 305-372-3508 |
| KS McClelland and Ingela V. Kaersvang | 1687 | B | Docket No. 4637 | Continued to hearing on January 28, 2010 at 10:30 am | KS McClelland and Ingela V. Kaersvang<br>13250 County Road 99B<br>Woodland, CA 95695 | |
| Madae Alexander<br>Karin R. Diniels<br>Michelle Daniels<br>Debra Daniels | 1100<br>1104<br>1105<br>1106 | B | Docket No. 4645 | Continued to hearing on January 28, 2010 at 10:30 am | William S. Pollak, Esquire<br>William S. Pollak, P.A. | 305-358-5087 |
| Michelle Evans | 902 | B | Informal | Resolved. Order entered. | Julie Farr, Esquire<br>Gilbert & Greif, P.A. | 207-941-9871 |
| | | | | | Bradford J. Sandler<br>Benesch Friedlander Coplan & Aronoff LLP | 302-442-7012 |
| The Exchange, LLC | 458 | A | Docket No. 4628 | Resolved. The Claims Objection has been withdrawn [Docket No. 4723]. | Stephen C. Greenberg, Esquire<br>Eric D. Swartz, Esquire<br>Holtney Zatcoff & Wasserman, LLP | 770-956-1490 |

# Exhibit D
## Responses To Debtors' Sixth Omnibus Objection To Claims

| Claimant | Response | Status | Contact | Contact |
|---|---|---|---|---|
| BasePoint Analytics LLC | Docket No. 4634 | Resolved. The Claims Objection has been withdrawn [Docket No. 4684]. | Scott S. Draeker, Esquire<br>Corporate Counsel<br>BasePoint Analytics LLC | 760-602-4976 |
| CDW Corporation | Docket No. 4587 | Resolved. The Claims Objection has been withdrawn [Docket No. 4687]. | Phyllis A. Hayes<br>Receivable Management Services<br>Agent for CDW Corporation | 410-773-4057 |
| Commissioner of MA Department of Revenue | Docket No. 4602 | Resolved. Order entered. | David T. Mazzuchelli, Esquire<br>Counsel for Commissioner<br>Dept. of Revenue Litigation Bureau | 617-626-3289 |
| CT Department of Revenue Services | Docket No. 4610 | Resolved pending documentation. | Joan E. Pilver, Esquire<br>Asst. Attorney General | 860-808-5383 |
| Federal Housing Administration | Docket No. 4623 | Continued to hearing on January 28, 2010 at 10:30 am | Ellen W. Slights, Esquire<br>Assistant US Attorney | 302-573-6277 |
| | | | Mary A. Schmergel, Esquire<br>US Department of Justice | 202-307-0494 |
| Georgia Department of Revenue | Docket No. 4629 | Resolved pending documentation. | W. Wright Banks, Jr., Esquire<br>Senior Assistant Attorney General | 404-657-3239 |
| Iron Mountain Information Management, Inc. | Docket No. 4618 | Continued to hearing on January 28, 2010 at 10:30 am | Charles J. Brown, III, Esquqire<br>Archer & Greiner | 302-777-4352 |
| | | | Joseph P. Corrigan, Esquire<br>Bartlett Hackett Feinberg P.C. | 617-224-5031 |
| Jones, Donna | Informal | Resolved. Order entered. | Donna Jones<br>45052 Robin Trail<br>St. Amant, LA 70774 | |
| | | | Sheldon K. Renni, Esquire<br>Fox Rothschild LLP | 302-656-8920 |
| Keystone Asset Management, Inc. | Docket No. 4624 | Continued to hearing on January 28, 2010 at 10:30 am | Michael G. Menkowitz, Esquire<br>Fox Rothschild LLP | 215-299-2150 |
| Lender Processing Services, Inc. as Successor-in-Interest to Fidelity National Information Services, Inc. | Docket No. 4635 | Resolved. Order entered. | Kathleen M. Miller, Esquire<br>Smith Katzenstein & Furlow LLP | 302-652-8405 |
| | | | Donald A. Workman, Esquire<br>Baker & Hostetler LLP | 202-861-1783 |
| Pima County | Docket No. 458 | Resolved. The Claims Objection has been withdrawn [Docket No. 4685]. | German Usufov, Esquire<br>Deputy County Attorney | 520-620-6556 |
| Qwest Communications Corporation | Informal | Resolved. Order entered. | Kimberly E.C. Lawson, Esquire<br>Reed Smith LLP | 302-778-7575 |

