UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) CHAPTER 11 |
| | ) Case No.: 07-1119 (BLS) |
| Debtors | ) (Jointly Administered) |
| | ) |
| Concerning: | ) 16 November, 2009 |
| DEBTORS' FIFTH OMNIBUS OBJECTION | ) 10:30 a.m. |
| Docket No. 4637, Claim No. 1687 by | ) Courtroom 1, 6th Floor |
| K S Mc Clelland, and | ) 824 N. Market St. |
| Ingela V. Kaersvang | ) Wilmington, DE 19801 |

## DEPOSITION and DECLARATION OF K S Mc CLELLAND
## IN SUPPORT OF CONTINUANCE AND OF THE ORDER OF THE COURT

It is my testimony before this Court by ay of this Deposition, and would be my testimony if I were to appear before this court, that:

1. My name is K S Mc CLelland, I am a adult man over the age of 21.
2. My contact information is provided after my signature on this document.
3. I am a Claimant in this matter.
4. On June 15th, 2009, Claimant Ingela V. Kaersvang and I made a telephonic appearance before this Court in this matter. The matter was continued by way of Debtors' submitted agenda, until the 15th of July, 2009. We had not been notified of the agenda change or continuance. The Court had me give our phone number to the Debtor's attorney and ordered the Debtors' attorney to call us, to discuss the status of the case (our claim) and to keep us informed. Debtors' attorney did not call us, did not return our phone calls, and has not kept us informed as to the status of the case nor provided us with timely Notice of Agenda for any hearing. In fact 3 times the Debtors' attorney has told me that I had been served and informed by fax. Only one problem with that, Your Honor---I don't have a fax.
5. On the 5th of November, 2009, I was speaking to the Debtors' attorney, on speaker phone and both myself and Ingela V. Kaersvang heard the Debtors' attorney agree to continue this matter until the 15th of January 2010 **or a later date set by the court** and that the stay would remain in effect in this matter and for the subject contract/loan and for our (Claimants') real property.
6. On the 6th of November I agreed, in writing, to continue this matter until the 15th of January 2010, or until a later date set by the court, by signing a Stipulation And Order Of The Court (a copy is attached to this Deposition that is a true and accurate copy of the Stipulation and Order of The Court, but without the original signatures). Claimant Ingela V. Kaersvang also signed the Stipulation and Order of The Court, in my presence. The original signed copy was Delivered, by me, to Yvonne Getney for service by mail to the Debtors' attorney. (See Attached Proof of Service.)
7. On the 6th of January, 2009, I wrote and signed a letter to Debtors' Attorney, that was read and approved by Claimant Ingela V. Karesvang. The letter requested the Debtor's assistance in

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Aegis Mortgage Corporation (983); Aegis Wholesale Corporation(9888); Aegis Lending Corporation(9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solution Settlement Services of America Corporation (6879); Solution Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste 1, Houston, TX 77082.

expediting the submission of the Stipulation and Order of The Court. The copy of that letter is a true and accurate copy, but without the signature that was on the original. The original o f that letter was given to Yvonne Getney for service to Debtors' Attorney. (See Proof of Service)

