UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) CHAPTER 11 |
| | ) Case No.: 07-11119 (BLS) |
| Debtors | ) (Jointly Administered) |
| | ) |
| Concerning: | ) 16 December, 2009 |
| DEBTORS' FIFTH OMNIBUS OBJECTION | ) 10:30 a.m. |
| Docket No. 4637, Claim No. 1687 by | ) Courtroom 1, 6th Floor |
| K S Mc Clelland, and | ) Wilmington, DE 19801 |
| Ingela V. Kaersvang | ) (302) 252-2900 |

**NOTICE TO THE COURT**

This below listed documents were submitted to the Court in hard-copy non-electronic form because the Claimants in this matter are Pro Per and do not have the capability of submitting documents electronically to the Court.

The Debtors' Attorney did not submit the signed Stipulation and Order of the Court to the Court, nor has Debtor's attorney returned Claimants' repeated phone calls, or provided a Notice of Agenda. While this may have been an oversight on her part because of the size of the case (the number of Debtors and the number of claims), that doesn't excuse the conduct. Since Claimants are not able to trust the word or actions Debtors' attorney, the Claimants must rely upon the Court. Please use the Supporting Depositions and grant the continuance and maintain/continue the stay in effect. For the Court's convenience, the Depositions supporting the enclosed ORDER OF THE COURT, as well as a copy of the Stipulation that was agreed to and acknowledged by Debtor's Attorney, and Claimant Mc Clelland's letter to Debtor's attorney to are included in this packet. This Packet contains 13 pages:

1. Notice to the Court (One page).
2. ORDER OF THE COURT (One page).
3. Deposition and Declaration of K S Mc Clelland in Support of Continuance and of The Order Of The Court (Three pages [Two pages + 3 lines and signature]).
4. Deposition and Declaration of Ingela V. Kaersvang in Support of Continuance and of The Order Of The Court (Three pages [Two pages + 3 lines and signature]).
5. Copy of Letter to Debtors' Attorney (One page).
6. Copy of Stipulation and Order of the Court given to Debtors' Attorney (Two pages).
7. Proof of Service for Letter and Stipulation and Order of the Court to Debtors' Attorney and Stipulation and Order of the Court (One page).
8. Proof of service for this packet to Court and Debtors' attorney (One page).

Signed & Respectfully Submitted 14 Dec. 09, by _____ and _____

K S Mc Clelland             Ingela V. Kaesvang
Claimant, Pro Per          Claimant, Pro Per
P.O. Box 484, Yolo, CA 95697
(530) 666-7244

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Aegis Mortgage Corporation (983); Aegis Wholesale Corporation(9888); Aegis Lending Corporation(9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solution Settlement Services of America Corporation (6879); Solution Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste 1, Houston, TX 77082.