# PROOF OF SERVCE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

I am an adult over the age of 18.

On the 14th of December, 2009, I served the below listed documents in U.S. Bankruptcy Case # 07-11119 (BLS) described as:

1. **NOTICE TO THE COURT** (One Page)
2. **ORDER OF THE COURT** (One Page)
3. Disposition and Declaration of K S Mc Clelland in Support of Continuance and of The Order Of The Court (Three Pages);
4. Disposition and Declaration of Ingela V. Kaersvang in Support of Continuance and of The Order Of The Court (Three pages);
5. Copy of Letter to Debtors' Attorney (One page);
6. Copy of Stipulation and Order Of The Court (Two pages);
7. Proof Of Service for Letter to Debtors' Attorney and Stipulation and Order of the Court (One page);
8. Notice of Agenda for 16 December, 2009
9. Proof Of Service for this packet (all above documents) to the Court and Debtors' Attorney (One page).

TO: United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801-4908

And

TO: Kathleen P. Makowski
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

FROM: K S Mc Clelland and Ingela V. Karesvang, P. O. Box 484, Yolo, CA 95697,

BY placing said documents in postage paid Express Mail envelopes addressed as given above and depositing the sealed envelopes in West Sacramento Post Office.

The above information is true and accurate to the best of my ability and this Proof of Service is signed under penalty of perjury of the perjury laws of the United States of America on this the 14th of December, 2009, by (Signature) _____

Printed Name and address:

Michael L. Kendrick
6A Alder C.
Woodland, Ca. 95695