# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 1 – Priority (Non-Tax) Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5364]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE _____ , 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.        Acceptance or Rejection of the Plan

The undersigned certifies that as of [_____, 2010] (the "Record Date"), the undersigned was the Holder of A Class 1 Priority (Non-Tax) Claim in the aggregate outstanding amount of $_____:

**Check one box**

❑   Accepts the Plan

❑   Rejects the Plan

**NOTE:  The Holder of the Class 1 Claim must vote all of its Class 1 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 2.        Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)      such Person or Entity is the Holder of the aggregate face amount of the Class 1 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)      such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)      such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 1 Claims;

(iv)      no other Ballots with respect to the Class 1 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 1 Claims, such earlier Ballots are hereby revoked;

(v)       (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)      all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

# CLASS 1 BALLOT – Priority (Non-Tax) Claims

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. ( ) _____ - _____          DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY [_____]

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 2 – Secured Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5364]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE _____, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.     Acceptance or Rejection of the Plan

The undersigned certifies that as of [_____, 2010] (the "Record Date"), the undersigned was the Holder of a Class 2 Secured Claim in the aggregate outstanding amount of $_____:

**Check one box**

❑     Accepts the Plan

❑     Rejects the Plan

**NOTE:  The Holder of the Class 2 Claim must vote <u>all</u> of its Class 2 Claim <u>either</u> to accept or reject the Plan, and may <u>not</u> split such vote.**

## Item 2.     Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)     such Person or Entity is the Holder of the aggregate face amount of the Class 2 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)     such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)     such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 2 Claims;

(iv)     no other Ballots with respect to the Class 2 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 2 Claims, such earlier Ballots are hereby revoked;

(v)     (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)     all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. (    ) _____ - _____ DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY [_____]

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5014**
**New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 3 – Convenience Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5364]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE _____, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.     Acceptance or Rejection of the Plan

The undersigned certifies that as of [_____, 2010] (the "Record Date"), the undersigned was the Holder of a Class 3 Convenience Claim in the aggregate outstanding amount of $_____:

**Check one box**

❑     Accepts the Plan

❑     Rejects the Plan

**NOTE: The Holder of the Class 3 Claim must vote all of its Class 3 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 2.     Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)     such Person or Entity is the Holder of the aggregate face amount of the Class 3 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)     such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is

(iii)     such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 3 Claims;

(iv)     no other Ballots with respect to the Class 3 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 3 Claims, such earlier Ballots are hereby revoked;

(v)     (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)     all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
                                    (If appropriate)

TITLE: _____
                                    (If appropriate)

ADDRESS: _____

_____

TEL. NO. (        ) _____ - _____                DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY [_____]

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 4 BALLOT – Consolidated Debtors Unsecured Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for (a) submitting a vote to accept or reject the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5364]* (the "Plan") and (b) electing treatment as a Class 3 Convenience Claim. All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE _____, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.        Acceptance or Rejection of the Plan

The undersigned certifies that as of [_____, 2010] (the "Record Date"), the undersigned was the Holder of a Class 4 Consolidated Debtors Unsecured Claim in the aggregate outstanding amount of $_____:

**Check one box**

❑        Accepts the Plan

❑        Rejects the Plan

**NOTE:  The Holder of the Class 4 Claim must vote all of its Class 4 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 2.        Election for Treatment as Class 3 Convenience Claim

Each Holder of an Allowed Convenience Claim shall receive, in exchange for and in full satisfaction of such Claim, a Cash payment from the Plan Proceeds equal to 20% of the amount of such Claim.  Any Holder of a Claim that would otherwise have been classified in Class 4, but for the timely election on the Ballot by the Holder to reduce the aggregate of all its Claims to a single Claim of $25,000 or less and participate solely in Class 3, shall be deemed to have waived any right to participate in Class 4 as to any and all Claims held by such Holder and shall receive no distribution under Class 4.

**Check box if Electing Treatment as Class 3 Convenience Claim Under Plan**

❑        Elects Treatment as a Class 3 Convenience Claim

## Item 3.        Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)        such Person or Entity is the Holder of the aggregate face amount of the Class 4 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)        such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)        such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 4 Claims;

(iv)        no other Ballots with respect to the Class 4 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 4 Claims, such earlier Ballots are hereby revoked;

(v)        (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

      (vi)    all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

      If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
                                  (If appropriate)

TITLE: _____
                                  (If appropriate)

ADDRESS: _____

_____

TEL. NO. (    ) _____ - _____       DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY [_____]

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5014**
**New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 5 BALLOT – Consolidated Debtors EPD/Breach Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5364]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE _____, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.        Acceptance or Rejection of the Plan

The undersigned certifies that as of [_____, 2010] (the "Record Date"), the undersigned was the Holder of a Class 5 Consolidated Debtors EPD/Breach Claims in the aggregate outstanding amount of $_____:

**Check one box**

❑        Accepts the Plan

❑        Rejects the Plan

**NOTE:  The Holder of the Class 5 Claim must vote all of its Class 5 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 2.        Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)        such Person or Entity is the Holder of the aggregate face amount of the Class 5 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)        such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)        such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 5 Claims;

(iv)        no other Ballots with respect to the Class 7 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 5 Claims, such earlier Ballots are hereby revoked;

(v)        (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)        all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. ( ) _____ - _____          DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY [_____]

