IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No. *5401* |

## ORDER GRANTING DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN AEGIS MORTGAGE CORPORATION, AEGIS REIT CORPORATION, OCWEN FINANCIAL CORPORATION, AND OCWEN LOAN SERVICING, LLC

Upon consideration of the *Debtors' Motion for Order Approving Settlement Agreement Between Aegis Mortgage Corporation, Aegis REIT Corporation, Ocwen Financial Corporation and Ocwen Loan Servicing, LLC* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (the "Debtors"), and the *Settlement Agreement Between Aegis Mortgage Corporation, Aegis REIT Corporation, Ocwen Financial Corporation and Ocwen Loan Servicing, LLC* appended to the Motion as Exhibit A (the "Settlement Agreement"); it appearing that such relief is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and adequate notice of the Motion having been given under the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite 1, Houston, TX 77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

00233-001\DOCS_LA:221113.5

circumstances; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Settlement Agreement is hereby APPROVED; and it is further

ORDERED that the Debtors are authorized to take such steps as may be reasonably necessary to implement the terms of the Settlement Agreement; and it is further

ORDERED that no later than ten (10) days after the Effective Date, as such term is defined in the Settlement Agreement, (i) Ocwen shall pay the Debtors the amount of $28,000 by cashier's check or wire transfer, (ii) the Debtors shall submit to the Bankruptcy Court an order dismissing the Avoidance Action with prejudice and (iii) proofs of claim numbers 1181, 1182, 1183, 1599, and 1600, shall be deemed withdrawn and the underlying claims of Ocwen shall be disallowed in their entirety, and it is further

ORDERED that, on the Effective Date, the claims agent for this case is hereby authorized and directed to amend the claims register for this case to reflect, as applicable, the terms of the Settlement Agreement with respect to claims provided for therein, including without limitation that the proofs of claim numbers 1181, 1182, 1183, 1599, and 1600 are hereby disallowed and expunged; and it is further

00233-001\DOCS_LA:221113.5

ORDERED that the Court shall retain jurisdiction (i) to issue any order necessary

or appropriate for the interpretation, implementation or enforcement of the Settlement

Agreement, and (ii) over any disputes related to the Settlement Agreement.

Dated: August 18 , 2010

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

-3 -