# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *SECOND AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 1 – Priority (Non-Tax) Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5431]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL NOT BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE SEPTEMBER 28, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.  Acceptance or Rejection of the Plan

The undersigned certifies that as of August 17, 2010 (the "Record Date"), the undersigned was the Holder of A Class 1 Priority (Non-Tax) Claim in the aggregate outstanding amount of $_____:

**Check one box**

❑  Accepts the Plan

❑  Rejects the Plan

**NOTE:  The Holder of the Class 1 Claim must vote all of its Class 1 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 2.  Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)  such Person or Entity is the Holder of the aggregate face amount of the Class 1 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)  such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)  such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 1 Claims;

(iv)  no other Ballots with respect to the Class 1 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 1 Claims, such earlier Ballots are hereby revoked;

(v)  (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)  all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

00233-001\DOCS_DE:161668.4

CLASS 1 BALLOT – Priority (Non-Tax) Claims

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. (    ) _____ - _____          DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY SEPTEMBER 28, 2010

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5014**
**New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *SECOND AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 2 – Secured Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5431]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE SEPTEMBER 28, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.    Acceptance or Rejection of the Plan

The undersigned certifies that as of August 17, 2010 (the "Record Date"), the undersigned was the Holder of a Class 2 Secured Claim in the aggregate outstanding amount of $_____:

**Check one box**

☐    Accepts the Plan

☐    Rejects the Plan

**NOTE:  The Holder of the Class 2 Claim must vote all of its Class 2 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 2.    Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)    such Person or Entity is the Holder of the aggregate face amount of the Class 2 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)    such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)    such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 2 Claims;

(iv)    no other Ballots with respect to the Class 2 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 2 Claims, such earlier Ballots are hereby revoked;

(v)    (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)    all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

## CLASS 2 BALLOT – Secured Claims

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. ( ) _____ - _____ DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY SEPTEMBER 28, 2010

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5014**
**New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.**

**CLASS 3 BALLOT – Convenience Claims**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *SECOND AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 3 – Convenience Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5431]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE SEPTEMBER 28, 2010, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

00233-001\DOCS_DE:161668.4

CLASS 3 BALLOT – Convenience Claims

**Item 1.  Acceptance or Rejection of the Plan**

The undersigned certifies that as of August 17, 2010 (the "Record Date"), the undersigned was the Holder of a Class 3 Convenience Claim in the aggregate outstanding amount of $_____:

**Check one box**

❑  Accepts the Plan

❑  Rejects the Plan

**NOTE:  The Holder of the Class 3 Claim must vote all of its Class 3 Claim either to accept or reject the Plan, and may not split such vote.**

**Item 2.  Certification**

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)  such Person or Entity is the Holder of the aggregate face amount of the Class 3 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)  such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is

(iii)  such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 3 Claims;

(iv)  no other Ballots with respect to the Class 3 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 3 Claims, such earlier Ballots are hereby revoked;

(v)  (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)  all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

## CLASS 3 BALLOT – Convenience Claims

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. (　　) _____ - _____          DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY SEPTEMBER 28, 2010

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017**

BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *SECOND AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 4 BALLOT – Consolidated Debtors Unsecured Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for (a) submitting a vote to accept or reject the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5431]* (the "Plan") and (b) electing treatment as a Class 3 Convenience Claim. All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL NOT BE COUNTED.**

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE SEPTEMBER 28, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

00233-001\DOCS_DE:161668.4

## Item 1.    Acceptance or Rejection of the Plan

The undersigned certifies that as of August 17, 2010 (the "<u>Record Date</u>"), the undersigned was the Holder of a Class 4 Consolidated Debtors Unsecured Claim in the aggregate outstanding amount of $_____:

**Check one box**

☐    Accepts the Plan

☐    Rejects the Plan

**NOTE: The Holder of the Class 4 Claim must vote <u>all</u> of its Class 4 Claim <u>either</u> to accept or reject the Plan, and may <u>not</u> split such vote.**

