# EXHIBIT B

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting votes to accept or reject the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al. [Docket No. 5431]* dated August 13, 2010 (the "Plan") (a copy of which is contained herewith). Please review the Disclosure Statement and the Plan carefully before you complete the Ballot.

The Plan can be confirmed by the Bankruptcy Court, and therefore made binding on you, if it is accepted by the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims that actually vote in the Class of Claims voting on the Plan. The Debtors reserve the right, pursuant to the terms and conditions set forth in the Plan, to seek Confirmation of the Plan pursuant to section 1129(b) of the Bankruptcy Code. Please review the Disclosure Statement for more information.

The Ballot is not a letter of transmittal and may not be used for any purpose other than (i) to cast votes to accept or reject the Plan; and (ii) for the Holders of Class 4 Claims, to elect treatment as a Holder of Class 3 convenience claim Claimant pursuant to the Plan.

To ensure that your vote is counted, you must (i) complete the Ballot, (ii) indicate your decision either to accept or reject the Plan in the boxes provided in Item 1 of the Ballot, (iii) for Class 4 Claim Holder, indicate your decision to elect treatment as a Class 3 convenience claim Claimant under the Plan, if desired, in the box provided in Item 2 of the Ballot for Class 4 Holders, and (iv) sign and timely return the Ballot in the enclosed envelope. Your Ballot must be received by Epiq Bankruptcy Solutions, LLC (the "Notice and Balloting Agent") by no later than 7:00 p.m., prevailing eastern time, on September 28, 2010 (the "Voting Deadline"), at the following address, unless the Bankruptcy Court or the Debtors extend the period during which Ballots will be accepted by the Debtors, in which case the term "Voting Deadline" for such solicitation shall mean the last time and date to which such solicitation is extended:

**If by first class mail:**

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014**

**If by overnight courier or hand delivery:**

**Aegis Mortgage Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017**

Except to the extent the Debtors otherwise determine, or as permitted by the Court, Ballots received after the Voting Deadline will not be accepted or counted by the Debtors in connection with the confirmation of the Plan;

Creditors shall not split their vote within a claim; thus, each creditor shall be deemed to have voted the full amount of its claim either to accept or reject the Plan;

Any Ballot which is executed by the holder of an allowed claim but which does not indicate an acceptance or rejection or which indicates both an acceptance and rejection of the Plan shall not be counted;

Votes cast pursuant to a Ballot that is not signed shall not be counted, unless the Court orders otherwise;

Creditors holding claims in more than one Class under the Plan may receive more than one Ballot coded for each different Class;

The method of delivery of Ballots to be sent to the Claims Agent is at the election and risk of each holder of a claim, but, except as otherwise provided in the Disclosure Statement, such delivery will be deemed made only when the original, executed Ballot is actually received by the Claims Agent;

Delivery of the original, executed Ballot to the Claims Agent on or before the Voting Deadline is required. Delivery of a Ballot by facsimile, email or any other electronic means will not be accepted;

00233-001\DOCS_DE:161668.4

No Ballot sent to the Debtors, any indenture trustee or agent, or the Debtors' financial or legal advisors shall be accepted or counted;

The Debtors expressly reserve the right to amend at any time and from time to time the terms of the Plan (subject to compliance with section 1127 of the Bankruptcy Code and the terms of the Plan regarding modification). If the Debtors make material changes in the terms of the Plan the Debtors will disseminate additional solicitation materials and will extend the solicitation, in each case to the extent directed by the Court;

If multiple Ballots are received from or on behalf of an individual holder of a claim with respect to the same claims prior to the Voting Deadline, the last Ballot timely received will be deemed to reflect the voter's intent and to supersede and revoke any prior Ballot;

If a Ballot is signed by a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation, or other person acting in a fiduciary or representative capacity, such person indicate such capacity when signing and, if requested by the Debtors, must submit proper evidence satisfactory to the Debtors to so act in such capacity;

The Debtors, in their sole discretion, subject to contrary order of the Court, may waive any defect in any Ballot at any time, either before or after the close of voting, and without notice. The Debtors may, in their sole discretion, reject such defective Ballot as invalid and, therefore, not count it in connection with confirmation of the Plan;

Unless otherwise ordered by the Court, all questions as to the validity, eligibility (including time of receipt) and revocation or withdrawal of Ballots will be determined by the Debtors, in their sole discretion, which determination shall be final and binding;

If a designation is requested under section 1126(e) of the Bankruptcy Code, any vote to accept or reject the Plan cast with respect to such claim or interest will not be counted for purposes of determining whether the Plan has been accepted or rejected, unless the Court orders otherwise;

Any holder of impaired claims who has delivered a valid Ballot voting on the Plan may withdraw such vote solely in accordance with Bankruptcy Rule 3018(a);

Subject to any contrary order of the Court, the Debtors reserve the absolute right to reject any and all Ballots not proper in form, the acceptance of which would, in the opinion of the Debtors or their counsel, not be in accordance with the provisions of the Bankruptcy Code;

The Debtors further reserve the right to waive any defects or irregularities or conditions of delivery as to any particular Ballot, unless otherwise directed by the Court;

Unless waived or as otherwise ordered by the Court, any defects or irregularities in connection with deliveries of Ballots must be cured by the Voting Deadline, and unless otherwise ordered by the Court, delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived. Ballots previously furnished (and as to which any irregularities have not been cured or waived by the Voting Deadline) will not be counted;

Neither the Debtors, nor any other person or entity, will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots, nor will any of them incur any liability for failure to provide such notification;

No fees or commissions or other remuneration will be payable to any broker, dealer or other person for soliciting Ballots to accept the Plan;

The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan; and

The Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a claim.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR THE OTHER**

ENCLOSED MATERIALS, PLEASE CALL THE NOTICE AND BALLOTING AGENT AT 646-282-2400 OR THROUGH THEIR WEB SITE AT http://chapter11.epiqsystems.com/Aegis.

THE METHOD OF DELIVERY OF A BALLOT TO THE NOTICE AND BALLOTING AGENT IS AT THE ELECTION AND RISK OF EACH ENTITY. EXCEPT AS OTHERWISE PROVIDED HEREIN, SUCH DELIVERY WILL BE DEEMED MADE ONLY WHEN THE ORIGINAL EXECUTED BALLOT IS ACTUALLY RECEIVED BY THE NOTICE AND BALLOTING AGENT. INSTEAD OF EFFECTING DELIVERY BY MAIL, IT IS RECOMMENDED, THOUGH NOT REQUIRED, THAT SUCH ENTITIES USE AN OVERNIGHT OR HAND DELIVERY SERVICE. IN ALL CASES, SUFFICIENT TIME SHOULD BE ALLOWED TO ASSURE TIMELY DELIVERY. DELIVERY OF A BALLOT BY FACSIMILE, E-MAIL OR ANY OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. NO BALLOT SHOULD BE SENT TO THE DEBTORS OR THE DEBTOR'S FINANCIAL OR LEGAL ADVISORS.

**PLEASE MAIL/DELIVER YOUR BALLOT PROMPTLY!**