# EXHIBIT D

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF: (I) ENTRY OF ORDER APPROVING DISCLOSURE STATEMENT;
(II) HEARING TO CONFIRM PLAN OF REORGANIZATION AND
(III) RELATED IMPORTANT DATES[2]**

**DISCLOSURE STATEMENT and SOLICITATION PROCEDURES APPROVED.** On August 17, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order Granting (A) Debtors' Motion For Entry Of An Order (A) Approving The Adequacy Of The Debtors' Disclosure Statement; (B) Scheduling A Hearing To Confirm The Second Amended Chapter 11 Plan Of Aegis Mortgage Corporation, et al. (C) Establishing Deadline For Filing Objections To Confirmation Of Plan; (D) Approving Form Of Ballots, Voting Deadline And Solicitation Procedures; (E) Approving EPD/Breach Claims Questionnaire Process; And (F) Approving Form And Manner Of Notices* (the "Disclosure Statement Order"). The Disclosure Statement Order approved the *Disclosure Statement in Support of Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* (the "Disclosure Statement"), as containing adequate information required under section 1125(a) of the Bankruptcy Code, and authorized the Debtor to solicit acceptances of the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* dated August 13, 2010 (the "Plan").

**HEARING TO CONFIRM PLAN OF REORGANIZATION.** A hearing to confirm the Plan (the "Confirmation Hearing") will commence on October 20, 2010, at 10:00 a.m., prevailing eastern time, before the Bankruptcy Court. The Confirmation Hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest. The Bankruptcy Court, in its discretion and prior to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite I, Houston, TX 77082.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Plan.

Confirmation Hearing, may put in place additional procedures governing the Confirmation Hearing.

**PLAN OBJECTION DEADLINE.** The Bankruptcy Court has established September 28, 2010, at 4:00 p.m., prevailing eastern time, as the last date and time for filing and serving objections to the confirmation of the Plan (the "Plan Objection Deadline"). All objections must state with particularity the legal and factual grounds for such objection.

In order to be considered by the Bankruptcy Court, objections, if any, to confirmation of the Plan, must, in addition to being filed by the Plan Objection Deadline: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware; (iii) be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801; and (iv) be served so as to be actually received by the Plan Objection Deadline by the following parties: (i) the Debtors, Aegis Mortgage Corporation, 11381 Meadowglen, Ste. 1, TX 77042 (Attn: Michael Balog, Chief Executive Officer); (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq. and Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4500, Attn: Henry C. Kevane, Esq.; (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, Delaware 19801, Attn: David Buchbinder; and (iv) counsel to the Official Committee of Unsecured Creditors: (i) Landis Rath & Cobb LLP, 919 North Market Street, Suite 600, P.O. Box 2087, Wilmington, Delaware 19899 (Courier 19801), Attn: Richard S. Cobb, Esquire and (ii) Hahn & Hessen, LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark Power, Esquire (collectively, the "Notice Parties").

**Objections not timely filed and served by the Plan Objection Deadline in accordance with the provisions of this Notice will not be heard and will be overruled.**

**Persons may obtain copies of the Disclosure Statement and the Plan from Epiq Bankruptcy Systems, LLC by** visiting http://chapter11.epiqsystems.com/Aegis, or by requesting copies (a) telephonically by calling 646-282-2400; or (b) by writing to Epiq Bankruptcy Solutions, LLC, Attn: Aegis Mortgage Ballot Processing, 757 Third Avenue, 3rd Floor, New York, NY 10017.

**VOTING RECORD DATE.** August 17, 2010 is the record date for purposes of determining which parties are entitled to vote on the Plan.

**VOTING DEADLINE.** September 28, 2010 (the "Voting Deadline") is the deadline for casting a ballot ("Ballot") to accept or reject the Plan. All Ballots accepting or rejecting the Plan must be received by Epiq Bankruptcy Systems, LLC (the "Notice and Balloting Agent") by 7:00 p.m., prevailing eastern time, on the Voting Deadline at the following address: (i) if by First Class Mail: Aegis Mortgage Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5014, New York, NY 10150-5014; (ii) if by overnight courier or hand delivery: Aegis Mortgage Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017

**RULE 3018 MOTION DEADLINE AND HEARING.** It shall be the responsibility of each party who files a motion for an order pursuant to Bankruptcy Rule 3018(a) seeking temporary allowance of a claim for voting purposes (a "Rule 3018(a) Motion") to (a) file such Rule 3018(a) Motion with evidence in support thereof by no later than October 10, 2010, (b) schedule a hearing on such Rule 3018(a) Motion (the "Rule 3018(a) Hearing"), and (c) schedule the Rule 3018(a) Hearing on a date that is not less than ten (10) days prior to the Confirmation Hearing.

