# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF NON-VOTING STATUS WITH RESPECT TO
IMPAIRED CLASSES DEEMED TO REJECT THE PLAN OR
(B) UNIMPAIRED CLASSES DEEMED TO ACCEPT THE PLAN**

PLEASE TAKE NOTICE that on August 17, 2010, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")[2] approved the *Disclosure Statement in Support of Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* (the "Disclosure Statement") for use by the Debtors in soliciting acceptances or rejections of the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* dated August 13, 2010 (the "Plan") from Holders of Impaired Claims who are (or may be) entitled to receive distributions under the Plan.

A. **IF YOU ARE RECEIVING THIS NOTICE, YOU ARE OR MIGHT BE THE HOLDER OF ONE OR MORE OF THE FOLLOWING CLAIMS IMPAIRED UNDER THE PLAN:**

| Class | Claims and Equity Interests |
| --- | --- |
| 9 | Intercompany Claims |
| 10 | Consolidated Debtors Equity Interests |
| 12 | Aegis REIT Common Stock Equity Interests |

**IF YOU HOLD A CLAIM IN CLASSES 9, 10 OR 12, UNDER THE TERMS OF THE PLAN, YOU ARE NOT ENTITLED TO RECEIVE OR RETAIN ANY PROPERTY**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite I, Houston, TX 77082.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Plan.

ON ACCOUNT OF SUCH CLAIM(S) AGAINST THE DEBTOR AND, THEREFORE, PURSUANT TO SECTION 1126(g) OF THE UNITED STATES BANKRUPTCY CODE, YOU: (I) ARE DEEMED TO HAVE REJECTED THE PLAN AND (II) ARE NOT ENTITLED TO VOTE ON THE PLAN.

PLEASE TAKE FURTHER NOTICE that unimpaired claims are also not entitled to vote on the Plan. Unimpaired Claims are deemed to accept the Plan.

B. IF YOU ARE RECEIVING THIS NOTICE, YOU ARE OR MIGHT BE THE HOLDER OF ONE OR MORE OF THE FOLLOWING UNIMPAIRED CLAIMS UNDER THE PLAN:

| Class | Claims and Equity Interests |
|---|---|
| 6 | Velazquez Claims |

IF YOU HOLD A CLAIM IN CLASS 6 OF THE PLAN, YOUR CLAIM IS UNIMPAIRED UNDER THE TERMS OF THE PLAN, AND THEREFORE (I) YOU ARE DEEMED TO ACCEPT THE PLAN AND (II) YOU ARE NOT ENTITLED TO VOTE ON THE PLAN.

YOU MAY OBTAIN COPIES OF THE DISCLOSURE STATEMENT AND THE PLAN FROM EPIQ BANKRUPTCY SOLUTIONS, LLC BY VISITING http://chapter11.epiqsystems.com/Aegis, OR BY REQUESTING COPIES TELEPHONICALLY BY CALLING 646-282-2400; OR BY WRITING TO EPIQ BANKRUPTCY SOLUTIONS, LLC, ATTN: AEGIS MORTGAGE BALLOT PROCESSING, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NY 10017.

Dated: _____, 2010       PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for Debtors and Debtors in Possession

2