# EXHIBIT F

00233-001\DOCS_DE:161668.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF: (I) ENTRY OF ORDER APPROVING DISCLOSURE STATEMENT;
(II) HEARING TO CONFIRM PLAN OF REORGANIZATION AND
(III) RELATED IMPORTANT DATES**[2]

**DISCLOSURE STATEMENT and SOLICITATION PROCEDURES APPROVED.** On August 17, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered and order [Docket No. __] (the "Disclosure Statement Order"). The Disclosure Statement Order approved the *Disclosure Statement in Support of the Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* (the "Disclosure Statement"), as containing adequate information required under section 1125(a) of the Bankruptcy Code, and authorized the Debtors to solicit acceptances of the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.* dated Jul 12, 2010(the "Plan").

**HEARING TO CONFIRM PLAN OF REORGANIZATION.** A hearing to confirm the Plan (the "Confirmation Hearing") will commence on October 20, 2010, at 10:00 a.m., prevailing eastern time, before the Bankruptcy Court. The Confirmation Hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest. The Bankruptcy Court, in its discretion and prior to the Confirmation Hearing, may put in place additional procedures governing the Confirmation Hearing. The Bankruptcy Court has established September 28, 2010, at 4:00 p.m., prevailing eastern time, as the last date and time for filing and serving objections to the confirmation of the Plan (the "Plan Objection Deadline"). All objections must state with particularity the legal and factual grounds for such objection. In order to be considered by the Bankruptcy Court, objections, if any, to confirmation of the Plan, must, in addition to being filed by the Plan Objection Deadline: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware; (iii) be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801; and (iv) be served on the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite I, Houston, TX 77082.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Plan.

following parties: (i) the Debtors, Aegis Mortgage Corporation, 11381 Meadowglen, Ste. 1, TX 77042 (Attn: Michael Balog, Chief Executive Officer); (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P .O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq. and Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4500, Attn: Henry C. Kevane, Esq.; (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, Delaware 19801, Attn: David Buchbinder; and (iv) counsel to the Official Committee of Unsecured Creditors: (i) Landis Rath & Cobb LLP, 919 North Market Street, Suite 600, P.O. Box 2087, Wilmington, Delaware 19899 (Courier 19801), Attn: Richard S. Cobb, Esquire and (ii) Hahn & Hessen, LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark Power, Esquire

**OBTAINING ADDITIONAL INFORMATION.** Persons may obtain copies of the Disclosure Statement, Plan, additional information concerning the confirmation of the Plan, and, if appropriate, solicitation materials for the Plan, from **Epiq Bankruptcy Solutions, LLC by visiting** http://chapter11.epiqsystems.com/Aegis, or by requesting copies telephonically by calling 646-282-2400; or by writing To Epiq Bankruptcy Solutions, LLC, Attn: Aegis Mortgage Ballot Processing ,757 Third Avenue, 3rd Floor, New York, NY 10017.

Dated: _____, 2010         PACHULSKI STANG ZIEHL & JONES LLP

 

Laura Davis Jones (Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Counsel for Debtor sand Debtors in Possession