Hearing Date & Time (original): September 1, 2010 at 10:30 a.m. Prevailing Eastern Time
**Hearing Date (rescheduled) September 7, 2010 at 10:30 a.m. Prevailing Eastern Time**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF CHANGE OF HEARING DATE
FROM SEPTEMBER 1, 2010 TO SEPTEMBER 7, 2010**

**PLEASE TAKE NOTICE** that the hearing scheduled September 1, 2010 has been rescheduled to **September 7, 2010 at 10:30 a.m.** before the Honorable Brendan L. Shannon, United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

*[Remainder of Page Intentionally Blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste 1, Houston, TX 77082.

1

Dated: August 30, 2010          PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      joneill@pszjlaw.com
      jfried@pszjlaw.com
      chehn@pszjlaw.com
      tcairns@pszjlaw.com
      kmakowski@pszjlaw.com

Counsel for Debtors and Debtors in Possession

DOCS_DE:163162.1