IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 7, 2010 AT 10:30 A.M.

### STATUS CONFERENCE:

1. Debtors' Fifth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 with respect the claims of K.S. McClelland and Ingela Kaersvang (Filed April 17, 2009, Docket No. 4566)

**Related Documents:**

(a) Notice of Submission of Proofs of Claim (Filed May 4, 2009; Docket No. 4597)

(b) Debtors' Objection to K.S. McClelland and Ingela Kaersvang Proof of Claim No. 1847 (Amending and Superseding Proofs of Claim Nos. 1686 and 1687) (Filed April 26, 2010; Docket No. 5246)

(c) [signed] Order Setting Hearing and Briefing Schedule with Respect to the Debtors Fifth (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3007 and the claims of K.S. McClelland and Ingela Kaersvang (Entered July 6, 2001; Docket No. 5348)

(d) [signed] Order Approving Stipulation between K.S. Mcclelland, Ingela V. Kaersvang and the Debtors Resolving Objections to Claims (Entered August 25, 2010; Docket No. 5461)

(e) Transcript of August 25, 2010 Hearing (Filed August 31, 2010; Docket No. 5468)

(f) Certification Of Counsel Regarding Order Approving Stipulation Between K.S. McClelland, Ingela V. Kaersvang And The Debtors Resolving Objections To Claims (Filed September 2, 2010; Docket No. 5472)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Ste 1, Houston, TX 77082.

**Response Deadline:** May 11, 2009 at 4:00 p.m.

**Responses:**

(a) Claimants' Opposition to Debtors' Fifth (Substantive) Omnibus Objection to Claims (Filed May 11, 2009; Docket No. 4637)

(b) Amended Claimants' Opposition to Debtors' Fifth (Substantive) Omnibus Objection to Claims (Filed June 2, 2009; Docket No. 4696)

(c) Claimants' Background and Statement of Facts (Filed July 9, 2009; Docket No. 4719)

(d) Claimants' Motion to Establish a Process for Determining Disability Accommodations and for Continuance of Hearing (Filed June 22, 2010; Docket No. 5320)

    (1) Debtors' Response to K.S. McClelland's and Ingela V. Kaersvang's "Claimants' Notice and Motion to Establish a Process for Determining Disability Accomodations [etc.]" (Filed June 25, 2010; Docket No. 5322)

(e) Amended Claimants' Motion to Establish a Process for Determining Disability Accommodations and for Continuance of Hearing (Filed June 28, 2010; Docket No. 5339)

(f) Claimants' Response and Objections to Debtors' Objection to I.S. McClelland and Ingela V. Kaersvang Proof of Claim No. 1847 (Amended and Superseding Proofs of Claim Nos. 1686 and 1687) that Debtors Filed 4-26-10 and was Assigned Docket #5346 (Filed August 4, 2010; Docket No. 5417)

**Reply:**

(a) Debtors' Reply to Claimants' Response to Debtors' Objection to K.S. McClelland and Ingela Kaersvang Proof of Claim No. 1847 (Amending and Superseding Proofs of Claim Nos. 1686 and 1687)( (Filed August 13, 2010; Docket No. 5435)

**Status:** This matter is fully resolved except for the claims of K.S. McClelland and the City of Cleveland. A Status Conference with respect to Mr. McClelland's claim and discrepancies between the settlement agreed to on the record by the parties and the Order Approving the Settlement Stipulation is going forward.
The Debtors and the City of Cleveland are currently engaged in settlement discussions.

Dated: September 2, 2010

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Kathleen Makowski
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        joneill@pszjlaw.com
        jfried@pszjlaw.com
        chehn@pszjlaw.com
        tcairns@pszjlaw.com
        kmakowski@pszjlaw.com

Counsel for Debtors and Debtors in Possession

00233-001\DOCS_DE:163169.1

- 3 -