## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AEGIS MORTGAGE CORPORATION, *et al.*, | Case No. 07-11119 (BLS) |
| Debtors. | (Jointly Administered) |
| | Relating to Docket Nos. 5431 & 5448 |

## NOTICE OF EPD/BREACH CLAIM ELECTION OF AURORA LOAN SERVICES LLC ON BEHALF OF ITSELF, LEHMAN BROTHERS HOLDINGS INC., AURORA BANK FSB (F/K/A LEHMAN BROTHERS BANK, FSB) AND CERTAIN TRUSTS

Pursuant to the Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, *et al.* (as may be amended, modified or supplemented from time to time, the "Plan"),[1] Aurora Loan Services LLC ("Aurora") on behalf of itself, Lehman Brothers Holdings Inc., Aurora Bank FSB (f/k/a Lehman Brothers Bank, FSB) and certain trusts, hereby files this EPD/Breach Claim Election. Aurora wishes to have its EPD/Breach Claim treated as an EPD/Breach Claim (Opt Out), and not to have its claim treated in accordance with the EPD/Breach Claim Protocol.

---

[1] Capitalized terms used, but not defined, herein shall have the meanings given to them in the Plan.

**WHEREFORE,** Aurora respectfully requests that the Court grant it such relief as is just and proper.

Dated: Wilmington, Delaware
September 28, 2010

ASHBY & GEDDES, P.A.

By: _AMWinfree_

William P. Bowden (I.D. #2553)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

and

LATHAM & WATKINS LLP

Michael J. Riela
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for Aurora Loan Services LLC

NY\1686870.1