IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AEGIS MORTGAGE CORPORATION, et al.[1] | ) Case No. 07-11119 (BLS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 5431, 5533** |

## AMENDED[2] NOTICE OF SELECTION OF RESPONSIBLE OFFICER

**PLEASE TAKE NOTICE** that the Debtors, after consultation with the Committee, hereby designate Michael C. Balog (the "Responsible Officer") as the Responsible Officer as defined in the *Second Amended Chapter 11 Plan of Aegis Mortgage Corporation, et al.*, dated August 13, 2010 (the "Plan").[3] Upon the Effective Date, the Responsible Officer shall be appointed as the representative of the Liquidating Debtors and Reorganized Aegis REIT with the powers and duties contemplated by the Plan.

**PLEASE TAKE FURTHER NOTICE** that, as Responsible Officer, Mr. Balog will continue to be paid his current annual salary of $389,226, as it may be subsequently reduced to reflect the limited scope and completion of his duties under the Plan following the Effective Date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11381 Meadowglen, Suite 1, Houston, TX 77042.

[2] This amended notice reflects a correction in the initial compensation of the Responsible Officer.

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the following affiliations between the Responsible Officer and the Debtors are discussed in the Disclosure Statement. Mr. Balog is currently one of four directors of AMC, the parent Debtor in the Chapter 11 Cases. Mr. Balog has been an employee of AMC since 1999, principally in the capacity of general counsel of AMC. Mr. Balog has never been employed or paid by Cerberus Capital Management L.P., AMC's primary equity holder (and an affiliate of Madeleine). Further, Mr. Balog is the Holder of one share of Aegis REIT Preferred Stock Equity Interests and 22,440 shares of AMC's common stock Equity Interests (0.2304% of AMC's issued and outstanding common stock).

Dated:   October 12, 2010          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Henry C. Kevane (CA Bar No. 125757)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            hkevane@pszjlaw.com
            joneill@pszjlaw.com

Counsel for the Debtors and Debtors in Possession