IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | |
| | ) | Case No. 07-11119 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | *Related To Docket Nos. 5837 and 5842* *& 5846* |

## ORDER TERMINATING THE AUTOMATIC STAY UNDER SECTION 362(a) OF THE BANKRUPTCY CODE TO PERMIT THE COMMENCEMENT OR CONTINUATION OF ANY ACT TO EXERCISE ANY RIGHTS AND REMEDIES UPON INTERESTS IN REAL PROPERTY

UPON CONSIDERATION OF the Motion for Relief from Automatic Stay [Docket No. 5837] (the "Motion") filed by Gennaro Frances Ranzie and April Renee Ranzie (collectively, "Movants") in the above-referenced cases, and the Debtors response to the Motion [Docket No. 5842]; and it appearing that no other or further notice is required; and after due notice and sufficient cause appearing therefor; IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

ORDERED that the Motion is hereby GRANTED, to the extent set forth below. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

ORDERED that pursuant to 11 U.S.C. § 362(d), and solely to the extent the automatic stay is otherwise applicable, Movants are hereby granted relief from the automatic

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation; Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11200 Westheimer Road, Suite 900, Houston, TX 77042-3229.

DOCS_DE:180423.1 00233-001

stay, and the automatic stay is terminated, with respect to Movants' interest in the Property. Movants are hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property.

Dated: May 22, 2012

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge