OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Aegis Mortgage Corporation, et al        Bank: See Supporting Schedule

Bankruptcy Number: Case No. 07-11119 (BLS)              Account Number: See Supporting Schedule

Date of Confirmation: 20-Oct-10                         Account Type: Checking

Reporting Period (month/year): July - September 2012

| | | |
|---|---:|---:|
| Beginning Cash Balance: | | $ 552,844 |
| All receipts received by the debtor: | | |
| Interest income | $  - | |
| Miscellaneous recovery, taxes & other | 3,524 | |
| Total of cash received: | | $ 3,524 |
| Total of cash available: | | $ 556,368 |
| Less: All disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | $ 4,405 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | $  - |
| All other disbursements made in the ordinary course: | | $ 56,247 |
| Total Disbursements | | $ 60,652 |
| Ending Cash Balance | | $ 495,716 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5-Oct-12        Michael Young  EVP & Controller
Date            Name/Title

In re: Aegis Mortgage Corporation, et al　　　　Case No. 07-11119 (BLS)

Balance Sheet
930/2012

| ASSETS | Month | Month |
|---|---|---|
| Cash (Unrestricted) | 495,715.74 | |
| Cash (Restricted) | 0.00 | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | 1,087.50 | |
| Other (Attach List) | 0.00 | |
| Total Current Assets | | 496,803.24 |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | 0.00 | |
| Machinery & Equipment | 0.00 | |
| Furniture, fixtures & Office Equipment | 143.50 | |
| Vehicles | 0.00 | |
| Leasehold Improvements | 0.00 | |
| Less: Accumulated Depreciation/Depletion | 0.00 | |
| Total Property, Plant & Equipment | 143.50 | |
| Due from Affiliates & Insiders | 0.00 | |
| Other (Attach List) | | 143.50 |
| Total Assets | | 496,946.74 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 72,824.95 | |
| Taxes Payable | 0.00 | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | 72,824.95 | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan (1) | 340,999.96 | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | 340,999.96 | |
| Total Liabilities | 413,824.91 | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | 83,121.83 | |
| Total Equity (Deficit) | 83,121.83 | |
| Total Liabilities & Owners' Equity | | 496,946.74 |
| | | |

(1) estimated based on funds available for distribution in accordance
with the terms of Debtors' confirmated plan

In re:  
               Debtor

Case No.   07-11119 (BLS)  
Reporting Period:  October - December, 2011  
* Petition date was August 13, 2007

**Bank Account Summary as of September 30, 2012**

| GL A/C | | Beginning of Quarter G/L | Total Receipts | Total Disbursements | Net Transfers | End of Quarter G/L |
|---|---|---|---|---|---|---|
| 10001 | Aegis Mortgage Corporation Money Market | 0 | 0 | | 0 | 0.00 |
| 10003 | Aegis Mortgage Corporation Operating | 552,844 | 3,524 | 60,652 | 0 | 495,716 |
| **Total Operating Accounts** | | 552,844 | 3,524 | 60,652 | 0 | 495,716 |
| **Total Clearing Accounts** | | 0 | 0 | 0 | 0 | 0 |
| **Total Standalone Cash Accounts** | | 0 | 0 | 0 | 0 | 0 |
| **Total Cash & Cash Equivalents** | | 552,844 | 3,524 | 60,652 | 0 | 495,716 |