IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## FINAL REPORT IN CHAPTER 11 CASES

To the best of my knowledge, information, and belief, the following is a breakdown of the results in the above-captioned cases:

| TYPE OF PAYMENT | AMOUNT OF PAYMENT |
|---|---|
| Counsel to the Debtors: Pachulski Stang Ziehl & Jones LLP ($6,907,943 in fees, and $501,206.02 in expenses) | $7,409,149.02 |
| Tax Advisors to Debtors: Deloitte Tax LLP ($3,201,457.75 in fees, and $349.61 in expenses) | $3,201,807.36 |
| Special Counsel to Debtors: Haynes & Boone, LLP ($64,089 in fees, and $165.48 in expenses) | $64,254.48 |
| Co-Counsel to Committee: Hahn & Hessen LLP ($1,165,887 in fees, and $17,374.87 in expenses) | $1,183,261.87 |
| Co-Counsel to Committee: Landis Rath & Cobb LLP ($263,057 in fees, a $26,833.18 in expenses) | $289,890.18 |
| Financial Advisor to Committee: Capstone Advisory Group, LLC ($1,037,258.06 in fees, and $5,876.43 in expenses) | $1,043,134.49 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11200 Westheimer Road, Suite 900, Houston, TX 77042-3229.

| TYPE OF PAYMENT | AMOUNT OF PAYMENT |
|---|---|
| TOTAL | $13,191,497.40 |

1. No trustee or examiner was appointed in these cases. Hence, no fees were incurred for a trustee, trustee's counsel, an examiner, or examiner's counsel.

2. The Debtors will have paid all required fees due under 28 U.S.C. § 1930 on or before the date of the hearing on the *Debtors' Motion for the Entry of a Final Decree (I) Closing Chapter 11 Cases, and (II) Authorizing the Destruction, Abandonment, or Other Disposal of the Remaining Records in the Debtors' Possession* (the "Motion"),[2] pursuant to sections 350(a), 363, and 554(a) of title 11 of the United States Code (the "Bankruptcy Code") and rules 3022 and 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3. There are no pending adversary proceedings or contested matters in these cases.

4. On October 20, 2010, the Court entered an order [Docket No. 5544] confirming the Plan. The Plan went effective [Docket No. 5578] on October 27, 2010.

5. All distributions to be made under the Plan on account of claims filed in these cases have been made and/or will be made in the near future. The percentage dividends paid or to be paid to claimants are as follows:

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion and/or the Plan.

| CLASSES | TYPE OF CLAIM OR INTEREST | DISTRIBUTION[3] |
|---|---|---|
| Class 1 | Priority Claims | 100% |
| Class 2 | Secured Claims | The sole claim in this category was satisfied pursuant to the terms of the Plan by abandoning the collateral securing the Creditor's Secured Claim to such Creditor, in full satisfaction, release, and discharge of such Secured Claim. |
| Class 3 | Convenience Claims | 20% |
| Classes 4, 5, 7 & 8 | Consolidated Debtors Unsecured Claims | 10.57% |
| Class 6 | Velazquez Claims | Holders of Velazquez Claims that are Velazquez Class Members were treated *outside the Plan* pursuant to the terms and conditions of the Velazquez Settlement. |
| Class 9 | Intercompany Claims | 0% |
| Class 10 | Consolidated Debtors Equity Interests | 0% |
| Class 11 | Aegis REIT Preferred Stock Equity Interests | 0% |
| Class 12 | Aegis REIT Common Stock Equity Interests | 0% |

Dated: October 4, 2012          By: _____
                                    Mickey Yung
                                    Executive Vice President and Controller of
                                    Reorganized Debtor Aegis Mortgage Corporation

---

[3] The information in this table is intended only as a summary description of the distributions required by the Plan. Any unintended conflict between this summary and the Plan itself should not be construed in any way to modify the terms of the Plan. Parties are referred to the Plan itself for detailed descriptions of the distributions thereunder.