IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re Docket No. 5872** |

## FINAL DECREE (I) CLOSING CHAPTER 11 CASES, AND (II) AUTHORIZING THE DESTRUCTION, ABANDONMENT, OR OTHER DISPOSAL OF THE REMAINING RECORDS IN THE DEBTORS' POSSESSION

Upon consideration of the *Debtors' Motion for the Entry of a Final Decree (I) Closing Chapter 11 Cases, and (II) Authorizing the Destruction of the Remaining Records in the Debtors' Possession* (the "Motion")[2] and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that (i) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (ii) venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) due and proper notice of the Motion having been given; (iv) the Debtors' estates have been administered as required by section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022 and Local Rule 5009-1(b), and that the destruction, abandonment or other disposition of the Remaining Documents is appropriate under sections 363 and 554(a) of the Bankruptcy Code, and Bankruptcy Rule 6007, under the facts and circumstances of the Chapter 11 Cases; and after due deliberation and it

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 11200 Westheimer Road, Suite 900, Houston, TX 77042-3229..

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

appearing that sufficient cause exists for granting the requested relief; and that such relief is in the best interests of the Debtors, their estates and their creditors; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtors' Chapter 11 Cases be closed, effective as of October 31, 2012, pursuant to Bankruptcy Code section 350(a), Bankruptcy Rule 3022 and Local Rule 5009-1(b); and it is further

ORDERED that the Court shall retain jurisdiction pursuant to Bankruptcy Code section 350(b) to reopen these cases to administer assets, to accord relief to the Debtors, or for other cause, and to the extent necessary to enforce the provisions of the Plan, the Confirmation Order and this Final Decree; and it is further

ORDERED that the Debtors are authorized to destroy, abandon, or otherwise dispose of the Remaining Records (subject to completing the production of the identified FHFA Mortgage Loan Files), and to make all payments necessary to effectuate such destruction.

Dated: Oct. 31, 2012

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

DOCS_DE:183131.5 00233-001