Exhibit D
Responses To Debtors' Sixth Omnibus Objection To Claims

| Claimant | Response | Status | Contact | Contact |
|---|---|---|---|---|
| Sprint Nextel Corporation and Sprint Solutions, Inc. | Docket No. 4636 | Continued to hearing on January 28, 2010 at 10:30 am | Brett D. Fallon, Esquire<br>Morris James LLP<br>David I. Swan, Esquire<br>Kenneth M. Misken, Esquire | 302-571-1750<br><br>703-712-5050 |
| State of New Jersey Division of Taxation | Docket No. 4604 | Resolved pending documentation. | Heather Lynn Anderson<br>Deputy Attorney General | 609-292-6266 |
| Tax Collector of Seminole County, Florida | Docket No. 4630 | Resolved. The Claims Objection has been withdrawn [Docket No. 4884]. | Arnold W. Schneider, Esquire<br>Assistant County Attorney | 407-665-7259 |
| Texas Workforce Commission | Docket No. 4626 | Resolved pending documentation. | Kimberly Walsh, Esquire<br>Assistant Attorney General<br>Bankruptcy & Collections Division | 512-482-8341 |
| Travis County Tax Assessor Collector | Docket No. 4631 | Resolved. The Claims Objection has been withdrawn [Docket No. 4683]. | David Escamilla, Esquire<br>County Attorney, Travis County | 512-854-4808 |

Exhibit E
Responses To Debtors' Seventh Omnibus Objection To Claims

| Claimant | Response | Status | Contact | Contact |
|---|---|---|---|---|
| City of Chicago | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Ester Trybane - Tesler, Esq. | 312-744-6798 |
| Clark, Carol & Lucian | Docket No. 4670 | Continued to hearing on January 28, 2010 at 10:30 am | Robert L. O'Brien, Esquire | 603-250-0822 |
| Commisioner of MA Department of Revenue | Docket No. 4601 | Resolved. Order entered. | David T. Mazzuchelli, Esquire Counsel for the Commissioner Department of Revenue Litigation Bureau | 617-626-3289 |
| Commonwealth of Pennsylvania Department of Revenue | Docket No. 4641 | Continued to hearing on January 28, 2010 at 10:30 am | Christopher R. Momjian, Esquire Senior Deputy Attorney General Office of Attorney General | 215-560-2202 |
| CT Department of Revenue Services | Docket No. 4611 | Resolved pending documentation | Joan E. Pilver, Esquire Assistant Attorney General | 860-808-5383 |
| Dan and Anna Greathouse | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Dan and Anna Greathouse 22 Annandale Road Pasadena, CA 91105 | dgreathouse@aol.com |
| Draper & Goldberg, PLLC | Informal | Resolved. The Objection has been withdrawn [Docket No. 4727]. | Adam Hiller, Esquire Draper & Goldberg, PLLC | 302-213-0043 |
| | | | Ellen W. Sights, Esquire Assistant US Attorney | 302-573-6277 |
| Federal Housing Administration | Docket No. 4623 | Continued to hearing on January 28, 2010 at 10:30 am | Mary A. Schmergel, Esquire US Department of Justice | 202-307-0494 |
| Georgia Department of Revenue | Docket No. 4633 | Continued to hearing on January 28, 2010 at 10:30 am | W. Wright Banks, Jr., Esquire Senior Assistant Attorney General | 404-657-3239 |
| GMAC Mortgage Corporation | Informal | Response deadline extended. Continued to the next omnibus hearing date. | Myja Kjaer, Esquire Winston & Strawn LLP | 262-412-0597 |
| Harris County | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Tara L. Grundemeier, Esquire Linebarger Goggan Blair & Sampson, LLP | 713-844-3503 |
| IRS | Docket No. 4638 | Continued to hearing on January 28, 2010 at 10:30 am | Yonatan Gelblum | 202 514 6866 |
| Lender Processing Services, Inc. as Successor-in-Interest to Fidelity National Informaton Services, Inc | Docket No. 4635 | Resolved. Order entered. | Kathleen M. Miller, Esquire Smith Katzenstein & Furlow LLP | 302-652-8405 |
| | | | Donald A. Workman, Esquire Baker & Hostetler LLP | 202-861-1783 |
| LA County Treasurer and Tax Collector | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Emory Elhabibi | 213-687-8822 |
| Nevada Department of Taxation | Docket No. 4647 | Resolved. The Objection has been withdrawn [Docket No. 4833]. | David Wilcox Revenue Officer Nevada Department of Taxation Bankruptcy Section | 702-486-2372 |
| New York State Department of Taxation and Finance | Docket No. 4616 | Continued to hearing on January 28, 2010 at 10:30 am | Elaine Z. Cole, Esquire District Tax Attorney | 585-530-2017 |