8. On the 12th of November Debtors' Attorney confirmed speaker phone that the Stipulation and Order of the Court had been received and that the Continuance was agreed to and the Stay was, and would remain, in effect including for the Contract/Loan and the Claimant's real property. This was witnessed by Ingela V. Kaeravang.
9. No written confirmation, signed copy of the Stipulation and Order of the Court, nor Notice of Agenda have been received from the Debtors by either myself or Ingela V. Kaersvang even though I have made repeated phone calls, some of which have been witnessed by Ingela V. Kaersvang, to Debtors' attorney's office and direct line phone numbers.
10. I have phoned the Court Clerks and was told this matter was set for the December 16th, 2009, at 10:30 a.m. When I later called to confirm that, I was told that neither I, nor my claim, could be located in the record after the September 15th, 2009. I do not have electron access to documents for review or filing.
11. In order to protect my interest in this case, I am informing the Court – by the information in this packet- of the stipulation and the agreed upon continuance of this matter until January 2010, **or a later date set by the Court,** and of the confirmed (by Debtors' attorney) existence and continuance of the stay in this matter including for the Subject Contract/Loan and the real property of the Claimants' Ingela V. Kaersvang and myself (K S Mc Clelland).
12. Given the Debtors' attorney's failure to: A. Respond to my phone calls; B. Provide any information or documentation; C. Provide a Notice of Agenda; and D. Submit an agreed upon Stipulation and Order of the Court to the Court, I request the continuance be until June 2010 to permit formal discovery and negotiations in this matter, and to permit the Court to be fully informed about the status of the case at that date, then the matter can be scheduled for hearing –if it has not been resolved by the Parties before then.
13. Because the Debtors' attorney did not confirm, in writing, the continuation date and the continuation of the stay including, together or separately, for Subject Contract/Loan (recorded as: Aegis Lending Corporation loan number 010105534292; and also serviced as, Aegis Mortgage Corporation account number 400092433) and the real property of the Claimants, K S Mc Clelland and Ingela V. Kaersvang, (Real property is known as 13226-50 County Road 99B, Woodland, CA 95695, Yolo County Assessor's Parcel Number: 027-200-11, and described and recorded in Yolo County, California, County Recorder's Office as Lot 5, Marston's Subdivision, filed January 11, 1895, in book 1 of Maps and Surveys, page 75, Yolo County Records and the Claimants' real property), and because the Debtors did not mention of the continuation of the stay for the Subject Contract/Loan and the Claimants real property in the Notice of Agenda, or even provide the Claimants with a Notice of Agenda (or return Claimant's phone calls requesting a copy of the Notice of Agenda, and of the signed stipulation) I, and Ingela V. Klaersvang, are sending this packet[2] to the Court and the Debtors' attorney by U. S. Postal Service Next Day Express service by the U.S. Postal Service.

---

[2] This packet contains: 1. Notice to the Court; 2. ORDER OF THE COURT (One page); 2. Deposition and Declaration of K S Mc Clelland in Support of Continuance and of The Order Of The Court (Two pages); 3. Deposition and Declaration of Ingela V. Kaersvang in Support of Continuance and of The Order Of The Court (Two pages); 4. Copy of Letter to Debtors' Attorney (One page); 5. Copy of Stipulation and Order of the Court given to Debtors' Attorney (Two pages); 6. Proof of Service for Letter and Stipulation and Order of the Court to Debtors' Attorney and Stipulation and Order of the Court (One page); and 7. Proof of service for this packet to Court and Debtors' attorney (One page).

14. This Deposition and Declaration in made and signed under penalty of perjury of the perjury laws of the United States of America and is true and accurate to the best of my abilities, Signed on this the 14th of December, 2009 by

*K S McClelland*

K S Mc Clelland, Claimant, Pro Per
P. O. Box 484, Yolo, CA 95697;
(530) 666-7244

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) Case No. 07-11119 (BLS) |
| | ) (Jointly Administered) |
| Debtors | ) |
| | ) |
| Concerning: | ) 16 December, 2009 |
| DEBTORS' FIFTH OMNIBUS OBJECTION | ) 10:30 a.m. |
| Docket No. 4637, Claim No. 1687 by | ) Courtroom 1, 6th Floor |
| K S Mc Clelland, and | ) 824 N. Market St. |
| Ingela V. Kaersvang | ) Wilmington, DE 19801 |

### DEPOSITION and DECLARATION OF INGELA V. KAERSVANG
### IN SUPPORT OF CONTINUANCE AND OF THE ORDER OF THE COURT

It is my testimony before this Court by way of this Deposition, and would be my testimony if I were to appear before this court, that:

1. My name is Ingela V. Kaersvang, an adult woman over the age of 21.
2. My contact information is provided after my signature on this document.
3. I am a Claimant in this matter.
4. On June 15th, 2009, I made a telephonic appearance before this Court in this matter. The matter was continued by way of Debtors' submitted agenda, until the 15th of July, 2009. I had not been notified of the agenda change or continuance. The Court had Claimant K S Mc Clelland give our phone number to the Debtors' attorney and ordered the Debtors' attorney to call us, to discuss the status of the claim and to keep us informed. Debtors' attorney did not call me, did not return our phone calls, that I was present for – when they were made, and has not kept us informed as to the status of the case nor provided us with timely Notice of Agenda for any hearing. In fact 3 times the Debtors' attorney has told Mc Clelland and me that service had been made by fax. That was not only a lie, it is not a possibility. We, neither Mc Clelland nor I, have a fax.
5. On the 5th of November, 2009, I was present when K S Mc Clelland was speaking to the Debtors' attorney on speaker phone and heard both K S Mc Clelland and the Debtor's attorney agree to continue this matter until the 15th of January 2010 or a later date set by the court and that the stay would remain in effect in this matter and for the subject contract and for our (Claimants') real property.
6. On the 6th of November I agreed, in writing, to continue this matter until the 15th of January 2010, or until a later date set by the court, by signing a Stipulation And Order Of The Court (a copy is attached to this Deposition that is a true and accurate copy of the Stipulation and Order of The court, but without the original signatures). The original signed copy was given to K S Mc Clelland for delivery to a nonparty for service by mail to the Debtors' attorney.