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

### CLASS 7 BALLOT – Aegis REIT Unsecured Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5364]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE _____, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.    Acceptance or Rejection of the Plan

The undersigned certifies that as of [_____, 2010] (the "Record Date"), the undersigned was the Holder of a Class 7 Aegis REIT Unsecured Claim in the aggregate outstanding amount of $_____:

**Check one box**

    ❑    Accepts the Plan

    ❑    Rejects the Plan

**NOTE:  The Holder of the Class 7 Claim must vote <u>all</u> of its Class 7 Claim <u>either</u> to accept or reject the Plan, and may <u>not</u> split such vote.**

## Item 2.    Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)    such Person or Entity is the Holder of the aggregate face amount of the Class 7 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)    such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)    such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 7 Claims;

(iv)    no other Ballots with respect to the Class 7 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 7 Claims, such earlier Ballots are hereby revoked;

(v)     (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)    all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

**CLASS 7 BALLOT – Aegis REIT Unsecured Claims**

       If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
                                (If appropriate)

TITLE: _____
                                (If appropriate)

ADDRESS: _____

_____

TEL. NO. (    ) _____ - _____        DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY [_____]

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 8 BALLOT – Aegis REIT EPD/Breach Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5364]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE _____, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.    Acceptance or Rejection of the Plan

The undersigned certifies that as of [_____, 2010] (the "Record Date"), the undersigned was the Holder of a Class 8 Aegis REIT EPD/Breach Claim in the aggregate outstanding amount of $_____:

**Check one box**

❑    Accepts the Plan

❑    Rejects the Plan

**NOTE: The Holder of the Class 8 Claim must vote all of its Class 8 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 3.    Certification of Delivery of Documents

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)    such Person or Entity is the Holder of the aggregate face amount of the Class 8 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)    such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)    such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 8 Claims;

(iv)    no other Ballots with respect to the Class 8 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 8 Claims, such earlier Ballots are hereby revoked;

(v)     (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)    all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. (    ) _____ - _____          DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY [_____]

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5014**
**New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 11 BALLOT – Aegis REIT Preferred Stock Equity Interests

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5364]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE _____, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.      Acceptance or Rejection of the Plan

The undersigned certifies that as of [_____, 2010] (the "Record Date"), the undersigned was the Holder of a Class 11 Aegis REIT Preferred Stock Equity Interest Claims in the aggregate outstanding amount of $_____:

**Check one box**

❑      Accepts the Plan

❑      Rejects the Plan

**NOTE: The Holder of the Class 11 Claim must vote all of its Class 11 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 2.      Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)      such Person or Entity is the Holder of the aggregate face amount of the Class 11 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)      such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)      such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 11 Claims;

(iv)      no other Ballots with respect to the Class 11 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 11 Claims, such earlier Ballots are hereby revoked;

(v)      (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)      all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

**CLASS 11 BALLOT – Aegis REIT Preferred Stock Equity Interests**

        If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
                                         (If appropriate)

TITLE: _____
                                         (If appropriate)

ADDRESS: _____

          _____

TEL. NO. (    ) _____ - _____         DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY [_____]

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

# EXHIBIT B

# INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting votes to accept or reject the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5364]* dated July 12, 2010 (the "Plan") (a copy of which is contained herewith). Please review the Disclosure Statement and the Plan carefully before you complete the Ballot.

The Plan can be confirmed by the Bankruptcy Court, and therefore made binding on you, if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. The Debtors reserve the right, pursuant to the terms and conditions set forth in the Plan, to seek Confirmation of the Plan pursuant to section 1129(b) of the Bankruptcy Code. Please review the Disclosure Statement for more information.

The Ballot is not a letter of transmittal and may not be used for any purpose other than (i) to cast votes to accept or reject the Plan; and (ii) for the Holders of Class 4 Claims, to elect treatment as a Holder of Class 3 convenience claim Claimant pursuant to the Plan.

To ensure that your vote is counted, you must (i) complete the Ballot, (ii) indicate your decision either to accept or reject the Plan in the boxes provided in Item 1 of the Ballot, (iii) for Class 4 Claim Holder, indicate your decision to elect treatment as a Class 3 convenience claim Claimant under the Plan, if desired, in the box provided in Item 2 of the Ballot for Class 4 Holders, and (iv) sign and timely return the Ballot in the enclosed envelope. Your Ballot must be received by Epiq Bankruptcy Solutions, LLC (the "Notice and Balloting Agent") by no later than 7:00 p.m., prevailing eastern time, on _____, 2010 (the "Voting Deadline"), at the following address, unless the Bankruptcy Court or the Debtors extend the period during which Ballots will be accepted by the Debtors, in which case the term "Voting Deadline" for such solicitation shall mean the last time and date to which such solicitation is extended:

**If by first class mail:**

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5014**
**New York, NY 10150-5014**

**If by overnight courier or hand delivery:**

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

Except to the extent the Debtors otherwise determine, or as permitted by the Court, Ballots received after the Voting Deadline will not be accepted or counted by the Debtors in connection with the confirmation of the Plan;

Creditors shall not split their vote within a claim; thus, each creditor shall be deemed to have voted the full amount of its claim either to accept or reject the Plan;

Any Ballot which is executed by the holder of an allowed claim but which does not indicate an acceptance or rejection or which indicates both an acceptance and rejection of the Plan shall not be counted;