## Item 2.    Election for Treatment as Class 3 Convenience Claim

Each Holder of an Allowed Convenience Claim shall receive, in exchange for and in full satisfaction of such Claim, a Cash payment from the Plan Proceeds equal to 20% of the amount of such Claim. Any Holder of a Claim that would otherwise have been classified in Class 4, but for the timely election on the Ballot by the Holder to reduce the aggregate of all its Claims to a single Claim of $25,000 or less and participate solely in Class 3, shall be deemed to have waived any right to participate in Class 4 as to any and all Claims held by such Holder and shall receive no distribution under Class 4.

**Check box if Electing Treatment as Class 3 Convenience Claim Under Plan**

☐    Elects Treatment as a Class 3 Convenience Claim

## Item 3.    Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)    such Person or Entity is the Holder of the aggregate face amount of the Class 4 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)    such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)    such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 4 Claims;

(iv)    no other Ballots with respect to the Class 4 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 4 Claims, such earlier Ballots are hereby revoked;

(v)    (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi) all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. ( )_____-_____  DATE: _____

**YOUR BALLOT MUST BE RECEIVED BY SEPTEMBER 28, 2010**

**PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY**

**If by first class mail:**

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

**If by overnight courier or hand delivery:**

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3ʳᵈ Floor
New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

CLASS 5 BALLOT – Aegis REIT Unsecured Claims

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *SECOND AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 5 BALLOT – Consolidated Debtors EPD/Breach Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5431]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE SEPTEMBER 28, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

00233-001\DOCS_DE:161668.4

## Item 1.    Acceptance or Rejection of the Plan

The undersigned certifies that as of August 17, 2010 (the "<u>Record Date</u>"), the undersigned was the Holder of a Class 5 Consolidated Debtors EPD/Breach Claims in the aggregate outstanding amount of $_____:

**Check one box**

□    Accepts the Plan

□    Rejects the Plan

**NOTE:  The Holder of the Class 5 Claim must vote all of its Class 5 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 2.    Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)    such Person or Entity is the Holder of the aggregate face amount of the Class 5 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)    such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)    such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 5 Claims;

(iv)    no other Ballots with respect to the Class 7 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 5 Claims, such earlier Ballots are hereby revoked;

(v)    (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)    all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. (    ) _____ - _____          DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY SEPTEMBER 28, 2010

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

**CLASS 7 BALLOT – Aegis REIT Unsecured Claims**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *SECOND AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 7 BALLOT – Aegis REIT Unsecured Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5431]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL NOT BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE SEPTEMBER 28, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.     Acceptance or Rejection of the Plan

The undersigned certifies that as of August 17, 2010 (the "Record Date"), the undersigned was the Holder of a Class 7 Aegis REIT Unsecured Claim in the aggregate outstanding amount of $_____:

**Check one box**

❏     Accepts the Plan

❏     Rejects the Plan

**NOTE: The Holder of the Class 7 Claim must vote all of its Class 7 Claim either to accept or reject the Plan, and may not split such vote.**

## Item 2.     Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)     such Person or Entity is the Holder of the aggregate face amount of the Class 7 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)     such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)     such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 7 Claims;

(iv)     no other Ballots with respect to the Class 7 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 7 Claims, such earlier Ballots are hereby revoked;

(v)     (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)     all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. (     ) _____ - _____          DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY SEPTEMBER 28, 2010

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5014**
**New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *SECOND AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 8 BALLOT – Aegis REIT EPD/Breach Claims

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5431]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL NOT BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE SEPTEMBER 28, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

**Item 1.        Acceptance or Rejection of the Plan**

The undersigned certifies that as of August 17, 2010 (the "Record Date"), the undersigned was the Holder of a Class 8 Aegis REIT EPD/Breach Claim in the aggregate outstanding amount of $_____:

**Check one box**

❑        Accepts the Plan

❑        Rejects the Plan

**NOTE:  The Holder of the Class 8 Claim must vote all of its Class 8 Claim either to accept or reject the Plan, and may not split such vote.**

**Item 3.        Certification of Delivery of Documents**

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)        such Person or Entity is the Holder of the aggregate face amount of the Class 8 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)        such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)        such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 8 Claims;

(iv)        no other Ballots with respect to the Class 8 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 8 Claims, such earlier Ballots are hereby revoked;

(v)        (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)        all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
                              (If appropriate)

TITLE: _____
                              (If appropriate)

ADDRESS: _____

        _____

TEL. NO. (     ) _____ - _____          DATE: _____


## YOUR BALLOT MUST BE RECEIVED BY SEPTEMBER 28, 2010

## PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

### If by first class mail:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5014**
**New York, NY 10150-5014**

### If by overnight courier or hand delivery:

**Aegis Mortgage Ballot Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**


**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS UNDERLINE EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE OR TO MAKE ANY REPRESENTATION OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT**

**BALLOT FOR ACCEPTING OR REJECTING THE *SECOND AMENDED CHAPTER 11 PLAN OF AEGIS MORTGAGE CORPORATION, ET AL.***

## CLASS 11 BALLOT – Aegis REIT Preferred Stock Equity Interests

**PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN.**

This Ballot may not be used for any purpose other than for submitting a vote to accept or reject the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5431]* (the "Plan"). All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on an impaired Class if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**BALLOTS CAST BY FACSIMILE AND/OR E-MAIL WILL <u>NOT</u> BE COUNTED.**

---

**THIS BALLOT MUST BE RECEIVED BY AEGIS MORTGAGE BALLOT PROCESSING CENTER, c/o EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "NOTICE AND BALLOTING AGENT") BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE SEPTEMBER 28, 2010 (THE "VOTING DEADLINE"), UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTENDS THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTORS, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste. 1, Houston, TX 77042.

## Item 1.   Acceptance or Rejection of the Plan

The undersigned certifies that as of August 17, 2010 (the "Record Date"), the undersigned was the Holder of a Class 11 Aegis REIT Preferred Stock Equity Interest Claims in the aggregate outstanding amount of $_____:

**Check one box**

❑   Accepts the Plan

❑   Rejects the Plan

**NOTE:** The Holder of the Class 11 Claim must vote **all** of its Class 11 Claim **either** to accept or reject the Plan, and may **not** split such vote.

## Item 2.   Certification

By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i)   such Person or Entity is the Holder of the aggregate face amount of the Class 11 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii)   such person or Entity has received and reviewed a copy of the Disclosure Statement, the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii)   such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 11 Claims;

(iv)   no other Ballots with respect to the Class 11 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 11 Claims, such earlier Ballots are hereby revoked;

(v)   (a) the Debtors have made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtors in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi)   all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

## CLASS 11 BALLOT – Aegis REIT Preferred Stock Equity Interests

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

NAME OF VOTER: _____

SIGNATURE: _____

BY: _____
(If appropriate)

TITLE: _____
(If appropriate)

ADDRESS: _____

_____

TEL. NO. ( )_____ - _____       DATE: _____

## YOUR BALLOT MUST BE RECEIVED BY SEPTEMBER 28, 2010

### PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT PROMPTLY

**If by first class mail:**

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

**If by overnight courier or hand delivery:**

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017**

**BY 7:00 P.M., PREVAILING EASTERN TIME, ON OR BEFORE THE VOTING DEADLINE, UNLESS THE DEBTORS OR THE BANKRUPTCY COURT EXTEND THE PERIOD DURING WHICH VOTES WILL BE ACCEPTED BY THE DEBTOR, IN WHICH CASE THE TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND DATE TO WHICH SUCH SOLICITATION IS <u>EXTENDED OR YOUR VOTE WILL NOT BE COUNTED.</u>**