**EXECUTORY CONTRACT ASSUMPTION OBJECTION DEADLINE:** Any contract counter-party who opposes assumption of their contract listed for assumption by the Debtors on the Assumption Schedule must file a written objection to the proposed assumption with the Bankruptcy Court by October 13, 2010 and serve the Notice Parties .

**EPD BREACH CLAIM ELECTION DEADLINE:** Any Holder of an EPD/Breach Claim who elects to opt out of the EPD/Breach Claim Protocol and instead have its claim independently determined and allowed by order of the Bankruptcy Court or otherwise permitted by the Claim resolution procedures under the Plan must filed a written notice of such election with the Bankruptcy Court and serve the Notice Parties on or before September 28, 2010 ( the Plan Objection Deadline).

**EPD/BREACH CLAIM(SUBMITTED) QUESTIONNAIRE DEADLINE FOR PLAN VOTING PURPOSES: Any Holder of an EPD/Breach Claim that does *not* timely return the EPD/Breach Claim Questionnaire by September 20, 2010, shall, strictly for voting purposes, have its claim temporarily allowed in the amount of $1.00. If the form is timely returned, the Debtors will use the EPD/Breach Claim Protocol to determine the amount of the claim that will be temporarily allowed for voting purposes. EPD/Breach Claim Questionnaires should be returned to: Aegis Mortgage Corporation, Attn: Michael Balog, 11381 Meadowglen, Suite 1, Houston, TX 77042.**

**EPD/BREACH CLAIM(SUBMITTED) QUESTIONNAIRE DEADLINE FOR PLAN DISTRIBUTION PURPOSES: If you are the Holder of an EPD/Breach Claim (Submitted) and do *not* timely return this questionnaire by October 20, 2010, then you shall be forever barred from asserting an EPD/Breach Claim against the Debtors or their property, or sharing in any distributions under the Plan. If the form is timely returned, the Debtors will use the EPD/Breach Claim Protocol to determine the amount of the claim that will be allowed for distribution purposes. EPD/Breach Claim Questionnaires should be returned to: Aegis Mortgage Corporation, Attn: Michael Balog, 11381 Meadowglen, Suite 1, Houston, TX 77042.**

**THE PLAN INJUNCTION.** *In implementation of the Plan, except as otherwise expressly provided in the Confirmation Order or the Plan, and except in connection with the enforcement of the terms of the Plan or any documents provided for or contemplated in the Plan, all Entities who have held, hold or may hold Claims against or Equity Interests in the Debtors or their Estates that arose prior to the Effective Date are permanently enjoined from: (a) commencing or continuing in any manner, directly or indirectly, any action or other proceeding of any kind against the Debtors, the Liquidating Debtors, Reorganized Aegis*

*REIT, the Estates, or any property of the Debtors or their Estates, with respect to any such Claim or Equity Interest; (b) the enforcement, attachment, collection or recovery by any manner or means, directly or indirectly, of any judgment, award, decree, or order against the Debtors, the Liquidating Debtors, Reorganized Aegis REIT, the Estates, or any property of the Debtors, the Liquidating Debtors, Reorganized Aegis REIT, or the Estates, with respect to any such Claim or Equity Interest; (c) creating, perfecting or enforcing, directly or indirectly, any Lien or encumbrance of any kind against the Debtors, the Liquidating Debtors, Reorganized Aegis REIT, the Estates, or any property of the Debtors, the Liquidating Debtors, Reorganized Aegis REIT, or the Estates, with respect to any such Claim or Equity Interest; (d) asserting, directly or indirectly, any setoff or right of subrogation of any kind against any obligation due the Debtors, the Liquidating Debtors, Reorganized Aegis REIT, the Estates, or any property of the Debtors, the Liquidating Debtors, Reorganized Aegis REIT, or the Estates, with respect to any such Claim or Equity Interest; and (e) any act, in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan with respect to such Claim or Equity Interest.*

*The occurrence of the Effective Date shall also serve to satisfy all Claims or causes of action arising out of any Claim addressed by the terms of the Plan and will operate as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect or recover from, or offset against, property of any Released Party (Released Parties are the Liquidating Debtors, Reorganized Aegis REIT, the Committee, CSFB, UBS, Madeleine and Cerberus, and each of their respective Affiliates and Agents) on account of any claims, rights or causes of action released pursuant to the Plan.*

Dated: _____, 2010          PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for Debtor sand Debtors in Possession