Exhibit E
Responses To Debtors' Seventh Omnibus Objection To Claims

| Claimant | Response | Status | Contact | Contact |
|---|---|---|---|---|
| Ocwen Loan Servicing LLC | Informal | Response deadline extended. Continued to the next omnibus hearing date. | J.R. Smith, Esquire<br>Hunton & Williams | 804-343-4706 |
| Ohio Department of Taxation, Ohio Bureau of Compensation | Informal | Resolved pending documentation. | Donn D. Rosenblum, Esquire<br>Assistant Attorney General | 877-591-5768 |
| Phelan Hallinan & Schmieg, LLP | Docket No. 4632 | Continued to hearing on January 28, 2010 at 10:30 am | Phelan Hallinan & Schmieg, LLP<br>Judith T. Romano, Esquire<br>Phelan Hallinan & Schmieg, LLP | 215-563-5534 |
| Reimer, Lorber & Arnovitz | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Kristin K. Going, Esquire<br>Drinker Biddle & Reath LLP | 202-842-8465 |
| State of New Jersey Division of Taxation | Docket No. 4605 | Resolved pending documentation. | Heather Lynn Adnerson<br>Deputy Attorney General; | 609-292-6266 |
| Tammi L Floyd | Informal | Resolved. The Objection has been withdrawn. | Thomas Floyd<br>145 Old Pumphouse Rd.<br>Woodbury, TN 37190 | |
| Tennessee Department of Revenue | Docket No. 4640 | Resolved. Order entered. | Laura L. McCloud, Esquire<br>Assistant Attorney General | 615-741-3334 |
| Terrie Robbins | Docket No. 4648 | Resolved. Order entered. | Terri Robbins<br>7120 Alana Road<br>Jacksonville, FL 32211 | |
| Udren Law Offices PC | Informal | Continued to hearing on January 28, 2010 at 10:30 am | Lorraine Bazzara Doyle, Esquire | 856-428-9680 |

**EXHIBIT F**

**Responses To Debtors Tenth Claims Objection**

| Claimant Name and Address | Response | Status |
|---|---|---|
| CONLEY, LISA<br>1864 N. BELLROSE DR.<br>BATON ROUGE LA 70815 | Informal | Continued to hearing on January 28, 2010 at 10:30 am |
| EVANS-TULIO, MARANE<br>9418 SHADY LANE COURT<br>HOUSTON, TX 77063 | Docket No. 4973 | Continued to hearing on January 28, 2010 at 10:30 am |
| KEIGLEY, DIANE<br>15915 CHANTILLY AVE<br>BATON ROUGE LA 70819 | Informal | Continued to hearing on January 28, 2010 at 10:30 am |
| MCCORMACK, MARIA CARMINA<br>1025 MONTEREY VISTA WAY<br>ENCINITAS, CA 92024 | Informal | Continued to hearing on January 28, 2010 at 10:30 am |
| NOONAN-FRANK, JEANINE A.<br>4823 GRADUATES LN<br>SACRAMENTO CA 95841 | Informal | Continued to hearing on January 28, 2010 at 10:30 am |
| OWEN - RYLAND, KARYN<br>8035 ISLAND ROAD<br>VENTRESS, LA 70783 | Docket No. 4966 | Continued to hearing on January 28, 2010 at 10:30 am |
| SURRATT, JUAN<br>14323 MIRKWOOD LANE<br>HOUSTON, TX 77014 | Docket No. 4965 | Continued to hearing on January 28, 2010 at 10:30 am |

00001-001\DOCS_DE:154733v2

# EXHIBIT G
## Responses To Debtors Eleventh Claims Objection

| Claimant | Response | Status |
|---|---|---|
| BARBER, STEPHEN JOHN<br>22727 BIRCH POINT DR.<br>KATY TX 77450 | Docket No. 4964 | Continued to the next omnibus hearing date. |
| CASTELLUCCIO, PETER P. JR.<br>17637 LAKE AZALEA DR<br>BATON ROUGE LA 70817 | Informal | Continued to the next omnibus hearing date. |
| CHOLEWA, JANICE<br>1341 BAILEYS CROSSING<br>LEMONT IL 60439 | Informal | Continued to the next omnibus hearing date. |
| DAVILA, PAULINE<br>2529 WILSON STREET<br>CARLSBAD, CA 92008 | Informal | Continued to hearing on January 28, 2010 at 10:30 am |
| DEMPSEY, BRENDA<br>17763 SHADY CREEK AVENUE<br>BATON ROUGE LA 70816 | Docket No. 4963 | Continued to hearing on January 28, 2010 at 10:30 am |
| HAMMER-KROK, KIMBERLY<br>4508 LANGTRY LANE<br>HOUSTON TX 77041 | Docket No. 4962 | Continued to hearing on January 28, 2010 at 10:30 am |
| HARDY, DAVID<br>207 DETERING STREET<br>HOUSTON, TX 77007 | Informal | Continued to hearing on January 28, 2010 at 10:30 am |
| MURAS, JOSEPH C.<br>1247 MELFORD DR<br>HOUSTON TX 77077 | Informal | Continued to hearing on January 28, 2010 at 10:30 am |
| REILLY, COLLEEN SUSAN<br>722 WAX MYRTLE<br>HOUSTON TX 77079 | Informal | Continued to hearing on January 28, 2010 at 10:30 am |
| RIBBLE, ROZANNE<br>15735 BOULDER OAKS<br>HOUSTON TX 77084 | Docket No. 4958 | Continued to hearing on January 28, 2010 at 10:30 am |
| RISHO, WILLIAM<br>130 MOUNT PLEASANT AVE.<br>PROVIDENCE, RI 02908 | Informal | Continued to hearing on January 28, 2010 at 10:30 am |

00001-001\DOCS_DE:154733v2