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Aegis Mortgage Corporation (983); Aegis Wholesale Corporation(9888); Aegis Lending Corporation(9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solution Settlement Services of America Corporation (6879); Solution Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste 1, Houston, TX 77082.

7. On the 6th of January, 2009, I read the letter to Debtors' Attorney signed by K S Mc Clelland requesting the Debtor's assistance in expediting the submission of the Stipulation and Order of The Court. The copy of that letter (included in this packet) is a true and accurate copy, but without the signature that was on the original.
8. On the 12th of November 2009, I was present and heard the Debtors' Attorney confirm the arrival if the Stipulation and Order of the Court, that the matter was continued until January 2010, and that the stay was, and would remain, in effect.
9. I have not received any written confirmation of the Stipulation and Order of the Court, nor Notice of Agenda.
10. In order to protect my interest in this case, I am informing the Court – by the information in this packet- of the Stipulation and the agreed upon continuance of this matter until January 2010, **or a later date specified by the Court** and of the confirmed (by Debtors' attorney) existence and continuance of the stay in this matter including for the Subject Contract/Loan (specified in 12. below) and the real property of the Claimants' K S Mc Clelland and myself (specified in 12. below).
11. I would prefer a much later date – 120 to 180 days distant, in order to permit discovery and progress in this case – including negotiations- before a status hearing. That would permit the Court to be fully and accurately informed of the status of the case and of the expected time it would take for preparation and presentation of the case, if discovery and negotiations do not resolve the case. Personally I would prefer a date in June 2010. Claimant Mc Clelland has told me he feels the same way.
12. The Debtors' attorney did not submit the Stipulation and Order of the Court to the Court, and did not confirm, in writing, the continuation date and the continuation of the stay including, together or separately, for Subject Contract/Loan (recorded as: Aegis Lending Corporation loan number 010105534292; and also serviced as, Aegis Mortgage Corporation account number 400092433) and, the real property of the Claimants, K S Mc Clelland and Ingela V. Kaersvang, (Real property is known as 13226-50 County Road 99B, Woodland, CA 95695, Yolo County Assessor's Parcel Number: 027-200-11, and described and recorded in Yolo County, California, County Recorder's Office as Lot 5, Marston's Subdivision, filed January 11, 1895, in book 1 of Maps and Surveys, page 75, Yolo County Records), and because the Debtors did not mention of the continuation of the stay for the Subject Contract/Loan and the Claimants real property the Notice of Agenda, or even provide the Claimants with a Notice of Agenda (or return Claimant's phone calls requesting a copy of the Notice of Agenda, and of the signed stipulation) the Claimants, K S Mc Clelland and myslef (Ingela V. Klaersvang) are sending this packet[2] to the Court and the Debtors' attorney by U. S. Postal Service Next Day Express.
13. The Debtors' attorney has not returned our (Claimants') phone calls. Claimant has not provided me (or Mc Clelland – according to him) with a Notice of Agenda. Debtors Attorney has not provided requested information and documents – so formal discovery is the only means available, and that takes time, especially in a large complicated case.

---

[2] This packet contains: 1. Notice to the Court; 2. ORDER OF THE COURT (One page); 2. Deposition and Declaration of K S Mc Clelland in Support of Continuance and of The Order Of The Court (Two pages); 3. Deposition and Declaration of Ingela V. Kaersvang in Support of Continuance and of The Order Of The Court (Two pages); 4. Copy of Letter to Debtors' Attorney (One page); 5. Copy of Stipulation and Order of the Court given to Debtors' Attorney (Two pages); 6. Proof of Service for Letter and Stipulation and Order of the Court to Debtors' Attorney and Stipulation and Order of the Court (One page); and 7. Proof of service for this packet to Court and Debtors' attorney (One page).

14. This Deposition and Declaration in made and signed under penalty of perjury of the perjury laws of the United States of America and is true and accurate to the best of my abilities, Signed on this the 14th of December, 2009 by

*[signature]*
Ingela V. Kaevang, Claimant, ProPer
13250 County Road 99B,
Woodland, CA 95695;
(530) 666-7244