Votes cast pursuant to a Ballot that is not signed shall not be counted, unless the Court orders otherwise;

Creditors holding claims in more than one Class under the Plan may receive more than one Ballot coded for each different Class;

The method of delivery of Ballots to be sent to the Claims Agent is at the election and risk of each holder of a claim, but, except as otherwise provided in the Disclosure Statement, such delivery will be deemed made only when the original, executed Ballot is actually received by the Claims Agent;

Delivery of the original, executed Ballot to the Claims Agent on or before the Voting Deadline is required. Delivery of a Ballot by facsimile, email or any other electronic means will not be accepted;

No Ballot sent to the Debtors, any indenture trustee or agent, or the Debtors' financial or legal advisors shall be accepted or counted;

The Debtors expressly reserve the right to amend at any time and from time to time the terms of the Plan (subject to compliance with section 1127 of the Bankruptcy Code and the terms of the Plan regarding modification). If the Debtors make material changes in the terms of the Plan the Debtors will disseminate additional solicitation materials and will extend the solicitation, in each case to the extent directed by the Court;

If multiple Ballots are received from or on behalf of an individual holder of a claim with respect to the same claims prior to the Voting Deadline, the last Ballot timely received will be deemed to reflect the voter's intent and to supersede and revoke any prior Ballot;

If a Ballot is signed by a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation, or other person acting in a fiduciary or representative capacity, such person indicate such capacity when signing and, if requested by the Debtors, must submit proper evidence satisfactory to the Debtors to so act in such capacity;

The Debtors, in their sole discretion, subject to contrary order of the Court, may waive any defect in any Ballot at any time, either before or after the close of voting, and without notice. Except as otherwise provided herein, the Debtors may, in their sole discretion, reject such defective Ballot as invalid and, therefore, not count it in connection with confirmation of the Plan;

Unless otherwise ordered by the Court, all questions as to the validity, eligibility (including time of receipt) and revocation or withdrawal of Ballots will be determined by the Debtors, in their sole discretion, which determination shall be final and binding;

If a designation is requested under section 1126(e) of the Bankruptcy Code, any vote to accept or reject the Plan cast with respect to such claim or interest will not be counted for purposes of determining whether the Plan has been accepted or rejected, unless the Court orders otherwise;

Any holder of impaired claims who has delivered a valid Ballot voting on the Plan may withdraw such vote solely in accordance with Bankruptcy Rule 3018(a);

The Debtors' interpretation of the terms and conditions of the Plan and Disclosure Statement shall be final and binding on all parties, unless otherwise directed by the Court;

Subject to any contrary order of the Court, the Debtors reserve the absolute right to reject any and all Ballots not proper in form, the acceptance of which would, in the opinion of the Debtors or their counsel, not be in accordance with the provisions of the Bankruptcy Code;

The Debtors further reserve the right to waive any defects or irregularities or conditions of delivery as to any particular Ballot, unless otherwise directed by the Court;

Unless waived or as otherwise ordered by the Court, any defects or irregularities in connection with deliveries of Ballots must be cured by the Voting Deadline, and unless otherwise ordered by the Court, delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived. Ballots previously furnished (and as to which any irregularities have not been cured or waived by the Voting Deadline) will not be counted;

Neither the Debtors, nor any other person or entity, will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots, nor will any of them incur any liability for failure to provide such notification;

No fees or commissions or other remuneration will be payable to any broker, dealer or other person for soliciting Ballots to accept the Plan;

The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan; and

The Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a claim.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR THE OTHER ENCLOSED MATERIALS, PLEASE CALL THE NOTICE AND BALLOTING AGENT AT 646-282-2400 OR THROUGH THEIR WEB SITE AT http://chapter11.epiqsystems.com/Aegis.

THE METHOD OF DELIVERY OF A BALLOT TO THE NOTICE AND BALLOTING AGENT IS AT THE ELECTION AND RISK OF EACH ENTITY. EXCEPT AS OTHERWISE PROVIDED HEREIN, SUCH DELIVERY WILL BE DEEMED MADE ONLY WHEN THE ORIGINAL EXECUTED BALLOT IS ACTUALLY RECEIVED BY THE NOTICE AND BALLOTING AGENT. INSTEAD OF EFFECTING DELIVERY BY MAIL, IT IS RECOMMENDED, THOUGH NOT REQUIRED, THAT SUCH ENTITIES USE AN OVERNIGHT OR HAND DELIVERY SERVICE. IN ALL CASES, SUFFICIENT TIME SHOULD BE ALLOWED TO ASSURE TIMELY DELIVERY. DELIVERY OF A BALLOT BY FACSIMILE, E-MAIL OR ANY OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. NO BALLOT SHOULD BE SENT TO THE DEBTORS OR THE DEBTOR'S FINANCIAL OR LEGAL ADVISORS.

## PLEASE MAIL/DELIVER YOUR BALLOT PROMPTLY!

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AEGIS MORTGAGE CORPORATION, *et al.*[1] | ) Case No. 07-11119 (BLS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. [Insert]** |

## EPD/BREACH CLAIM QUESTIONNAIRE

**NOTE:** The purpose of this questionnaire is to gather information sufficient to estimate EPD/Breach Claims for voting purposes.[2] The definition of an EPD/Breach Claim is set forth in the Plan. The Plan provides that the Holders of EPD/Breach Claims (Submitted) (*i.e.*, those Holders of EPD/Breach Claims that do not affirmatively elect to opt out from the application of the EPD/Breach Claim Protocol to the allowance of their claims), will also be required to complete an "EPD/Breach Claim Questionnaire" in order to implement the EPD/Breach Claim Protocol for distribution purposes. This questionnaire requests the same information as the EPD/Breach Claim questionnaire contemplated by the Plan, and thus, the Debtors will use this form both for estimating EPD/Breach Claims for voting purposes and for determining the amount that Holders of Allowed EPD/Breach Claims (Submitted) will be entitled to receive under the Plan. If the Debtors need additional information in order to determine how much they will distribute to Holders of Allowed EPD/Breach Claims (Submitted), they may request supplemental responses to this EPD/Breach Claim Questionnaire in order to collect that information.

**IF YOU DO NOT COMPLETE, NOTARIZE AND TIMELY SUBMIT THIS FORM TO THE DEBTORS BY THE DATES REFERENCED BELOW, YOUR RIGHTS MAY BE AFFECTED.**

**IMPORTANT – Voting Deadline:** If you are the Holder of an EPD/Breach Claim and do *not* timely return this questionnaire by [Date], then, strictly for voting purposes, your claim shall be temporarily allowed in the amount of $1.00. If the form is timely returned, the Debtors will use the EPD/Breach Claim Protocol to determine the amount of the claim that will be temporarily allowed for voting purposes.

**IMPORTANT – Plan Deadline:** If you are the Holder of an EPD/Breach Claim (Submitted) and do *not* timely return this questionnaire by [Date], then you shall be forever barred from asserting an EPD/Breach Claim against the Debtors or their property, or sharing in any distributions under the Plan. If the form is timely returned, the Debtors will use the EPD/Breach Claim Protocol to determine the amount of the claim that will be allowed for distribution purposes.

*YOU MUST PROVIDE A SEPARATE QUESTIONNAIRE FORM FOR EACH FILED EPD/BREACH CLAIM.*

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite 1, Houston, TX 77042.

[2]  Capitalized terms not otherwise defined herein have the meanings ascribed to them in the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* [Docket No. ____], dated July 12, 2010 (as the same may be subsequently amended, the "Plan").

**PART I** – **Background Information.**

**Please complete the following information (and note any updated information from your Proof of Claim filed in the Chapter 11 cases).**

**Claimant** _____

**Address** _____

_____

_____

**Contact** _____

**Contact's Phone** _____

**Contact's Email** _____

**Filed Claim Number** _____

Did one of your related/affiliated legal entities file a Claim against any of the Debtors?    □ Yes         □ No

If so, provide the name, affiliation, nature of your relationship to that entity, and whether any portion of the Claim is duplicative.

_____

_____

_____

_____

Type(s) of EPD/Breach Claim asserted  (check *all* that apply):

□  EPD/FPD Claim (Early Payment Default/First Payment Default)

□  Breach of Warranty or Representation Claim

□  Other (describe below):

_____

_____

_____

_____

*PLEASE RETURN EACH QUESTIONNAIRE FORM (AND ALL ACCOMPANYING INFORMATION) NO LATER THAN THE DEADLINE(S) REFERENCED ABOVE TO:*

Aegis Mortgage Corporation
Attn:  Michael Balog
11381 Meadowglen, Suite 1
Houston, TX  77042
Email:  Mike.Balog@aegismtg.com

**PART II** – Information and Documentation Required for **All** EPD/Breach Claims.

The following information will be used to estimate damages with respect to (i) asserted *breaches* of warranties and representations on loans purchased from any Debtor entity, including contingent, unliquidated claims for breaches that have yet to be asserted by you (*see* Parts II and III), and (ii) *EPD/FPD* claims (*see* Parts II and IV). However, under the EPD/Breach Claim Protocol, EPD/FPD claims will take precedence over breach claims. Thus, to the extent that a creditor establishes a valid EPD or FPD claim for a particular loan, that loan's UPB as of August 31, 2007, will be **excluded** from the pool of loans for which breaches are computed. Accordingly, to enable the highest degree of accuracy in the calculation of your EPD/Breach Claims, you are requested to provide **two** electronic spreadsheets or databases: (1) one, listing only those individual loans that give rise to EPD/FPD claims (*see* Parts II and IV), and (2) two, listing the remaining loans or pools of loans for which a breach of warranty or representation is asserted (*see* Parts II and III), **excluding** the foregoing individual EPD/FPD loans on the first spreadsheet.

**Documentary Information for All EPD/Breach Claims** - For the loans appearing on either spreadsheet or database requested in Parts III and IV, please provide the following information. As applicable, this information may be provided on a pool basis. This information need not appear in a spreadsheet or database, but it must be provided in a manner that clearly identifies the specific loan(s) in either the spreadsheet or database described in Parts III and IV below, to which the documentary information relates. Alternatively, if you assert claims arising from more than one sale transaction, you may provide a separate spreadsheet or database with respect to each sale transaction.

- Date of the loan purchase transaction giving rise to the claim(s) _____

- Name of the lender who originated the loan _____

- Purchase price paid in each sale transaction _____

- Number of loans in each sale transaction _____

- Did you have any holdback of the purchase price?          □ Yes          □ No

  - If yes, provide the amount _____

  - List all documents related to the sale and respective closing date (and also provide a copy of each master loan purchase agreement (or similar document) pursuant to which the loan was sold by Aegis).

| Document Name | Closing Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

**If you are responding to this questionnaire in your capacity as a mortgage loan servicer for another entity, then for each loan for which this is the case, please identify the owner or investor on whose behalf you are responding to this questionnaire.**

*__Please note__: The following directions refer to "live" electronic spreadsheets or databases. This means spreadsheets or databases that are not password protected or locked in any way (as a whole or by cells) and are not in a format, such as Adobe PDF, that is not readily useful for accounting purposes or statistical analysis. The preferred format for spreadsheets and databases is Microsoft Excel or Microsoft Access.*

**PART III – Information and Documentation Required for __Breach__ Claims.**

**The date of sale of the loan by Aegis to the entity making the claim is vitally important for this estimation. Therefore, the first element of information required below for each loan is the date of the sale of the loan by Aegis to the claimant, and the spreadsheet or database must group the loans in the spreadsheet or database __by year__ for sales occurring in 2003, 2004 and 2005, and __by year and then by quarter__ for sales occurring in 2006 and 2007.**

**Please remember that for each loan for which you assert a Breach claim, you must provide all the documentary information set forth in Part II, and within that documentary information, you must identify the relevant provisions establishing the claimed right to payment from the Debtors because of the asserted Breach.**

__Spreadsheet or Database #1: Breach Claims__ **- For each loan purchase transaction(s) that resulted in an asserted breach claim, provide in "live" electronic spreadsheet or database format the following data for each loan included in the population of loans purchased (as noted above, please do not list in this spreadsheet or database the information for individual loans underlying EPD/FPD claims under Part IV below):**

- Date of the sale of the loan by Aegis to the claimant__, grouped by year__ for sales occurring in 2003, 2004 and 2005, and __grouped by year and by quarter__ for sales occurring in 2006 and 2007.

- Aegis loan number [**Note: Providing the Aegis loan number is essential for an accurate estimation of your claim.**]

- Borrower name

- Nature of asserted breach and date of occurrence

- The UPB as of August 31, 2007, or alternatively, as of the date of sale or foreclosure, as the case may be, if (i) you sold the loan before August 31, 2007, or if (ii) the loan was foreclosed before August 31, 2007. If the loan was sold or foreclosed, you must indicate which event applies (loan sold or loan foreclosed) and the date of event

- If the documents under which the loan was sold to you by Aegis do not contain EPD/FPD provisions but do allow repurchase claims for breaches of other types of representations and warranties, mark each loan to which this asserted repurchase obligation applies

- The Debtor entity you assert is liable on your claim [**Note: If you assert that more than one Aegis entity is liable for such claim, provide all documents or evidence that you believe support this assertion.**]

If you were not the original purchaser from the Debtors, identify the entity that sold the loan to you and certify under penalty of perjury that you have the right to assert EPD/Breach Claims for this loan

If you no longer own the loan, provide the date of the sale, the identity of the purchaser and certify under penalty of perjury that you retained the right to assert EPD/Breach Claims for this loan

**PART IV** – Information and Documentation Required for <u>EPD/FPD</u> Claims.

Please remember that for each loan for which you assert an EPD/FPD claim, you must provide all the documentary information set forth in Part II, and within that documentary information, you must identify the relevant provisions establishing the claimed right to payment from the Debtors because of the asserted EPD/FPD.

<u>Spreadsheet or Database #2: EPD/FPD Claims</u> - Estimation of EPD/FPD claims entails different considerations than estimating contingent breach of warranty claims. Thus, in addition to the information provided in Part II, you must also provide additional data for EPD/FPD claims or similar non-contingent breach of warranty claims.  All data is to be provided in "live" electronic spreadsheet or database format (as noted above, a separate spreadsheet or database is requested for the individual loans underlying the EPD/FPD claims).  For each loan for which you assert an EPD/FPD claim:

- Date of the sale of the loan by Aegis to the claimant.

- Aegis loan number **[Note: Providing the Aegis loan number is essential for an accurate estimation of your claim.]**

- Lien priority, whether first lien or second lien

- Borrower name

- The date of the borrower default

- Nature of default, EPD or FPD

- The borrower payment history through August 31, 2007

- If the loan was modified as to payment terms (principal or interest) after you purchased it from Aegis and before August 31, 2007, identify the loan in the spreadsheet or database as having been modified

- The UPB of the loan as of August 31, 2007, or alternatively, the UPB of the loan, as the case may be, as of (1) the date you sold the loan, or (2) the date the loan was foreclosed. If the loan was sold or foreclosed, you must indicate which event applies (loan sold or loan foreclosed) and the date of event

- Using one of the loan statuses shown below, the status of the loan as of August 31, 2007, or alternatively, if you sold the loan prior to August 31, 2007, as of the date of sale:
  - □ Current
  - □ 31-60 days delinquent
  - □ 61-90 days delinquent
  - □ 91 days or more delinquent
  - □ Borrower in bankruptcy
  - □ In foreclosure

- The Debtor entity you assert is liable on your claim **[Note: If you assert that more than one Aegis entity is liable for such claim, provide all documents or evidence that you believe support this assertion.]**

## VERIFICATION

STATE/COMMONWEALTH OF _____

COUNTY OF _____

_____, being duly sworn, deposes and says:

I am the _____ of _____, the claimant submitting
             *(Position)*                           *(Claimant/Entity)*

an EPD/Breach Claim in these Chapter 11 Cases ("Claimant").

I have read the foregoing EPD/Breach Claims Questionnaire and know the contents thereof, and believe the

information contained on such form, and related exhibits or appendices, submitted by Claimant to be true based

upon the records and documents of Claimant.

Dated: _____, 2010

_____
       *(Signature)*

Sworn to before me this

_____ day of _____, 2010

Notary Public

My Commission Expires _____

Seal _____

Dated: _____    PACHULSKI STANG ZIEHL & JONES LLP

_____

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        joneill@pszjlaw.com
        jfried@pszjlaw.com
        tcairns@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF:  (I) ENTRY OF ORDER APPROVING DISCLOSURE STATEMENT;
(II) HEARING TO CONFIRM PLAN OF REORGANIZATION AND
(III) RELATED IMPORTANT DATES[2]**

**DISCLOSURE STATEMENT and SOLICITATION PROCEDURES APPROVED.**  On
_____, 2010, the United States Bankruptcy Court for the District of Delaware (the
"Bankruptcy Court") entered that certain *Order Granting (A) Debtors' Motion For Entry Of An
Order (A) Approving The Adequacy Of The Debtors' Disclosure Statement; (B) Scheduling A
Hearing To Confirm The Amended Chapter 11 Plan Of Aegis Mortgage Corporation, et al. (C)
Establishing Deadline For Filing Objections To Confirmation Of Plan; (D) Approving Form Of
Ballots, Voting Deadline And Solicitation Procedures; (E) Approving EPD/Breach Claims
Questionnaire Process; And (F) Approving Form And Manner Of Notices* (the "Disclosure
Statement Order").  The Disclosure Statement Order approved the *Disclosure Statement in
Support of Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* (the "Disclosure
Statement"), as containing adequate information required under section 1125(a) of the
Bankruptcy Code, and authorized the Debtor to solicit acceptances of the *Amended Chapter 11
Plan of Aegis Mortgage Corporation, et al.* dated July 12, 2010 (the "Plan").

**HEARING TO CONFIRM PLAN OF REORGANIZATION.**  A hearing to confirm the
Plan (the "Confirmation Hearing") will commence on _____, 2010, at ____ a.m., prevailing
eastern time, before the Bankruptcy Court.  The Confirmation Hearing may be continued from
time to time by announcing such continuance in open court or otherwise, without further notice
to parties in interest.  The Bankruptcy Court, in its discretion and prior to the Confirmation
Hearing, may put in place additional procedures governing the Confirmation Hearing.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884);
Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing
Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America
Corporation (7045); and Aegis REIT Corporation (3436).  The address for all Debtors is 11381 Meadowglen, Suite
I, Houston, TX 77082.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Plan.

**PLAN OBJECTION DEADLINE.** The Bankruptcy Court has established _____, 2010, at _____ p.m., prevailing eastern time, as the last date and time for filing and serving objections to the confirmation of the Plan (the "Plan Objection Deadline"). All objections must state with particularity the legal and factual grounds for such objection.

In order to be considered by the Bankruptcy Court, objections, if any, to confirmation of the Plan, must, in addition to being filed by the Plan Objection Deadline: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware; (iii) be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801; and (iv) be served so as to be actually received by the Plan Objection Deadline by the following parties: (i) the Debtors, Aegis Mortgage Corporation, 11381 Meadowglen, Ste. 1, TX 77042 (Attn: Michael Balog, Chief Executive Officer); (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P .O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq. and Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4500, Attn: Henry C. Kevane, Esq.; (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, Delaware 19801, Attn: David Buchbinder; and (iv) counsel to the Official Committee of Unsecured Creditors: (i) Landis Rath & Cobb LLP, 919 North Market Street, Suite 600, P.O. Box 2087, Wilmington, Delaware 19899 (Courier 19801), Attn: Richard S. Cobb, Esquire and (ii) Hahn & Hessen, LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark Power, Esquire (collectively, the "Notice Parties").

**Objections not timely filed and served by the Plan Objection Deadline in accordance with the provisions of this Notice will not be heard and will be overruled.**

**Persons may obtain copies of the Disclosure Statement and the Plan from Epiq Bankruptcy Systems, LLC by** visiting http://chapter11.epiqsystems.com/Aegis, or by requesting copies (a) telephonically by calling 646-282-2400; or (b) by writing to Epiq Bankruptcy Solutions, LLC, Attn: Aegis Mortgage Ballot Processing, 757 Third Avenue, 3rd Floor, New York, NY 10017.

**VOTING RECORD DATE.** _____, 2010 is the record date for purposes of determining which parties are entitled to vote on the Plan.

**VOTING DEADLINE.** _____, 2010 (the "Voting Deadline") is the deadline for casting a ballot ("Ballot") to accept or reject the Plan. All Ballots accepting or rejecting the Plan must be received by Epiq Bankruptcy Systems, LLC (the "Notice and Balloting Agent") by 7:00 p.m., prevailing eastern time, on the Voting Deadline at the following address: (i) if by First Class Mail: Aegis Mortgage Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5014, New York, NY 10150-5014; (ii) if by overnight courier or hand delivery: Aegis Mortgage Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017

**RULE 3018 MOTION DEADLINE AND HEARING.** It shall be the responsibility of each party who files a motion for an order pursuant to Bankruptcy Rule 3018(a) seeking temporary

allowance of a claim for voting purposes (a "Rule 3018(a) Motion") to (a) file such Rule 3018(a) Motion with evidence in support thereof by no later than [_____], (b) schedule a hearing on such Rule 3018(a) Motion (the "Rule 3018(a) Hearing"), and (c) schedule the Rule 3018(a) Hearing on a date that is not less than ten (10) days prior to the Confirmation Hearing.

**EXECUTORY CONTRACT ASSUMPTION OBJECTION DEADLINE:** Any contract counter-party who opposes assumption of their contract listed for assumption by the Debtors on the Assumption Schedule must file a written objection to the proposed assumption with the Bankruptcy Court by [_____] [7 days prior to Confirmation Date] and serve the Notice Parties .

**EPD BREACH CLAIM ELECTION DEADLINE:** Any Holder of an EPD/Breach Claim who elects to opt out of the EPD/Breach Claim Protocol and instead have its claim independently determined and allowed by order of the Bankruptcy Court or otherwise permitted by the Claim resolution procedures under the Plan must filed a written notice of such election with the Bankruptcy Court and serve the Notice Parties on or before [_____] ( the Plan Objection Deadline).

**EPD/BREACH CLAIM(SUBMITTED) QUESTIONNAIRE DEADLINE FOR PLAN VOTING PURPOSES:** Any Holder of an EPD/Breach Claim that does *not* timely return the EPD/Breach Claim Questionnaire by [Date], shall, strictly for voting purposes, have its claim temporarily allowed in the amount of $1.00. If the form is timely returned, the Debtors will use the EPD/Breach Claim Protocol to determine the amount of the claim that will be temporarily allowed for voting purposes. EPD/Breach Claim Questionnaires should be returned to: Aegis Mortgage Corporation, Attn: Michael Balog, 11381 Meadowglen, Suite 1, Houston, TX 77042.

**EPD/BREACH CLAIM(SUBMITTED) QUESTIONNAIRE DEADLINE FOR PLAN DISTRIBUTION PURPOSES:** If you are the Holder of an EPD/Breach Claim (Submitted) and do *not* timely return this questionnaire by [Date], then you shall be forever barred from asserting an EPD/Breach Claim against the Debtors or their property, or sharing in any distributions under the Plan. If the form is timely returned, the Debtors will use the EPD/Breach Claim Protocol to determine the amount of the claim that will be allowed for distribution purposes. EPD/Breach Claim Questionnaires should be returned to: Aegis Mortgage Corporation, Attn: Michael Balog, 11381 Meadowglen, Suite 1, Houston, TX 77042.

**THE PLAN INJUNCTION.** The occurrence of the Effective Date shall serve to satisfy all Claims or causes of action arising out of any Claim addressed by the terms of the Plan and will operate as an injunction against (i) the commencement or continuation of an action, the employment of process, or an act, to collect or recover from, or offset against, property of the Debtors except as provided in the Plan and (ii) the commencement or continuation of an action, the employment of process, or an act, to collect or recover from, or offset against, property of any Released Party (Released Parties are the Liquidating Debtors, Reorganized Aegis REIT, the Committee, CSFB, UBS, Madeleine and Cerberus,

**and each of their respective Affiliates and Agents) on account of any claims, rights or causes of action released pursuant to the Plan.**

Dated: _____, 2010         PACHULSKI STANG ZIEHL & JONES LLP

_____

Laura Davis Jones (Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Counsel for Debtor sand Debtors in Possession

# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF NON-VOTING STATUS WITH RESPECT TO IMPAIRED CLASSES DEEMED TO REJECT THE PLAN OR (B) UNIMPAIRED CLASSES DEEMED TO ACCEPT THE PLAN

PLEASE TAKE NOTICE that on _____, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")[2] approved the *Disclosure Statement in Support of Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* (the "Disclosure Statement") for use by the Debtors in soliciting acceptances or rejections of the *Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* DATED July 12, 2010 (the "Plan") from Holders of Impaired Claims who are (or may be) entitled to receive distributions under the Plan.

A.    IF YOU ARE RECEIVING THIS NOTICE, YOU ARE OR MIGHT BE THE HOLDER OF ONE OR MORE OF THE FOLLOWING CLAIMS IMPAIRED UNDER THE PLAN:

| Class | Claims and Equity Interests |
|---|---|
| 9 | Intercompany Claims |
| 10 | Consolidated Debtors Equity Interests |
| 12 | Aegis REIT Common Stock Equity Interests |

IF YOU HOLD A CLAIM IN CLASSES 9, 10 PR 12, UNDER THE TERMS OF THE PLAN, YOU ARE NOT ENTITLED TO RECEIVE OR RETAIN ANY PROPERTY ON ACCOUNT OF SUCH CLAIM(S) AGAINST THE DEBTOR AND, THEREFORE,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite I, Houston, TX 77082.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Plan.

**PURSUANT TO SECTION 1126(g) OF THE UNITED STATES BANKRUPTCY CODE, YOU: (I) ARE DEEMED TO HAVE REJECTED THE PLAN AND (II) ARE NOT ENTITLED TO VOTE ON THE PLAN.**

PLEASE TAKE FURTHER NOTICE that unimpaired claims are also not entitled to vote on the Plan. Unimpaired Claims are deemed to accept the Plan.

**B.    IF YOU ARE RECEIVING THIS NOTICE, YOU ARE OR MIGHT BE THE HOLDER OF ONE OR MORE OF THE FOLLOWING UNIMPAIRED CLAIMS UNDER THE PLAN:**

| Class | Claims and Equity Interests |
|:-----:|:----------------------------|
| 6 | Velazquez Claims |

**IF YOU HOLD A CLAIM IN CLASS 6 OF THE PLAN, YOUR CLAIM IS UNIMPAIRED UNDER THE TERMS OF THE PLAN, AND THEREFORE (I) YOU ARE DEEMED TO ACCEPT THE PLAN AND (II) YOU ARE NOT ENTITLED TO VOTE ON THE PLAN.**

**YOU MAY OBTAIN COPIES OF THE DISCLOSURE STATEMENT AND THE PLAN FROM EPIQ BANKRUPTCY SOLUTIONS, LLC BY VISITING** http://chapter11.epiqsystems.com/Aegis, **OR BY REQUESTING COPIES TELEPHONICALLY BY CALLING 646-282-2400; OR BY WRITING TO EPIQ BANKRUPTCY SOLUTIONS, LLC, ATTN: AEGIS MORTGAGE BALLOT PROCESSING, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NY 10017.**

Dated: _____, 2010          PACHULSKI STANG ZIEHL & JONES LLP

                                   _____
                                   Laura Davis Jones (Bar No. 2436)
                                   919 North Market Street, 17th Floor
                                   P.O. Box 8705
                                   Wilmington, DE 19899-8705 (Courier 19801)
                                   Telephone: (302) 652-4100
                                   Facsimile: (302) 652-4400

                                   Counsel for Debtors and Debtors in Possession

2

# EXHIBIT F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF: (I) ENTRY OF ORDER APPROVING DISCLOSURE STATEMENT;
(II) HEARING TO CONFIRM PLAN OF REORGANIZATION AND
(III) RELATED IMPORTANT DATES[2]**

**DISCLOSURE STATEMENT and SOLICITATION PROCEDURES APPROVED.** On
_____, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy
Court") entered and order [Docket No. __] (the "Disclosure Statement Order"). The Disclosure Statement
Order approved the *Disclosure Statement in Support of the Amended Chapter 11 Plan of Aegis Mortgage
Corporation, et al.* (the "Disclosure Statement"), as containing adequate information required under
section 1125(a) of the Bankruptcy Code, and authorized the Debtors to solicit acceptances of the
*Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* dated Jul 12, 2010(the "Plan").

**HEARING TO CONFIRM PLAN OF REORGANIZATION.** A hearing to confirm the Plan (the
"Confirmation Hearing") will commence on _____, 2010, at 10:00 a.m., prevailing eastern time, before
the Bankruptcy Court. The Confirmation Hearing may be continued from time to time by announcing
such continuance in open court or otherwise, without further notice to parties in interest. The Bankruptcy
Court, in its discretion and prior to the Confirmation Hearing, may put in place additional procedures
governing the Confirmation Hearing. The Bankruptcy Court has established _____, 2010, at 4:00 p.m.,
prevailing eastern time, as the last date and time for filing and serving objections to the confirmation of
the Plan (the "Plan Objection Deadline"). All objections must state with particularity the legal and factual
grounds for such objection. In order to be considered by the Bankruptcy Court, objections, if any, to
confirmation of the Plan, must, in addition to being filed by the Plan Objection Deadline: (i) be in
writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for
the District of Delaware; (iii) be filed with the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, Wilmington, Delaware 19801; and (iv) be served so as to be <u>actually</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884);
Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing
Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America
Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite
I, Houston, TX 77082.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Plan.

received by the Plan Objection Deadline by the following parties:  (i) the Debtors, Aegis Mortgage Corporation, 11381 Meadowglen, Ste. 1, TX 77042 (Attn: Michael Balog, Chief Executive Officer); (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P .O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq. and Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4500, Attn: Henry C. Kevane, Esq.; (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, Delaware 19801, Attn: David Buchbinder; and (iv) counsel to the Official Committee of Unsecured Creditors: (i) Landis Rath & Cobb LLP, 919 North Market Street, Suite 600, P.O. Box 2087, Wilmington, Delaware 19899 (Courier 19801), Attn: Richard S. Cobb, Esquire and (ii) Hahn & Hessen, LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark Power, Esquire

**OBTAINING ADDITIONAL INFORMATION**.  Persons may obtain copies of the Disclosure Statement, Plan, additional information concerning the confirmation of the Plan, and, if appropriate, solicitation materials for the Plan, from **Epiq Bankruptcy Solutions, LLC by visiting** http://chapter11.epiqsystems.com/Aegis, or by requesting copies telephonically by calling 646-282-2400; or by writing To Epiq Bankruptcy Solutions, LLC, Attn: Aegis Mortgage Ballot Processing ,757 Third Avenue, 3rd Floor, New York, NY  10017.

Dated:  _____, 2010          PACHULSKI STANG ZIEHL & JONES LLP


                                        _____
                                        Laura Davis Jones (Bar No. 2436)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE  19899-8705 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Counsel for Debtor sand Debtors in Possession